B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Canopy Financial, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>20-2043972 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>230 West Monroe<br>Chicago, IL<br>ZIP Code 60606 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Canopy Financial, Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Canopy Financial, Inc. |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Vincent E. Lazar
Signature of Attorney for Debtor(s)

Vincent E. Lazar 6204916
Printed Name of Attorney for Debtor(s)

JENNER & BLOCK LLP
Firm Name

353 N. Clark St.
Chicago, IL 60654

Address

312-222-9350  Fax: 312-527-0484
Telephone Number

November 25, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Dan Stevenson
Signature of Authorized Individual

Dan Stevenson
Printed Name of Authorized Individual

General Counsel
Title of Authorized Individual

November 25, 2009
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    Canopy Financial, Inc.                      Case No. _____

                                          Debtor(s)         Chapter     11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A-1 Technology<br>115 Broadway, Ste. 1304<br>New York, NY 10006 | A-1 Technology<br>115 Broadway, Ste. 1304<br>New York, NY 10006 | | | 13,038.75 |
| CDW Direct LLC<br>200 N. Milwaukee Ave.<br>Vernon Hills, IL 60061 | CDW Direct LLC<br>200 N. Milwaukee Ave.<br>Vernon Hills, IL 60061 | | | 20,731.32 |
| CMC<br>One Riverfront Pl.<br>20 NW First<br>Evansville, IN 47708 | CMC<br>One Riverfront Pl.<br>20 NW First<br>Evansville, IN 47708 | | | 16,450.26 |
| Deccan i Services Pvt. Ltd.<br>Plot No. 12C/1,South Phase<br>Thiru-Vi-Ka Industrial Estate<br>Grundy, Chennai - 600 032<br>INDIA | Deccan i Services Pvt. Ltd.<br>Plot No. 12C/1,South Phase<br>Thiru-Vi-Ka Industrial Estate<br>INDIA | | | 27,060.00 |
| Dell Fin. Servs.<br>4307 Collection Center Dr.<br>Payment Processing Center<br>Chicago, IL 60693 | Dell Fin. Servs.<br>4307 Collection Center Dr.<br>Payment Processing Center<br>Chicago, IL 60693 | | | 27,633.97 |
| Enterprise Wizard<br>654 Bair Island Rd., Ste. 300<br>Redwood City, CA 94063 | Enterprise Wizard<br>654 Bair Island Rd., Ste. 300<br>Redwood City, CA 94063 | | | 8,531.00 |
| Equinix, Inc.<br>301 Velocity Way, 5th Floor<br>San Mateo, CA 94404 | Equinix, Inc.<br>301 Velocity Way, 5th Floor<br>San Mateo, CA 94404 | | | 14,946.70 |
| iEnergizer<br>Plot No. 12C/1, South Phase<br>Thiru-Vi-Ka Industrial Estate<br>Grundy, Chennai - 600 032<br>INDIA | iEnergizer<br>Plot No. 12C/1, South Phase<br>Thiru-Vi-Ka Industrial Estate<br>INDIA | | | 33,660.00 |
| Impact Networking<br>935 Northpoint Blvd.<br>Waukegan, IL 60085 | Impact Networking<br>935 Northpoint Blvd.<br>Waukegan, IL 60085 | | | 18,700.50 |
| Integrated Data Storage<br>70 W. Madison St., Ste. 1625<br>Chicago, IL 60602 | Integrated Data Storage<br>70 W. Madison St., Ste. 1625<br>Chicago, IL 60602 | | | 426,809.80 |

B4 (Official Form 4) (12/07) - Cont.

In re   Canopy Financial, Inc. _____    Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Ipswitch, Inc.<br>10 Maguire Rd., Ste. 220<br>Lexington, MA 02421 | Ipswitch, Inc.<br>10 Maguire Rd., Ste. 220<br>Lexington, MA 02421 | | | 13,475.00 |
| KPMG<br>717 H. Harwood St.<br>75201<br>Dallas, TX 75312-0970 | KPMG<br>717 H. Harwood St.<br>Dallas, TX 75312-0970 | | | 25,002.00 |
| Morningstar, Inc.<br>22 W. Washington St.<br>Chicago, IL 60602 | Morningstar, Inc.<br>22 W. Washington St.<br>Chicago, IL 60602 | | | 20,597.50 |
| Olenick & Associates, Inc.<br>205 W. Wacker Dr., Ste. 2000<br>Chicago, IL 60606 | Olenick & Associates, Inc.<br>205 W. Wacker Dr., Ste. 2000<br>Chicago, IL 60606 | | | 5,600.00 |
| Qwest Commc'ns<br>Business Servs.<br>P.O. Box 856169<br>Louisville, KY 40285-6169 | Qwest Commc'ns<br>Business Servs.<br>P.O. Box 856169<br>Louisville, KY 40285-6169 | | | 59,679.70 |
| Splice Commc'ns<br>1900 S. Norfolk St., Ste. 350<br>San Mateo, CA 94403 | Splice Commc'ns<br>1900 S. Norfolk St., Ste. 350<br>San Mateo, CA 94403 | | | 17,983.89 |
| Statim LLC<br>820 Greenwood Ave., Ste. 100<br>Waukegan, IL 60087 | Statim LLC<br>820 Greenwood Ave., Ste. 100<br>Waukegan, IL 60087 | | | 24,074.30 |
| Thoughtworks<br>200 E. Randolph St., 25th Flr.<br>Chicago, IL 60601 | Thoughtworks<br>200 E. Randolph St., 25th Flr.<br>Chicago, IL 60601 | | | 98,030.00 |
| Top Layer Security<br>2400 Computer Dr.<br>Westborough, MA 01581 | Top Layer Security<br>2400 Computer Dr.<br>Westborough, MA 01581 | | | 37,400.67 |
| Unicare<br>P.O. Box 0797<br>Carol Stream, IL 60132-0797 | Unicare<br>P.O. Box 0797<br>Carol Stream, IL 60132-0797 | | | 27,259.78 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the General Counsel of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   November 25, 2009 _____    Signature   /s/ Dan Stevenson _____

                                                         Dan Stevenson
                                                         General Counsel

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   Canopy Financial, Inc.

Debtor(s)

Case No.

Chapter   11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                                118

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   November 25, 2009

/s/ Dan Stevenson

Dan Stevenson/General Counsel
Signer/Title

230 W. Monroe St., LLC
230 W. Monroe St., Ste. 370
Chicago, IL 60606

.

3C Software Corp.
18311 Kitzman Rd.
Cypress, TX 77429

A-1 Technology
115 Broadway, Ste. 1304
New York, NY 10006

Accountemps
12400 Collections Center Dr.
Chicago, IL 60693

ADAM, Inc.
P.O. Box 534531
Atlanta, GA 30353-4531

Advantage Health Solutions, Inc.
Attention: Vicki Perry
9490 Priority Way West Drive
Indianapolis, IN 46240

Advantage Health Sys.
ATTN: Vicki Perry
9490 Priority Way West Dr.
Indianapolis, IN 46240

Allied National, Inc.
Attention: President
911 Broadway
Kansas City, MO 64105

Ariba, Inc.
P.O. Box 642962
Pittsburgh, PA 15264-2962

Assurant Health
501 W. Michigan St.
Milwaukee, WI 53203

AT&T Business Servs.
P.O. Box 13148
Newark, NJ 07101-5648

AT&T Business Servs.
P.O. Box 13142
Newark, NJ 07101-5642

Atlantic Information Servs.
ATTN: Bailey Sterrett
1100 17th St. NW, Ste. 300
Washington, DC 20036

Bank of Indiana
Attention: Roxann Scott
129 Maple Street
Dana, IN 47847

Belongia Shapiro & Hines LLP
Two First Financial Plaza
20 S. Clark St.
Chicago, IL 60603

Blue Cross Blue Shield Assn. of Michigan
Attention: Robin Mitchell
600 Lafayette East, MC 1845
Detroit, MI 48226

Blue Cross Blue Shield Association
Attention: General Counsel
225 North Michigan Ave.
Chicago, IL 60601

Broadview Networks
P. O. Box 1191
Port Chester, NY 10573-1191

CDW Direct LLC
200 N. Milwaukee Ave.
Vernon Hills, IL 60061

Cintas Document Management
P.O. Box 633842
Cincinnati, OH 45263

One Riverfront Pl.
20 NW First
Evansville, IN 47708

Cogent Commc'ns
1015 31st St. NW
Washington, DC 20007

Coloserv
36 Spear St., Ste. 200
San Francisco, CA 94105

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Comerica
ATTN: Brandi Britton
Assistant VP Retail Product & Sales
3551 Hamlin Rd., MC 7301
Auburn Hills, MI 48326

Comerica Bank
1717 Main Street
Dallas, TX 75201

Comerica Incorporated
Attention Legal Department
500 Woodward Avenue, 33rd Fl.
Detroit, MI 48226-3391

Corner Bakery Cafe
P.O. Box 844288
Dallas, TX 75248-4288

Coventry Management Services, Inc.
Attention Legal Department
6705 Rockledge Drive, Suite 900
Bethesda, MD 20817

Coventry Management Services, Inc.
Attention: John Catlos
661 Andersen Dr.
Cranberry Twp, PA 16066

Deccan i Service Pvt. Ltd.
Plot No. 12C/1,South Phase
Thiru-Vi-Ka Industrial Estate
Grundy, Chennai - 600 032
INDIA

F5 Networks
P.O. Box 406097
Atlanta, GA 30384-6097

CRES 3 Morgan Lane LLC
P.O. Box 822701
Philadelphia, PA 19182-2701

Dell Fin. Servs.
4307 Collection Center Dr.
Payment Processing Center
Chicago, IL 60693

Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH 45263

HealthBenefit Bank dba Blue HealthcB
Attn: Chief Legal and Risk Officer
200 West Civic Center Drive, Ste. 202
Sandy, UT 84970

Dell Marketing LLP
c/o Dell USA LP
ATTN:  Kristen Carey
P.O. Box 802816
Chicago, IL 60680-2816

First Data Resources
6855 Pacific Street
Omaha, NE 68114-4066

Hipskind Tech. Solutions Group
12 Salt Creek Lane, St. 300
Hinsdale, IL 60521

Dewitt Stern Group
Attention:  President
420 Lexington Ave., Ste. 2700
New York, NY 10170

FirstCarolinaCare
Attention:  President
42 Memorial Drive, Ste. One
Pinehurst, NC 28374

Human Capital Mgmt. Solutions
10 S. Riverside Plaza, Ste. 2280
Chicago, IL 60606

Dow Jones & Co.
P.O. Box 4137
New York, NY 10261

Fiserv
2307 Directors Row
Indianapolis, IN 46241

iEnergizer
Plot No. 12C/1, South Phase
Thiru-Vi-Ka Industrial Estate
Grundy, Chennai - 600 032
INDIA

EGOEast, Inc.
30 E. Dilido Dr.
Miami Beach, FL 33139

Fiserv Health, Inc.
Attn: General Counsel
5500 Wayzata Blvd.
Colonnade Bldg., Ste. 500
Minneapolis, MN 55416

Impact Networking
935 Northpoint Blvd.
Waukegan, IL 60085

eHealthInsurance Services, Inc.
Attention: Bruce Telkamp
440 East Middlefield Road
Mountain View, CA 94043

FTPS Holding LLC
MD 1MOC2U
5050 Kingsley Dr.
Cincinnati, OH 45263

Integrated Data Storage
70 W. Madison St., Ste. 1625
Chicago, IL 60602

Enterprise Wizard
654 Bair Island Rd., Ste. 300
Redwood City, CA 94063

FYI Systems
3700 Route 46, Ste. 310
Parsippany, NJ 07054

Intelius
500 108th Ave. NE, Ste. 2500
Bellevue, WA 98004

Equinix, Inc.
301 Velocity Way, 5th Floor
San Mateo, CA 94404

GE Capital
P.O. Box 740441
Atlanta, GA 30374-0441

Interactive Data Real-Time Servs.
ATTN:  Lori Williams
P.O. Box 98616
Chicago, IL 60693

Escrow Tech. Int'l, Inc.
C7 Data Center Bldg.
333 S. 520 West., Ste. 320
Lindon, UT 84042

Global Crossing
P.O. Box 741276
Cincinnati, OH 45274-1276

Ipswitch, Inc.
10 Maguire Rd., Ste. 220
Lexington, MA 02421

Iron Mountain
P.O. Box 27129
New York, NY 10087-7129

Iron Mountain
P.O. Box 27128
New York, NY 10087-7128

Iron Mountain Intellectual Property Mgmt
Attn:  Client Services
2100 Norcross Parkway, Ste. 150
Norcross, GA 30071

Ironwood Capital Mgmt.
One Market
Steuart Tower, Ste. 2500
San Francisco, CA 94105

ISU Financial Services
Attn. President
201 California Street, Ste. 200
San Francisco, CA 94111

KAP Graphics
328 S. Jefferson St.
Chicago, IL 60661

Kathryn Levine
600 Lafayette East, MC 1845
Detroit, MI 48226

KPMG
717 H. Harwood St.
75201
Dallas, TX 75312-0970

LEAF
P.O. Box 644006
Cincinnati, OH 45264-4006

LexisNexis
1600 John F. Kennedy Blvd., #1655
Philadelphia, PA 19103

Lucent Financial
8800 Indian Hills Drive
Omaha, NE 68114-4066

Magenic Technologies
4150 Olson Memorial Hwy., Ste. 400
Minneapolis, MN 55422

Merchant & Gould
IDS CEnter
80 S. Eighth St.
Minneapolis, MN 55402-2215

MMSI, Inc.
4001 41st St., N.W.
Rochester, MN 59901

Morningstar, Inc.
22 W. Washington St.
Chicago, IL 60602

NASDAQ
One Liberty Plaza
165 Broadway
New York, NY 10006

National Account Servs. Co., LLC
1200 Abernathy Road, NE, Ste. 1000
Atlanta, GA 30328

Newsura Insurance Services, Inc.
Attn.: Terry Borchers
1410 Rocky Ridge Drive, Ste. 150
Roseville, CA 95661

Olenick & Associates, Inc.
205 W. Wacker Dr., Ste. 2000
Chicago, IL 60606

Paychex
1175 John Street
West Henrietta, NY 14586

Phoenix Life Ins. Co.
PNC Bank Lockbox 643056
500 First Avenue
Pittsburgh, PA 15219

Ping Identity
ATTN:  Jeff Chow
1099 18th St., Ste. 2950
Denver, CO 80202

Pitney Bowes Global Fin. Servs.
P.O. Box 856460
Louisville, KY 40285-6460

Pitney Bowes Purchase Power
P.O. Box 856402
Louisville, KY 40285-6042

Proginet
200 Garden City Plaza, Ste. 220
Garden City, NY 11530

Qwest Commc'ns
Business Servs.
P.O. Box 856169
Louisville, KY 40285-6169

Red Ant Army
Fatima Hameed
7 Lispenard St., Apt. 3E
New York, NY 10013

Rex Electric & Technologies LLC
230 W. Monroe St., Ste. 1150
Chicago, IL 60606

Rice Mechanical
809 W. Estes Ave.
Schaumburg, IL 60193

Ricoh Americas Corp.
P.O. Box 13852
Newark, NJ 07188-3852

RSA Security, Inc.
P.O. Box 49951
Atlanta, GA 31192-9951

Sungard Corbel, Inc.
P.O. Box 96008
Chicago, IL 60693

Verisk Health Systems Administrators
Attn:  Jim Phillips
2521 Hilltop Drive, Suite 370
Redding, CA 96002

Shawnee Administrative Services, LLC
Attn: Jamie Simmons
307 East Washington Street
Benton, IL 62812

Symmetricom
File No. 31625
P.O. Box 60000
San Francisco, CA 94160-1625

Wachovia Bank
Attn.: Risk Management
1525 West W.T. Harris Blvd, NC1176
Charlotte, NC 28288

Sigis
2400 Camino Ramon, Ste. 375
San Ramon, CA 94583

The American Bankers Ass'n
ATTN:  Kevin McKechnie
1120 Connecticut Ave., NW
Washington, DC 20036

Wachovia Corporation
301 South College
Charlotte, NC 28288

Snack King Vending Co.
720 Remsen Ave.
Trenton, NJ 08610

Thomson Reuters
P.O. Box 71687
Chicago, IL 60694-1687

Wachovia Corporation
Attn:  Partner/Vendor Relationship Mg
1525 West W.T. Harris Blvd., NC1225
Charlotte, NC 28262-1225

Sovereign Bank
Attn: Legal Department
75 State Street
Boston, MA 02109

Thoughtworks
200 E. Randolph St., 25th Flr.
Chicago, IL 60601

Webex
P.O. Box 49216
San Jose, CA 95161-9216

Sovereign Bank
Attn.: Dir. Property Management
2 Morrissey Blvd.
Mail Code MA1-MB5-01-02
Boston, MA 02125

Top Layer Security
2400 Computer Dr.
Westborough, MA 01581

Wolters Kluwer Financial Services, In
Attn:  President/CEO
100 South 5th St., 700
Minneapolis, MN 55402

Splice Commc'ns
1900 S. Norfolk St., Ste. 350
San Mateo, CA 94403

TRC Environmental Corp.
21 Griffin Rd.
Windsor, CT 06095

Workable Solutions, Inc.
Attn.: Legal Department
4409 Parkbreeze Court
Orlando, FL 32808

SPR Companies
ATTN:  Todd Kummer
233 S. Wacker Dr., Ste. 3500
Chicago, IL 60606

Trustwave
Dept. CH 19213
Palatine, IL 60055-9213

Zixcorp
P.O. Box 676029
Dallas, TX 75267-6029

State Farm Insurance

UMB Bank
Attn:  Dennis W. Triplett
1010 Grand Boulevard Mail Stop 1020213
Kansas City, MO 64106

Statim LLC
820 Greenwood Ave., Ste. 100
Waukegan, IL 60087

Unicare
P.O. Box 0797
Carol Stream, IL 60132-0797