FILED

MAY 11 2010

EUGENE R. WEDOFF, BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

CANOPY FINANCIAL, INC.

Debtor.

Case No. 09 B 44943

Chapter 7

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER ALLOWING SEYFARTH SHAW, ATTORNEYS FOR CHAPTER 7 TRUSTEE GUS A. PALOIAN, INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | **$487,417.50** | TOTAL COSTS REQUESTED: | **$10,650.66** |
| TOTAL FEES REDUCED: | **$25,379.70** | TOTAL COSTS REDUCED: | **$4,617.80** |
| TOTAL FEES ALLOWED: | **$462,037.80** | TOTAL COSTS ALLOWED: | **$6032.86** |

**TOTAL FEES AND COSTS ALLOWED: $468,070.66**

The attached time and expense entries are marked to indicate those disallowed in whole or in part. The basis for each disallowance is disclosed by the numerical notation that appears on the right side of each underlined entry. The numerical notations refer to the enumerated paragraphs below.

**(1) Improper Allocation of Professional Resources**

The Court denies the allowance in part of compensation for the following task since a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

**(3) Reimbursement Limited to Actual, Necessary Expenses**

The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C. §§ 330(a)(1)(B) & 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

**(4) Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(6) Meal Expenses**

The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

**(7) Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(8) Trustee Work Can Not Be Compensated As Professional Services**

"The Trustee cannot effectively expand the maximum limits of Section 326(a) by hiring other people to perform his duties for him, whether they are paralegals, attorneys, accountants or other professional persons, and utilize the potentially unlimited scope of Section 330 as a basis for award of reasonable compensation." *Boldt v. United States Trustee (In re Jenkins),* 130 F.3d 1335, 1341 (9th Cir. 1997) (quoting *In re Prairie Cent. Ry. Co.,* 87 B.R. 952, 959 (Bankr. N.D. Ill. 1988)).

**(11) Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: May 11, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 01/07/10 | Draft email to G. Paloian regarding scope of retention for special counsel Polsinelli (.10); confer with J. McManus regarding revisions to application for employment of Seyfarth and accompanying affidavit (.10); review email from D. Green regarding forwarding of debtor's legal files from Wilson Sonsini (.10); review and revise application for employment of Seyfarth and accompanying affidavit (.40). | J. Sowka | 0.70 | 227.50 |
| 01/07/10 | Multiple revisions to retention application (.80); multiple revisions to Exhibit A to Sowka Affidavit (1.20); conferences with J. Walker and J. Sowka regarding same (.30); extensive revisions to Service List (.70). | J. McManus | 3.00 | 705.00 |
| 01/08/10 | Execute affidavit accompanying application for employment of Seyfarth Shaw (.10); draft memorandum to G. Paloian regarding case strategy and current priorities (1.10); confer with G. Paloian regarding recent developments, case strategy, and current priorities (.20); confer with J. McManus regarding revisions to application for employment of Seyfarth and proposed order (.10); review and revise application for employment of Seyfarth and accompanying affidavit (.60). | J. Sowka | 2.10 | 682.50 |
| 01/08/10 | Finalize retention application (.40); multiple conferences with J. Sowka regarding same (.30); revise Sowka Affidavit (.40); revise Service List (.20); cause retention application to be filed with the Court (.30); oversee service of same (.20). | J. McManus (1) 3 allowed | 1.80 | 423.00 -47 |
| 01/11/10 | Preparation of documents for review. | J. O'Keefe | 0.50 | 97.50 |
| 01/12/10 | Confer with G. Paloian regarding scope of retention of Jenner as special counsel (.10); review and revise motion to retain Jenner as special counsel (.30). | J. Sowka | 0.40 | 130.00 |
| 01/12/10 | Multiple communications with J. Sowka and J. Walker regarding additional creditors and interested parties listing (.30); revise list (.40). | J. McManus | 0.70 | 164.50 |
| 01/12/10 | Search [redacted] bankruptcy matters for G. Paloian for sample documents (.10); download case dockets for same (.10). | N. Bouchard | 0.20 | 22.00 |
| 01/13/10 | Assemble creditor listing information for J. Sowka for sales motion and motion to reject leases and executory contracts (.70); revise interested parties listing (.50); revise service list (.30). | J. McManus | 1.50 | 352.50 |
| 01/14/10 | Conference call with R. Angart, G. Paloian, and T. Rearden regarding employment retention issues. | J. Sowka | 0.80 | 260.00 |

## EMPLOYEE BENEFITS/PENSION

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 01/12/10 | Review employee letter regarding retention bonuses. | G. Paloian | 0.40 | 222.00 |
| 01/13/10 | Place call to R. Sukley of the U.S. Trustee's Office regarding employee requests for retention bonuses (.10); exchange various emails with R. Angart and G. Paloian regarding call with representative of the employees to discuss request for retention bonus (.30); review and analyze documents associated with employees' request for retention bonuses (.20); confer with R. Angart and G. Paloian regarding payment of prepetition employee wages and severance (.80). | J. Sowka | 1.40 | 455.00 |
| 01/14/10 | Draft terms of proposed severance program for employees. | J. Sowka | 1.20 | 390.00 |
| 01/21/10 | Exchange emails with P. Kelley and R. Angart regarding calculation of hourly wages for severance program (.10); review and analyze revised severance payment calculations for vacation and sick leave (.20); legal research regarding basis for employee severance program (.60); draft motion to approve severance program (1.30). | J. Sowka | 2.20 | 715.00 |
| 01/22/10 | Draft emails to R. Angart and R. Sukley regarding the filing of severance program motion (.10); confer with G. Paloian, R. Angart and P. Kelley regarding calculation of severance program payments (.40); draft motion to approve severance program (3.30). | J. Sowka | 3.80 | 1,235.00 |
| 01/25/10 | Telephone conference with B. Angart regarding [redacted] | G. Paloian (8) | 0.30 | 166.50 -166.50 |
| 01/26/10 | Draft email to A. Dodd regarding list of employees included in severance program. | J. Sowka | 0.10 | 32.50 |
| 01/27/10 | Conferences with B. Angart regarding reduction in force and review of RIF list and essential skill sets. | G. Paloian (8) | 0.50 | 277.50 -277.50 |
| 01/27/10 | Draft email to R. Angart regarding approval of the severance program. | J. Sowka | 0.10 | 32.50 |
| 01/29/10 | Exchange emails with P. Kelley and B. Roche regarding termination of 401(k) plan. | J. Sowka | 0.20 | 65.00 |
| 01/29/10 | Conference with B. Roche regarding 401(k) plan termination issues (.30); e-mails with P. Kelly and G. Paloian regarding same (.20); review 401(k) plan documents and related materials (1.00). | W. A. Douglass | 1.50 | 592.50 |
| 02/01/10 | Review 401(k) plan documents and related materials (.60); conference call with P. Kelly (.20); e-mails with G. Paloian regarding same (.20). | W. A. Douglass | 1.00 | 395.00 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/24/10 | Review and revise notice of termination of group health plan (.50); confer with G. Paloian regarding same (.10); exchange emails with A. Douglass regarding same (.10); draft email to R. Angart regarding issuance of notice of termination (.10) | J. Sowka | 0.80 | 260.00 |
| 02/25/10 | Communications regarding meeting with FT Partners, financial advisors (.30); communications with former employee regarding noncompetes (.20). (4) | G. Paloian | 0.50<br>-.3 | 277.50<br>-111 |
| | | TOTAL | 27.20 | $9,902.50 |

## GENERAL LABOR MATTERS

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 01/13/10 | Conferences regarding DOL audit of 401(k). (4) (8) | G. Paloian | 0.40 | 222.00 -222 |
| 01/14/10 | Research and analysis regarding potential WARN and Illinois WARN liability (1.00); telephonic conference with R. Angart regarding WARN/Illinois WARN matters (.20). | J. Ditelberg | 1.20 | 552.00 |
| 01/15/10 | Conferences regarding WARN Act claims and 401(k) investigation. (4) (8) | G. Paloian | 0.50 | 277.50 -277.50 |
| 01/15/10 | Analysis regarding Illinois WARN Act complaint and potential defenses. | J. Ditelberg | 0.50 | 230.00 |
| 01/18/10 | Analysis of Illinois Department of Labor WARN Act complaint and potential defenses and strategy. | J. Ditelberg | 1.50 | 690.00 |
| 01/19/10 | Conference with J. Ditelberg regarding status of WARN Act claim and investigation. | G. Paloian | 0.60 | 333.00 -333 |
| 01/19/10 | Analysis regarding WARN Act issues. | J. Ditelberg | 0.30 | 138.00 |
| 01/19/10 | Communicate with J. Ditelberg regarding Department of Labor investigation of 401(k) plan. | B. Roche | 0.50 | 187.50 |
| 01/20/10 | Confer with B. Roche regarding 401(k) inquiry from K. Hammerl. | J. Sowka | 0.10 | 32.50 |
| 01/20/10 | Analysis regarding WARN liability and defenses. | J. Ditelberg | 0.30 | 138.00 |
| 01/20/10 | Evaluate and analyze communications regarding Department of Labor investigation of 401(k) (.60); communicate with K. Hammerl, Dept. of Labor Investigator regarding same (.40). | B. Roche | 1.00 | 375.00 |
| 01/21/10 | Conference J. Ditelberg regarding WARN Act notice issues. (8) | G. Paloian | 0.30 | 166.50 -166.5 |
| 01/21/10 | Analysis regarding WARN Act liability and defenses. | J. Ditelberg | 0.20 | 92.00 |
| 01/26/10 | Analysis regarding Rodriguez Illinois Department of Labor wage claim and possible defenses. | J. Ditelberg | 0.30 | 138.00 |
| 01/27/10 | Conference with P. Kelley regarding potential defenses to Rodriguez Illinois Department of Labor wage claim. | J. Ditelberg | 0.30 | 138.00 |
| 01/27/10 | Communicate with K. Hammerel regarding interview of P. Kelley. | B. Roche | 0.30 | 112.50 |
| 01/28/10 | Communicate with K. Hammerl regarding subpoena for Canopy 401(k) plan. | B. Roche | 0.40 | 150.00 |
| 01/29/10 | Gather documents in response to Dept. of Labor subpoena (1.00); communicate with K. Hammerl regarding same (.30). | B. Roche | 1.30 | 487.50 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/01/10 | Communicate with K. Hammerl, (Dept. of Labor) regarding upcoming interview with P. Kelley. | B. Roche | 0.30 | 112.50 |
| 02/02/10 | Preparation of supplemental WARN Act and Illinois WARN Act notices. | J. Ditelberg | 1.20 | 552.00 |
| 02/03/10 | Review proposed Warn notice. | G. Paloian | 0.20 | 111.00 |
| 02/03/10 | Exchange emails with J. Ditelberg, et al., regarding WARN notice (.10); review and analyze WARN notice (.10). | J. DeJonker | 0.20 | 88.00 |
| 02/03/10 | Analysis regarding WARN Act obligations. | J. Ditelberg | 0.30 | 138.00 |
| 02/04/10 | Conference with J. Ditelberg regarding WARN Act supplemental notices. | G. Paloian (8) | 0.20 | 111.00 -111 |
| 02/04/10 | Revisions to WARN notices (.30); conference with R. Angart regarding compliance (.20). | J. Ditelberg | 0.50 | 230.00 |
| 02/05/10 | Communicate with K. Hammerl (Dept. of Labor), P. Kelley and G. Paloian regarding rescheduling of P. Kelley's meeting with Department of Labor. | B. Roche | 0.30 | 112.50 |
| 02/08/10 | Confer with B. Roche regarding 401(k) audit. | J. Sowka | 0.10 | 32.50 |
| 02/08/10 | Prepare for and participate in conference with K. Hammerl, Dept. of Labor, and P. Kelley to discuss Canopy 401(k) (3.30); communicate with P. Kelley to follow up certain DOL inquiries (.20). | B. Roche | 3.50 | 1,312.50 |
| 02/11/10 | Conference with P. Kelley regarding WARN Act compliance. | J. Ditelberg | 0.30 | 138.00 |
| 02/12/10 | Conference with R. Angart regarding WARN/Illinois WARN compliance matters. | J. Ditelberg | 0.30 | 138.00 |
| 02/15/10 | Conference with P. Kelley regarding WARN Act compliance matters. | J. Ditelberg | 0.30 | 138.00 |
| | | **TOTAL** | **19.00** | **$8,161.50** |

## INVESTIGATION OF ESTATE CLAIMS/ADVERSARY PROCEEDINGS/LITIGATION

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 01/05/10 | Review and annotate SEC complaint and freeze order (.40); review documents regarding [redacted] (.30); call with SEC regarding status of action and asset issues, cooperation with trustee and strategy (.20); review articles regarding Canopy fraud (.30). | C. Robertson | 1.20 | 594.00 |
| 01/06/10 | Communicate with C. Robertson regarding details of matter (.30); evaluate and analyze pleadings filed to date (.80). | B. Roche | 1.10 | 412.50 |
| 01/06/10 | Review correspondence from SEC regarding settlement of entity claims (.10); review subpoena issued by SEC regarding employee deposition (.10); review SEC issues regarding settlement and potential trustee claims (.20). | C. Robertson | 0.40 | 198.00 |
| 01/07/10 | Confer with J. McManus regarding preparation of rule 2004 motion (.20); review email and accompanying spreadsheets from P. Jacobs regarding list of entities for issuance of discovery (.20). | J. Sowka | 0.40 | 130.00 |
| 01/08/10 | Exchange emails with V. Lazar regarding indexing of recently produced books and records from the debtor. | J. Sowka | 0.10 | 32.50 |
| 01/09/10 | Review draft complaint. | G. Paloian | 1.60 | 888.00 |
| 01/11/10 | Conference with G. Paloian regarding matter (.70); evaluate and analyze J. Blackburn's recent filings and review some of SEC's filings to date (1.60). | B. Roche | 2.30 | 862.50 |
| 01/11/10 | Review and annotate motion filed by Blackburn regarding modification of asset freeze regarding use of funds (.40); review cases cited in motion (.30); call with G. Paloian regarding response by trustee to motion (.20). | C. Robertson | 0.90 | 445.50 |
| 01/11/10 | Review Blackburn motion to unfreeze assets (.40); telephone conference with V. Lazar regarding same (.30); conferences with B. Roche regarding background and opposition to motion and fact investigation (1.50). | G. Paloian | 2.20 | 1,221.00 |
| 01/11/10 | Confer with J. O'Keefe regarding creation of index for documents from debtor. | J. Sowka | 0.20 | 65.00 |
| 01/11/10 | Prepare debtor documents from Jenner & Block for attorney review. | R. Ballakhan (1) | 1.00 | 185.00 -185 |
| 01/12/10 | Evaluate and analyze SEC Complaint and filings against defendant J. Blackburn (2.00); attend meeting with G. Paloian, investigators, SEC attorneys, FBI and US Attorney to discuss legal strategy and plans going forward (2.20). | B. Roche | 4.20 | 1,575.00 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 01/12/10 | Review filing by defendant regarding assets (.10); review notices of deposition regarding board member (.10); call with G. Paloian regarding status of meetings with SEC and settlement of SEC case (.20). | C. Robertson | 0.40 | 198.00 |
| 01/12/10 | Continue to prepare debtor documents from Jenner & Block for attorney review. | R. Ballakhan (1) | 2.00 | 370.00 -370 |
| 01/13/10 | Evaluate and analyze bank documents, NetJet documents and other exhibits showing where monies were spent by J. Blackburn (2.50); communicate with A. Cotter of the SEC regarding Defendant's motion to unfreeze assets (.30); evaluate and analyze Court Order regarding same (.20). | B. Roche | 3.00 | 1,125.00 |
| 01/13/10 | Review case pleadings including motions associated with asset freeze orders in order to assist in development of case strategy (.90); conference with Trustee G. Paloian to develop case strategy (.60). | D. Blouin | 1.50 | 780.00 |
| 01/13/10 | Meeting with D. Blouin regarding Canopy litigation claims investigation (.50); conference with B. Roche and telephone conference with V. Lazar regarding response to Blackburn motion to unfreeze assets in SEC action (.60). | G. Paloian | 1.10 | 610.50 |
| 01/13/10 | Review various emails from G. Paloian regarding discovery of documents from Perkins Coie. | J. Sowka | 0.20 | 65.00 |
| 01/14/10 | Evaluate and analyze file documents (1.50); communicate with R. Angart and P. Kelley regarding Department of Labor subpoena (.50). | B. Roche | 2.00 | 750.00 |
| 01/14/10 | Conference with J. Ditelburg regarding WARN Act issue and investigation (.50); conference with P. Kelly (.20); review and revise Switzer retention letter (.30); telephone conference with D. Stevenson regarding Sovereign source code demand and resolution of issue (.30); conference regarding UCC search results (.20); communication regarding [redacted] (.40); telephone conference with N. Carlton, Coventry counsel and J. Switzer regarding transition services, course code and lift stay motion (.60). | G. Paloian (.2) - (4) (.8) - (B) | 2.50 | 1,387.50 -555 |
| 01/14/10 | Exchange emails with V. Lazar regarding filing of rule 2004 motions. | J. Sowka | 0.10 | 32.50 |
| 01/14/10 | Prepare documents for attorney review. | R. Ballakhan (1) (4) | 0.50 | 92.50 -92.50 |
| 01/15/10 | Communicate with A. Cotter regarding SEC investigation and recent discoveries regarding bank account activity (.30); evaluate and analyze file documents regarding same (1.50). | B. Roche | 1.80 | 675.00 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 01/29/10 | Calls with G. Paloian regarding meetings with directors and plaintiffs regarding settlement of claims and basis for breach of fiduciary duty and failure to supervise claims against directors (.60); review cases regarding fiduciary duties of directors and responsibilities regarding oversight and "control" liability (.70). | C. Robertson | 1.30 | 643.50 |
| 01/29/10 | Communications regarding Coventry agreed orders. | G. Paloian | 0.30 | 166.50 |
| | | | | - 166.50 |
| 01/29/10 | Email to/from J. Sowka regarding reclamation (.20); conference call with B. Angart and J. DeJonker regarding equipment reclamation (.30). | J. Priebe | 0.50 | 205.00 |
| 01/29/10 | Review and revise spreadsheet containing data regarding discovery targets (.40); confer with G. Paloian regarding settlement conference and discovery strategy (.40); confer with J. Priebe regarding reclamation demands (.30). | J. Sowka | 1.10 | 357.50 |
| 01/29/10 | Westlaw and Internet asset research on Jennifer Bartlett, Nicole Gilich and Brian Burgstone. | N. Bouchard | 2.00 | 220.00 |
| 01/30/10 | Further review and analysis of financial data regarding transfers to and from numerous Canopy accounts. | D. Blouin | 2.20 | 1,144.00 |
| 01/31/10 | Research cases regarding [REDACTED]. | C. Robertson | 1.90 | 940.50 |
| 01/31/10 | Research regarding [REDACTED]. | G. Paloian | 0.60 | 333.00 |
| 02/01/10 | Communicate with A. Cotter regarding document production (.40); evaluate and analyze Defendant J. Blackburn's motions (withdrawal of attorneys) (.20); communicate with G. Paloian regarding retention of documents (.30). | B. Roche | 0.90 | 337.50 |
| 02/01/10 | Research and review cases regarding fiduciary duties of directors regarding oversight of officers and implementation and enforcement of compliance procedures (.70); review cases regarding director duties to detect fraud (.50); review trustee cases regarding claims against directors for corporate waste and breach of duty (.40); draft and send memorandum to G. Paloian regarding review of cases on fiduciary duty and state of law on claims against directors (.40); review state law provisions regarding indemnification and business judgment (.40). | C. Robertson | 2.40 | 1,188.00 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/01/10 | Telephone conferences with J. Switzer regarding Coventry agreed orders regarding license and source code (.20); review e-mails from Dan Stevenson and J. Switzer regarding same (.30); communications regarding release of 2009 Source Code and potential value (.70); review revised country order (.30); review correspondence from FTP partners regarding SEC subpoena (.30). | G. Paloian (4) | 1.80 -.7 | 999.00 -388.5 |
| 02/01/10 | Review asset reports retrieved from Lexis (.40); confer with J. Sowka regarding same (.20); perform additional Lexis research regarding insider entities (.50). | J. McManus | 1.10 | 258.50 |
| 02/01/10 | Prepare memorandum to J. DeJonker and G. Paloian regarding options for preservation of information on computer drives (.50); review communication, pricing estimates, and specifications from Protek and Guidance Software for collection and preservation of hard drives for approximately 94 computers in 48 hours (.50); analyze and consider options and methods for sequestration and forensically sound preservation of ESI from computers prior to auction closing (.60). | J. Priebe | 1.60 | 656.00 |
| 02/01/10 | Review and revise list of discovery targets and corresponding data (.90); review emails from J. Switzer and V. Lazar regarding discovery strategy (.10); draft email to G. Paloian, V. Lazar, and J. Switzer regarding discovery strategy (.10); review and analyze asset search data on discovery targets (.40). | J. Sowka | 1.50 | 487.50 |
| 02/01/10 | Extensive Lexis research regarding assets of Jennifer Bartlett, Nicole Gilich and Brian Burgstone. | N. Bouchard | 1.90 | 237.50 |
| 02/01/10 | Discussion with J. Priebe regarding data, sources, timing, and preservation approaches (.40); correspond with forensic imaging vendors to discuss imaging quotes and timeline for completion of imaging all workstation computers (1.00). | R. Lutkus | 1.40 | 427.00 |
| 02/02/10 | Evaluate and analyze communications pertaining to subpoenas and imaging of Canopy computers (.80); communicate with A. Cotter regarding same (.30); evaluate and analyze communications regarding plan for data collection (.40). | B. Roche | 1.50 | 562.50 |
| 02/02/10 | Review cases regarding [redacted] (.30); review [redacted] (.20); review legal memorandum regarding [redacted] (.20). | C. Robertson | 0.70 | 346.50 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/02/10 | Telephone conference with SEC regarding access to computer files (.40); multiple conferences regarding data retention and hosting/costs (.80); research regarding [redacted] (1.00). | G. Paloian (8) | 2.20 -.8 | 1,221.00 -444 |
| 02/02/10 | Prepare memorandum to G. Paloian with recommendations for copying, imaging, erasure and logistics (.40); conference call with A. Cotter regarding computer collections and data (.20); emails to/from Guidance regarding estimates for collection, equipment and timetable (.40); emails to/from G. Paloian regarding engagement of Guidance Professional Services (.20). | J. Priebe | 1.20 | 492.00 |
| 02/02/10 | Legal research regarding [redacted] (.80); draft email to G. Paloian regarding [redacted] (.30); confer with G. Paloian regarding [redacted] (.30). | J. Sowka | 1.40 | 455.00 |
| 02/02/10 | Evaluate quotes for forensic imaging of Canopy computers in Chicago office (.70); exchange correspondence with D. Normand of Guidance Software regarding time necessary to complete preservation project (.20); plan and prepare for on-site evaluation of computer systems, ability to host large scale collection effort, and setup necessary to begin collection effort (.20). | R. Lutkus (8) | 1.10 | 335.50 -335.5 |
| 02/03/10 | Attend meeting with G. Paloian regarding SEC investigation, Alvarez & Marsal's investigation and document collection and retention. | B. Roche | 1.20 | 450.00 |
| 02/03/10 | Further analysis of data related to Canopy financial transactions. | D. Blouin | 0.90 | 468.00 |
| 02/03/10 | Conferences regarding status of copying of computer data (.20); conferences regarding Guidance Professional Services and estimates of costs and schedule of work (.40). | G. Paloian (4) (8) | 0.60 | 333.00 -333 |
| 02/03/10 | Review and revise Emergency Motion Authorizing the Use of Estate Funds Outside the Ordinary Course Pursuant to 11 U.S.C. §363 on Shortened Notice (.90); revise Service List (.40); revise Order (.20); prepare for expedited service of Motion (.50); cause Motion to be filed with the Court (.50); oversee service of same (.40). | J. McManus | 2.90 | 681.50 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/09/10 | Review status update of logical file copying from network attached storage device covered under SEC subpoena (.10); review email correspondence from T. Yarrish of Guidance Software regarding overall preservation project status and reply to the same (.20); review email from J. Priebe regarding SEC forensic contact inquiries and reply to the same (.30); review email from Guidance Software and reply to inquiries on remaining preservation tasks (.40); discussion with J. Priebe regarding source code question (.10); review details of Dell lease rejection as the deadline relates to overall preservation project (.20). | R. Lutkus | 1.30 | 396.50 |
| 02/10/10 | Evaluate and [redacted]. | B. Roche | 0.50 | 187.50 |
| 02/10/10 | Review [redacted] (1.60); review [redacted] (.80); review [redacted] (.70); draft [redacted] (.30). | C. Robertson | 3.40 | 1,683.00 |
| 02/10/10 | Conferences regarding Rule 2004 subpoena targets (.30); review Banas and Blackburn e-mails (.90); review minutes of Board meetings and submissions (1.30); review case authorities regarding director duties (.70). | G. Paloian (4) | 3.20 -3 | 1776.00 -166.5 |
| 02/10/10 | Investigate via Westlaw research, additional addresses of discovery targets (.80); revise summary chart of banks, businesses and individuals (.70); confer with J. Sowka regarding same (.10); revise discovery Motion (.20); revise Exhibit A to Motion (.80); cause same to be filed with the Court (.30); oversee service of same (.20); multiple conferences with J. Priebe and R. Lutkus regarding retrieval of computers, hardware and documents from Paul Hastings (.30); telephone conferences with J. Cooper at Paul Hastings regarding same (.20); arrange for retrieval of equipment and documents (.20). | J. McManus (1) .3 allowed | 3.80 -.2 | 893.00 -47 |
| 02/10/10 | Investigate former employee addresses. | J. O'Keefe | 1.50 | 292.50 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/10/10 | Review and respond to correspondence regarding web server hosting switchover (.30); teleconference with J. Priebe and T. Reardon regarding hosting environment needed for webserver (.30); teleconference with J. Priebe regarding cost reduction of 1099 delivery (.20); follow-up with Guidance Software consultant T. Yarrish on status of overall preservation project (.10); on-site meeting with T. Reardon, B. Angart, et al. regarding webhosting, extraction method of 1099 delivery, ongoing IT needs, etc (1.20); review Guidance change request form for additional work required (.30); teleconference with Guidance consultants regarding SEC subpoena response (.40); teleconference with B. Williams of Stoneturn regarding images (.20); arrange for pickup of data from Paul Hastings (.20); review of email from B. Williams of Stoneturn regarding chain of custody and image possession in preparation for SEC turnover (.30). (1) .1 allowed | R. Lutkus | 3.50 | 1,067.50 -30.5 |
| 02/11/10 | Evaluate and analyze communications regarding discovery depositions (.30); evaluate and analyze fraudulent conveyance statutes in preparation to draft complaints against J. Bartlett and N. Gilich (.40). | B. Roche | 0.70 | 262.50 |
| 02/11/10 | Review [redacted] (.70); review [redacted] (.30); review [redacted] (.20); review s[redacted] .20); review [redacted] (.30); review [redacted] (.20); call with R. Weber [redacted] (.30). | C. Robertson | 2.80 | 1,386.00 |
| 02/11/10 | Research [redacted] (1.30); conference regarding Vik Kashyap deposition (.30); telephone conference with V. Lazar regarding [redacted] (.30); review diagnostic testing confidentiality agreement (.30); review and revise Seller's Certificate (.50); review [redacted] (.50). | G. Paloian (4) | 3.20 -.3 | 1,776.00 -166.5 |
| 02/11/10 | Revise discovery target spreadsheet (.30); arrange for retrieval of computer equipment (.20); confer with J. Priebe regarding same (.20); assemble and review documents produced by Paul Hastings (.80); label production (.20). | J. McManus | 1.70 -.4 | 399.50 -94 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/11/10 | Assemble and review documents produced by Paul Hastings (.80); label production (.20); [REDACTED] (.30); [REDACTED] (.20). ①④ | N. Bouchard | 1.50 -.7 | 187.50 -91.25 |
| 02/11/10 | Exchange correspondence with Guidance Software regarding status of preservation, delivery of images for SEC subpoena delivery, and key delivery (.60); arrange for messenger service to pickup and deliver ESI in time for delivery to SEC (.10); discuss strategy for copying of Racine server to NAS device for preservation (.40); discuss SEC subpoena compliance deadline logistics (.30); exchange communication with B. Angart discussing temporary IT contractors to perform disk wiping procedures (.20); review inventory list for SEC media turnover (.40). | R. Lutkus | 2.00 | 610.00 |
| 02/12/10 | Evaluate and analyze communications with A. Cotter and J. Priebe regarding data (.90); attend conference with A. Cotter, G. Paloian, J. Priebe, R. Lutkus and SEC computer technicians (1.00); evaluate and analyze communications regarding same (.80). | B. Roche | 2.70 | 1,012.50 |
| 02/12/10 | Review a [REDACTED] (.40); review cases regarding [REDACTED] (.50); review [REDACTED] (.50); review cases regarding [REDACTED] (.40); review [REDACTED] (.20); call with D. Stevenson (.20). | C. Robertson | 2.20 | 1,089.00 |
| 02/12/10 | Conferences with Jason Priebe regarding response to SEC subpoena and turnover of computers. | G. Paloian | 0.60 | 333.00 |
| 02/12/10 | Update and revise summary of discovery targets for J. Sowka. | J. McManus | 0.60 | 141.00 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/12/10 | Teleconference with T. Yarrish of Guidance Software regarding Drobo image copy issue (.10); draft email to J. Priebe regarding the same (.10); teleconferences with SEC (1.20); teleconference with B. Angart (.10); review of media received by Stoneturn for image completion before tendering original media to SEC (1.30); preparation of evidence turnover log for SEC subpoena response (.60); preparation of physical media and chain of custody information for SEC subpoena response (1.20); arrange messenger service to deliver media and evidence to SEC (.10); teleconference with B. Williams of Stoneturn regarding eGo device (.10); perform brief forensic evaluation of eGo device to determine whether imaging is necessary for preservation purposes of the estate (.30); various correspondences to Guidance Software regarding expectations of upcoming Guidance on-site visit to client offices (.40); review of cover letter to SEC to accompany physical evidence media (.10); research Clonezilla operation in advance of call with SEC IT (.50); evaluate "Deliverable1" drive from Guidance Software and determine method of replication to meet upcoming production deadline to SEC (.40); setup and start large scale data replication of "Deliverable1" drive to target media for preservation purposes (.40). | R. Lutkus (4) | 6.90 -1.3 | 2,104.50 -396.5 |
| 02/12/10 | Preparation of chain of custody tracking sheets for internal laptop hard drives collected. | S. Knight | 0.30 | 57.00 |
| 02/13/10 | Call with J. Boyer regarding accounting questions regarding recognition of impaired assets or assets subject to rescission for purposes of surplus analysis in connection with redemptions and claims against directors. | C. Robertson | 0.60 | 297.00 |
| 02/13/10 | Check status of "Deliverable1" copy in anticipation of production to SEC (.10); troubleshoot copy error from Drobo source (.30); rollback copy job, correct 255 character limit error, and restart Drobo file duplication (.40). | R. Lutkus | 0.80 | 244.00 |
| 02/15/10 | Communicate with A. Cotter regarding SEC's investigation and collection of Canopy ESI (.50); evaluate and analyze fraudulent inducement materials in preparation for complaints against J. Bartlett and N. Gilich (1.70); evaluate and analyze SEC's emergency motion to bar Canopy from deleting ESI (.80). | B. Roche | 3.00 | 1,125.00 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/17/10 | Teleconference with Guidance Software requesting imaging report generation (.20); discussion with J. Priebe regarding strategy for dealing with SEC requests (.30); teleconference with Inventus regarding server hosting (.40); teleconference with Advanced Hosting Solutions and Ubiquity Hosting regarding colocation hosting for Canopy SQL server (.70); review of quote from Inventus for server hosting (.20); compare Guidance spreadsheet of imaged computers to list of "missing hard drive computers" for auditing purposes (.50); follow up with Guidance regarding computer requiring imaging and draft email to N. Rodriguez to obtain information regarding the same (.40); review quote from Advanced Hosting Solutions (.20); review data security details from Latisys regarding safely of physical building for hosting Canopy server (.40); draft email to B. Angart and J. Priebe regarding hosting update (.30). | R. Lutkus (8) | 3.60 -.4 | 1,098.00 -122 |
| 02/17/10 | Call with C. Robertson regarding legal issues and defenses; possible strategy. | W. Prickett | 0.40 | 224.00 |
| 02/18/10 | Revise and edit response to SEC's motion (2.00); conference with H. Baer, J. Priebe and A. Cotter to discuss sale and SEC's investigation regarding ESI (1.00); attend Court hearing on SEC's motion and revise and edit order to be entered (2.00); communicate with R. Weber and H. Baer regarding equipment that can be made part of sale based on SEC's investigation (3.00). | B. Roche | 8.40 | 3,150.00 |
| 02/18/10 | Meet [redacted] (3.30); meet with V. Lazar regarding [redacted] (2.60); call with D. Stevenson regarding [redacted] (1.20); review [redacted] (.70); meet with G. Paloian and D. Blouin regarding strategy (.50). | C. Robertson | 8.30 | 4,108.50 |
| 02/18/10 | Further analysis of company documents. | D. Blouin | 1.70 | 884.00 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/18/10 | Narrow down server hosting options (.50); phone call with R. Angart regarding HIPAA wiping and server hosting specs (.30); review email from A. Cotter regarding SEC imaging (.20); review email from A. Cotter and draft reply suggestions (.30); review Guidance tracking inventory for auditing of imaged computers (.80); draft email to Latysis regarding certification confirmation and review reply (.20); assess methods and provider to being wiping HIPAA covered PHI from Canopy servers (.80); teleconference with D. Normand regarding wiping specifications (.20); arrange for deliverable receipt at Seyfarth offices with T. Yarrish of Guidance Software (.40); send follow-up email to Ubiquity Hosting regarding server space lease (.20); exchange correspondence with SEC vendor regarding their copying of 35 image-bearing hard drives received from Guidance (.20); arrange for SEC vendor building access (.30); review court order as to remaining ESI (.30); prepare for and meet with SEC vendor CACI for drive duplication (.50); exchange correspondence with J. Priebe and B. Roche regarding "Deliverable 1" letter (.20). | R. Lutkus (8) | 5.40 - .7 | 1,647.00 -213.5 |
| 02/18/10 | Preparation of chain of custody information and delivery of imaged hard drive to eDiscovery vendor (CACI) (.30); preparation of chain of custody forms for imaged hard drives received from eDiscovery vendor (Guidance Software) (.50). | S. Knight | 0.80 | 152.00 |
| 02/19/10 | Communicate with A. Cotter (SEC) regarding non-compliance with Court Order regarding SEC's examination and imaging of Canopy ESI (.50); communicate with R. Weber regarding SEC's investigation and the effects of same on closing (.60); communicate with R. Weber regarding certain matters related to closing (1.00); communicate with A. Cotter and R. Angart regarding access to Canopy and Seyfarth for SEC's vendor (.80); coordinate same with R. Lutkus and J. Priebe (1.50); communicate with R. Jewell (SEC's vendor) regarding access issue that was being experienced and resolve same (.50). | B. Roche | 4.90 | 1,837.50 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/19/10 | Review [REDACTED] (.40); review [REDACTED] (.70); review [REDACTED] (.30); [REDACTED] (.60); review [REDACTED] (.60). | C. Robertson | 2.60 | 1,287.00 |
| 02/19/10 | Review and analysis of electronic files gathered from Canopy personnel (.80); develop systems and protocols for the extensive review and analysis of electronic case materials (.90); further development of factual background information (1.10). | D. Blouin | 2.80 | 1,456.00 |
| 02/19/10 | Conferences regarding SEC copying of data and completion of work (1.50); conferences with R. Weber regarding Dell lease assumption (.40); conferences regarding rejection of leases (.30); email regarding estate claims; telephone conferences with C. Robertson regarding follow-up and settlement discussions (.40); review [REDACTED] (1.10). | G. Paloian | 4.00 | 2,220.00 |
| 02/19/10 | Emails and communications regarding amendment to APA concerning equipment and servers still being copied by SEC, and not capable of being erased for transfer in sales agreement today (.80); prepare list of custodians and data locations of interest for processing priority (.40); conference call with D. Blouin regarding data processing, hosting, and estimated costs for same (.50); prepare list of computers produced to SEC for R. Weber (.30); emails to/from CACI regarding Guidance tracking sheet (.20); conference calls with R. Lutkus and R. Angart regarding data hosting (.30); emails to/from R. Lutkus regarding slow progress by CACI in copying over past 48 hours (.20); multiple emails to A. Cotter and CACI regarding access to buildings for imaging overnight and over the weekend (.60); emails to/from Intermedia regarding email extraction and delivery (.20); review multiple status and imaging reports from A. Cotter at SEC (.40); emails and communications with R. Angart, B. Roche, and R. Lutkus regarding access for CACI vendors to Seyfarth and Canopy offices (.40). | J. Priebe (8) | 4.30 -1.2 | 1,763.00 -492 |
| 02/19/10 | Exchange emails with P. McGrath regarding gathering of data for rule 2004 subpoena riders. | J. Sowka | 0.20 | 65.00 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/19/10 | Continue assessing issue of datacenter computers, wiping of HIPAA protected data, and SQL server hosting (2.20); review email from A. Cotter regarding SEC server imaging completion (.10); discuss Guidance Software fee extension with J. Sowka and send to G. Paloian for approval (.20); review quote from Ubiquity Hosting (.20); assist in solving building access issue for SEC vendor to Seyfarth imaging room (.40). | R. Lutkus (8) | 3.10 -.4 | 945.50 -122 |
| 02/20/10 | Communicate with T. Dahlman, R. Jewell (SEC's vendor), R. Angart, R. Lutkus and J. Priebe regarding access issue that was being experienced and resolution of same. | B. Roche (8) | 1.00 | 375.00 -375 |
| 02/20/10 | Review [redacted] (.40); review [redacted] (.30). | C. Robertson | 0.70 | 346.50 |
| 02/20/10 | Emails and communications to/from A. Cotter, R. Lutkus, and B. Roche, regarding Guidance tracking sheet, damaged hard drives incapable of imaging and access for CACI to all Guidance drives and equipment (.80); coordinate delivery of media to CACI for imaging (.20). | J. Priebe | 1.00 | 410.00 |
| 02/20/10 | Resolve issue of providing SEC vendor with two final hard drives for imaging. | R. Lutkus | 0.40 | 122.00 |
| 02/20/10 | Delivery of imaged hard drives to eDiscovery vendor (CACI). | S. Knight | 0.20 | 38.00 |
| 02/21/10 | Review correspondence and update from A. Cotter regarding CACI collections at Canopy site and Seyfarth restricted office space. | J. Priebe | 0.30 | 123.00 |
| 02/22/10 | Evaluate and analyze communications between J. Priebe, R. Lutkus and R. Jewell (SEC's vendor) regarding remaining imaging and status of ESI. | B. Roche | 0.50 | 187.50 |
| 02/22/10 | Research [redacted] (.80); forward case to counsel and G. Paloian regarding director liability (.20); research, [redacted] (.40); call with G. Paloian regarding [redacted] (.40). | C. Robertson | 1.80 | 891.00 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/23/10 | Correspondence with Guidance regarding Paulina server (.30); conference call with R. Angart regarding Intermedia and SEC project completion (.20); emails and conference call with ACT regarding pricing estimates for data processing and hosting (.50); prepare correspondence to FBI regarding Intermedia email hosting (.30); correspondence to/from A. Cotter regarding damaged hard disk drives and delivery of same (.30). | J. Priebe | 1.60 | 656.00 |
| 02/23/10 | Confer with J. DeJonker and B. Roche regarding preparation of rule 2004 subpoenas (.30); review and analyze case docket and class action complaint against Amcore Bank (.20); draft email to C. Robertson and D. Blouin regarding same (.10). | J. Sowka | 0.60 | 195.00 |
| 02/23/10 | Retrieve evidence from imaging room and perform data audit to ensure SEC vendor did not remove any hard drives during cloning process, and to ensure Seyfarth has full set of deliverables (1.40); draft email to SEC contact A. Cotter regarding return of Seyfarth access cards (.10); exchange email with T. Belau from ANSI with meeting details (.20); draft email to T. Yarrish requesting copy of "Deliverable 2" drive (.10). | R. Lutkus (8) | 1.80 -.1 | 549.00 -30.5 |
| 02/24/10 | Begin to evaluate and analyze list and begin to develop list of transferees that should have subpoenas issued pursuant to Rule 2004 (1.80); communicate with FBI, US Attorney's office, B. Angart and J. Priebe regarding status of Intermedia e-mail storage issues pertaining to Canopy (1.50); evaluate and analyze 2004 riders, letters and subpoenas received from Jenner and Block (.40). | B. Roche | 3.70 | 1,387.50 |
| 02/24/10 | Call with D. Blouin regarding [redacted] (.30); review [redacted] (.20); review [redacted] (.20); review [redacted] (.20); review complaint and motions regarding customer claims against Amcore Bank (.40); draft [redacted] (.60); review [redacted] (.30). | C. Robertson | 2.20 | 1,089.00 |
| 02/24/10 | Review and analysis of financial data obtained from Canopy and associated analysis prepared by accountants (2.40); conference with co-counsel regarding factual development and case strategy (.70). | D. Blouin | 3.10 | 1,612.00 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/25/10 | Review memorandum and file materials regarding financial server listings and contents (.20); conference call with G. Paloian and R. Angart regarding servers hosting financial information (.40); communication with R. Lutkus regarding access to Quickbooks database information on externally hosted server (.20). | J. Priebe | 0.80 | 328.00 |
| 02/25/10 | Complete estate server physical migration, including pre-configuration, firewall testing, remote access installation and configuration, delivery, setup, and further testing of colocation connectivity (5.10); review email from J. Priebe regarding next steps in case investigation and clarifying teleconference (.20) | R. Lutkus | 5.30 | 1,616.50 |
| 02/25/10 | Begin preparation of file directory listing of disks containing Canopy files. | S. Knight | 0.40 | 76.00 |
| 02/26/10 | Communicate with S. Zimdahl (US Attorney's Office) and J. Priebe regarding Intermedia e-mail data. | B. Roche | 1.00 | 375.00 |
| 02/26/10 | Review documents and files regarding [redacted] (.40); review [redacted] (.20); call with D. Blouin regarding [redacted] (.20); review [redacted] (.30); call with G. Paloian regarding [redacted] (.10). | C. Robertson | 1.20 | 594.00 |
| 02/26/10 | Review and analysis of company documentation, including financial transactions. | D. Blouin | 2.20 | 1,144.00 |
| 02/26/10 | Conferences regarding discovery (subpoena) in Amcore Class Action (.40); review retention documents for A&M (.20); conference with J. DeJonker regarding same (.10); review memorandum from Dan Stevenson investigation on various issues (.80); telephone conference with Amcore counsel regarding correspondence and production of account information in Class Action (.40); review investigation materials (1.10). | G. Paloian (4) | 3.00<br>-.4 | 1,665.00<br>-222 |
| 02/26/10 | Emails to/from Intermedia regarding email exports. | J. Priebe | 3.00 | 1,230.00 |
| 02/26/10 | Exchange emails with G. Paloian regarding rule 2004 discovery. | J. Sowka | 0.20 | 65.00 |
| 02/26/10 | Setup remote access account on remote estate server for R. Angart and draft access procedure email for R. Angart. | R. Lutkus | 0.80 | 244.00 |
| 02/26/10 | Continue preparation of spreadsheet of file directory information for disks of Canopy files (P. Hastings disks). | S. Knight | 2.00 | 380.00 |

## ASSUMPTION/REJECTION OF LEASES AND EXECUTORY CONTRACTS

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 01/05/10 | Review email from R. Angart regarding list of contracts to be rejected. | J. Sowka | 0.10 | 32.50 |
| 01/07/10 | Review and analyze various emails, spreadsheets, sample motions, and related lease agreements in preparation for drafting motion to reject executory contracts (.60); confer with R. Angart regarding rejection of leases (.10); begin drafting first omnibus motion to reject executory leases (.30). | J. Sowka | 1.00 | 325.00 |
| 01/10/10 | Exchange emails with R. Angart and G. Paloian regarding inquiry from Sovereign Bank and rejection of executory contracts. | J. Sowka | 0.10 | 32.50 |
| 01/12/10 | Draft first omnibus motion for rejection of executory contracts (1.10); review and analyze email from R. Angart regarding rejection of executory contracts with copier companies as well as attached lease agreements (.30). | J. Sowka | 1.40 | 455.00 |
| 01/14/10 | Draft memo to J. Sieger regarding review of list of executory contracts related to asset purchase bid (.10); draft omnibus lease rejection motion and proposed order (1.20); confer with G. Paloian regarding arrangements for filing of lease rejection motions (.10); review and analyze list of unexpired leases and executory contracts to be rejected and underlying contracts in preparation for filing omnibus rejection motion (1.30); review and revise omnibus motion to reject lease and proposed order (.90). | J. Sowka | 3.60 | 1,170.00 |
| 01/14/10 | Review and analyze schedule of executory contracts (.10); exchange emails with G. Paloian, R. Angart, et al., regarding executory contract issues (.10). | J. DeJonker | 0.20 | 88.00 |
| 01/14/10 | Research and investigate lease and contract information for Motion to Reject Leases and Executory Contracts (.90); review and revise Motion (.70); prepare and revise service list (.50); prepare Exhibits to Motion (.90); confer with J. Sowka regarding same (.20). | J. McManus | 3.20 | 752.00 |
| 01/14/10 | Review documents for executory agreements per J. Sowka. | J. O'Keefe | 0.20 | 39.00 |
| 01/15/10 | Conferences regarding executory contracts and assumption and assignment/cures and review contracts and cure statements. | G. Paloian (4) | 1.20 | 666.00 -666 |
| 01/15/10 | Review, analyze, and consolidate various lists of executory contracts (.40); draft email to J. O'Keefe regarding preparation of list of all executory contracts (.10). | J. Sowka | 0.50 | 162.50 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 01/21/10 | Multiple conferences with J. Sowka regarding motions rejecting and abandoning unexpired leases and rejecting executory contracts (.30); review and revise exhibits to same (.80); revise First Omnibus Motion to Reject Unexpired Leases and Executory Contracts (.40); cause same to be filed with the Court (.40); oversee service of same (.10); revise multiple Service Lists (.60); prepare Certificate of Service (.20). | J. McManus<br>(1)<br>.3 allowed | 2.80<br>-.2 | 658.00<br>-47 |
| 01/21/10 | Preparation of and multiple revisions to omnibus motion to reject unexpired leases for J. Sowka (1.80); cause same to be filed with the Court (.30); assist with service of same, omnibus motion to reject executory contracts and certificate of service regarding service of modified sale order (.80). | N. Bouchard<br>(1)<br>.3 allowed | 2.90<br>-.8 | 319.00<br>-88 |
| 01/22/10 | Review and analyze list of executory contracts with customers of debtor (.20); exchange emails with J. DeJonker regarding inquiry from creditor as to lease rejection motions (.10). | J. Sowka | 0.30 | 97.50 |
| 01/26/10 | Confer with J. DeJonker regarding hearing on coverage of hearings on rejection motions (.10); exchange emails with R. Angart regarding indemnification of guarantor on New Jersey lease of office space (.20). | J. Sowka | 0.30 | 97.50 |
| 01/27/10 | Confer with J. DeJonker regarding filing of objection to lease rejection motion (.10); review and analyze various orders approving rejections of contracts and severance program (.20); update list of executory contracts to include customer contracts and to reflect rejected contracts (.90). | J. Sowka | 1.20 | 390.00 |
| 01/27/10 | Exchange emails with G. Paloian, et al., regarding executory contract issues. | J. DeJonker | 0.10 | 44.00 |
| 01/28/10 | Revise and supplement list of executory contracts. | J. Sowka | 0.70 | 227.50 |
| 01/29/10 | Confer with R. Angart regarding rejection of leases. | J. Sowka | 0.10 | 32.50 |
| 02/02/10 | Confer with J. DeJonker regarding treatment of executory contracts in sale agreement. | J. Sowka | 0.20 | 65.00 |
| 02/03/10 | Review draft letter to RICOH regarding rejection of lease (.10); draft email to R. Angart regarding rejection of the RICOH lease (.10). | J. Sowka | 0.20 | 65.00 |
| 02/03/10 | Revise executory contracts spreadsheet. | J. McManus | 0.40 | 94.00 |
| 02/04/10 | Exchange various emails with G. Paloian and R. Angart regarding rejection of leases. | J. Sowka | 0.30 | 97.50 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/17/10 | Prepare Motion to Assume or Reject Unexpired Lease of TRC Environmental Group (1.20); prepare special service list regarding same (.20); prepare Notice of Motion and Certificate of Service regarding same (.30); prepare proposed Order regarding same (.30); prepare Motion to Reject Executory Contract with Equinix Operating Co. (1.20); prepare special service list regarding same (.20); prepare Notice of Motion and Certificate of Service regarding same (.30); prepare proposed Order regarding same (.30); prepare Motion to Extend Time to Assume or Reject Certain Executory Contracts (1.00); prepare special service list regarding same (.20); prepare Notice of Motion and Certificate of Service regarding same (.30); prepare proposed Order regarding same (.30); cause all three motions to be filed with the Court and served (.50). | J. McManus<br>.2 allowed | 6.30<br>-.3 | 1,480.50<br>-70.5 |
| 02/24/10 | Prepare for court hearing on motions to reject backup data center contract, real property lease, and to extend the time to assume or reject certain other executory contracts including review of motions, case docket and court call (.40); appear in court and present motions (.50); draft email to R. Angart and G. Paloian regarding same (.10). | J. Sowka | 1.00 | 325.00 |
| | | **TOTAL** | **46.70** | **$13,150.00** |

## SALE OF ASSETS

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 12/30/09 | Office conference G. Paloian and review materials regarding Canopy Financial. | R. Weber | 0.50 | 297.50 |
| 01/02/10 | Review sales motion and order (.40); review schedule of sale (interested party) contacts and status of due diligence completion (.50); review employee interview summaries (1.00); review Blue Cross motion (.20); review term sheet with Trizetto (.30). | G. Paloian | 2.40 | 1,332.00 |
| 01/04/10 | Telephone conference (.50); office conference G. Paloian regarding Canopy Financial (.50); review filed documents regarding potential 363 asset sale and other work on matter (2.00). | R. Weber (.5) - 4 (.2) - 7 | 3.00 -.7 | 1,845.00 -430.5 |
| 01/04/10 | Download copy of motion to sell assets and corresponding order for R. Weber. | N. Bouchard | 0.20 | 22.00 |
| 01/05/10 | Office conferences G. Paloian regarding Canopy Financial transaction (.30); review documents (.70); meeting with G. Paloian and S. Griffin and other work on matter (1.00). | R. Weber 7 | 2.00 -.1 | 1,230.00 -61.5 |
| 01/06/10 | Telephone conferences G. Paloian regarding asset sale (.20); review forms of agreements and other work on matter (.30). | R. Weber 7 | 0.50 -10% | 307.50 -18.45 |
| 01/06/10 | Provide Steve Griffin with a copy of sale motion and corresponding order for G. Paloian. | N. Bouchard | 0.10 | 11.00 |
| 01/08/10 | Office conference G. Paloian (.30); telephone conferences with D. Stevenson (.70); work on issues relating to Asset Purchase Agreement and related matters (1.00). | R. Weber (1) - 4 (.1) - 7 | 2.00 -1.1 | 1,230.00 -676.5 |
| 01/10/10 | Review Asset Purchase Agreement from Trizetto (1.50); e-mail to G. Paloian regarding same and other work on matter (.50). | R. Weber 7 | 2.00 -10% | 1,230.00 -30.75 |
| 01/10/10 | Review issues regarding Trizetto APA (.90); review PayFlex deal points (1.00). | G. Paloian | 1.90 | 1,054.50 |
| 01/11/10 | Office conferences G. Paloian (.20); telephone conference with him to M. Baer (.20); other work on possible transaction (.30). | R. Weber | 0.70 | 430.50 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 01/11/10 | Telephone conferences regarding transitioning ownership of domain names (.40); telephone conference with B. Angart regarding reclamation of claims and noncompetes (.60); conferences with R. Weber regarding asset purchase agreement issues (.60); telephone conference with counsel for PayFlex regarding APA issues and necessary revisions to APA (.50); telephone conference with counsel for Trizetto regarding revisions to APA (.40); review Trizetto draft APA (1.20); telephone conferences with D. Stevenson (Canopy GC) regarding intellectual property issues, CaroGain subsidiary transition issues and sales process support (2.10); prepare SEC access request (.30); telephone conference with S. Griffin of Alvarez regarding sales process and status of discussion with interested parties (1.00). | G. Paloian (4) | 7.10 -.4 | 3,940.50 -222 |
| 01/12/10 | Confer with J. DeJonker regarding filing of new sale motion. | J. Sowka | 0.20 | 65.00 |
| 01/12/10 | Conference with J. DeJonker regarding sales motion revisions and sales issues (.30); conference with R. Weber regarding sales issues (Caregain) and timing (.40); review e-mails regarding shareholder and director consent for Caregain acquisition and materials submitted for consideration (1.50); investigation of Caregain subsidiary and assets (intellectual property) (.20); review and revise PayFlex APA (1.00). | G. Paloian | 3.40 | 1,887.00 |
| 01/12/10 | Commence review of Asset Purchase Agreement and other work on transaction. | R. Weber | 1.00 | 615.00 |
| 01/12/10 | Conference with G. Paloian regarding APA process, sale motion, and motion to assume / assign executory contracts (.40); brief conferences with R. Weber regarding sale process and APA status (.20); review and analyze sale motion, sale procedures order, and related sale documents (1.20); exchange emails with G. Paloian, R. Weber, et al., regarding sale issues (.20). | J. DeJonker | 2.00 | 880.00 |
| 01/13/10 | Telephone conference with B. Angart regarding Caregain corporate status and assignment of IP (.30); investigate status of Caregain business line (.90); telephone conference with R. Weber regarding PayFlex APA issues (.80); conference with R. Weber regarding PayFlex APA issues (.50); conference with J. DeJonker regarding Trustee motion to modify sales order (.30). | G. Paloian | 2.80 | 1,554.00 |
| 01/13/10 | Review of draft of APA and related documents (2.00); office conferences (.50); telephone conferences, e-mails G. Paloian and J. DeJonker regarding same (.50); e-mails and telephone conferences counsel to Payflex (1.50). | R. Weber (4) | 4.50 -.5 | 2,767.50 -307.5 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 01/13/10 | Exchange emails with R. Weber, G. Paloian, et al., regarding Pay Flex APA and sale process (.20); review and revise APA and prepare memorandum regarding same (1.00); draft motion to modify sale procedures order (5.80). | J. DeJonker | 7.00 | 3,080.00 |
| 01/14/10 | Review and revise trustee sales motion and order (.60); conference with J. DeJonker regarding same (.20); conference with R. Weber regarding PayFlex APA issues and sale closing timing (.50); conference with J. Sowka regarding statement of incentives (.30); telephone conference with PayFlex counsel regarding merger of subsidiary (Caregain) and space consolidation (.60). | G. Paloian | 2.70 | 1,498.50 |
| 01/14/10 | Additional work on Asset Purchase Agreement (2.00); telephone conference H. Baer regarding same (.30); office conferences with G. Paloian, J. DeJonker (.20). | R. Weber | 2.50 | 1,537.50 |
| 01/14/10 | Review and revise draft motion and proposed order to adopt sale procedures (.90); confer with J. DeJonker regarding noticing requirements for motion to adopt approved sale procedures (.10). | J. Sowka | 1.00 | 325.00 |
| 01/14/10 | Exchange emails with R. Weber, et al., regarding APA and sale issues (.10), conference with G. Paloian regarding same (.50); review and revise modification motion and modified sale procedures order (1.70); conference with R. Weber regarding APA and corporate law / sale issues (.20); second conference with G. Paloian regarding subsidiary and sale issues (.20); exchange emails with D. Stevenson, V. Lazar, et al., regarding Caregain, subsidiary, and schedule issues (.20); review and revise APA (1.50). | J. DeJonker | 4.40 | 1,936.00 |
| 01/14/10 | Correspondence regarding ordering UCC tax lien searches on Caregain, Inc. | M. Farrell | 0.50 | 125.00 |
| 01/14/10 | Revise service list to motion for authorization to sell (.60); assemble exhibits to same (.30); cause same to be filed with the court (.30); oversee service of same (.80). | N. Bouchard<br>(1) .3 allowed | 2.00<br>-.8 | 220.00<br>-88 |
| 01/15/10 | Conference with J. Sowka regarding revising employee incentive statement (.20); conferences with R. Weber regarding various APA issues (1.10). | G. Paloian | 1.30 | 721.50 |
| 01/15/10 | Numerous office conferences (.50); telephone conferences (.50); e-mails regarding Asset Purchase Agreement and bankruptcy related matters (.50); revise Asset Purchase Agreement and circulate to prospective buyer's counsel and other parties (3.00). | R. Weber<br>(4) | 4.50<br>-1.5 | 2,767.50<br>-922.5 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 01/15/10 | Exchange various emails with J. DeJonker regarding inquiry from IRS related to sale motion (.20); confer with representative of IRS regarding service of sale motion (.10). | J. Sowka | 0.30 | 97.50 |
| 01/15/10 | Exchange numerous emails and memoranda with R. Weber, et al., regarding APA and sale issues (1.00); conference with R. Weber regarding APA and bankruptcy process (.40); conference with J. Sowka regarding service and IRS issues (.10); review and revise APA (.40); review and analyze voicemail message from R. Angart regarding APA issues (.10). | J. DeJonker | 2.00 | 880.00 |
| 01/16/10 | Revise portions of Asset Purchase Agreement and send to prospective purchaser's counsel (1.00); telephone conferences, e-mails with him regarding same (1.00); telephone conferences, e-mails, D. Stevenson (1.00), R. Angart (.50); regarding agreement and transaction, and other work on proposed Asset Purchase Agreement (1.50). | R. Weber (7) | 5.00 -10% | 3,075.00 -92.25 |
| 01/16/10 | Exchange emails with R. Weber regarding assumption and assignment of contracts for sale of assets. | J. Sowka | 0.30 | 97.50 |
| 01/17/10 | Review IDS reclamation demand and related correspondence regarding claim and treatment in potential sale (.50); review pleadings in IPoint Solutions bankruptcy case regarding similar legal issues and identification of purchasers of assets (.70). | G. Paloian | 1.20 | 666.00 |
| 01/17/10 | Review and respond to e-mails from R. Weber regarding purchase agreement language with respect to intellectual property. | R. Sell | 0.50 | 237.50 |
| 01/17/10 | Additional work on Asset Purchase Agreement, including review of revisions from D. Stevenson (2.50); telephone conferences, e-mails G. Paloian and H. Baer (1.50). | R. Weber | 4.00 | 2,460.00 |
| 01/18/10 | Revise Asset Purchase Agreement (4.50); numerous e-mails (.50); telephone conferences H. Baer, G. Paloian, D. Stevenson, R. Angart (1.00); other work on proposed Asset Purchase Agreement (1.00). | R. Weber (4) | 7.00 -1.5 | 4,305.00 -922.5 |
| 01/18/10 | Exchange numerous emails and memoranda with R. Weber, et al., regarding APA and sale issues (.40); review and analyze memorandum regarding source code issues (.20); review and analyze certificate of dissolution of Wellfund, Inc. (.20); review and analyze memorandum regarding Canopy subsidiary issues (.20); telephone conference with H. Baer and R. Weber regarding Canopy / Pay Flex sale and bankruptcy issues (.50); draft proposed sale order (1.00). | J. DeJonker | 2.50 | 1,100.00 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 01/19/10 | Telephone conference with IDS counsel regarding reclamations claim (.50); conferences with B. Weber regarding negotiations with PayFlex, representations and warranties (1.00); conference calls regarding Caregain post acquisition operations and potential merger issues (1.10); conference regarding treatment of reclamation claims in APA (.70); telephone conference with Dan Click of Alvarez regarding evidence of Caregain operation (.20); review proposed PayFlex sales order and revise (.70). | G. Paloian (4) | 4.20 -1.8 | 2,331.00 -999 |
| 01/19/10 | Review of draft of Purchase Agreement language regarding intellectual property matters (.50); conferences with R. Weber and company regarding same (.50); prepare suggested revised language (1.50); review of software escrow and disclosure materials from company (.50). | R. Sell | 3.00 | 1,425.00 |
| 01/19/10 | Numerous telephone conferences, office conferences, e-mails with Prospective Purchaser's counsel (3.00); work on draft of Asset Purchase Agreement, schedules thereto (3.00); telephone conferences, e-mails R. Angart regarding Schedules and related matters (1.00); revise Asset Purchase Agreement and circulate to parties (2.00). | R. Weber | 9.00 | 5,535.00 |
| 01/19/10 | Legal research regarding merger of debtor and wholly owned nondebtor subsidiary in connection with Section 363 sale of estate's assets | M. Pinkston | 2.40 | 708.00 |
| 01/19/10 | Confer with J. DeJonker regarding continuance of the sale hearing in order to sign asset purchase agreement (.10); review and analyze merger motion and provide comments to J. DeJonker regarding potential revisions (.30); place call to judges chambers regarding continuance of sale procedures motion (.10); review various emails from J. DeJonker and R. Weber regarding corporate governance issues related to the sale (.20); review and revise the proposed sale order (.60); exchange emails with R. Weber and J. O'Keefe regarding need to locate current copy of certificate of incorporation (.10). | J. Sowka | 1.40 | 455.00 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 01/20/10 | Exchange emails with R. Angart, J. Sowka, D. Stevenson, et al., regarding motion to authorize merger (.30); exchange emails with R. Weber, H. Baer, et al., regarding APA, sale process, and PayFlex bid (.20); prepare for hearing on motion to modify sale procedures order (1.00); exchange emails with R. Weber, et al., regarding DE law issues (.20); review and analyze DE code with respect to merger and trustee power (.20); conference with G. Paloian and J. Sowka regarding sale process and motion to authorize merger (.30); attendance at hearing on motion to modify sale procedures order (.50); conference with R. Weber and G. Paloian regarding sale process, merger, and related issues (.30); exchange emails with S. Griffin, et al., regarding sale process and related issues (.10); review and revise motion to authorize merger (.50); review and analyze PayFlex NDA (.10); draft short form APA (2.20). | J. DeJonker | 5.90 | 2,596.00 |
| 01/20/10 | Memo regarding Delaware franchise tax issues related to bankruptcy (.20); review UCC Tax lien searches on Caregain Inc. (.20). | M. Farrell | 0.40 | 100.00 |
| 01/20/10 | Review motion to approve merger with Caregain in preparation for filing same (.30); revise same (.20); revise service list for same (.30); cause motion to approve merger to be filed with the court (.30); oversee service of same (.50). | N. Bouchard (1) .3 allowed | 1.60 -.5 | 176.00 -55 |
| 01/21/10 | Review of background materials from client relating to schedules (.30); conferences with R. Weber regarding schedules (.30); conferences with R. Weber regarding schedules and purchase agreement issues (.20); review of changes proposed by R. Weber (.30); correspond with R. Weber regarding purchase agreement matters (.20). | R. Sell | 2.00 | 950.00 |
| 01/21/10 | Telephone conferences, office conferences, numerous e-mails regarding proposed Asset Purchase Agreement with PayFlex entity (2.00); long conference call regarding outstanding issues (1.50); draft proposed revisions to agreement (4.50); telephone conferences IP counsel regarding transfer of documents and other work on matter (1.00). | R. Weber (4) | 9.00 -1.5 | 5,535.00 -922.5 |
| 01/21/10 | Telephone conference with M. Barrett regarding status of patents (.20); review and analyze status of patent applications and patents as well as necessary responses (.50); correspondence with M. Barrett regarding same (.30). | J. Sutherland | 1.00 | 335.00 |
| 01/21/10 | Confer with J. DeJonker regarding reclamation claim issues (.10); review various emails from J. DeJonker regarding reclamation claims (.20). | J. Sowka | 0.30 | 97.50 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 01/21/10 | Telephone conference with V. Lazar regarding reclamation claims and sale issues (.20); exchange emails with S. Griffin, R. Weber, et al., regarding sale process (.20); exchange emails with R. Weber, et al., regarding APA, sale order, and related issues (.30); exchange emails with R. Angart, D. Stevenson, et al., regarding APA schedules (.20); exchange emails with G. Paloian, et al., regarding other bidders (.10); telephone conference with S. Griffin regarding sale process and other bidders (.20); review and revise APA (.60); review and analyze reclamation / administrative claim demands from IDS and Dell Computer (.50); review and analyze Caregain lien searches (.20); draft memorandum to and exchange emails with G. Paloian, et al., regarding reclamation issues (.40); draft time line for sale process (.20); conference with R. Weber regarding APA and bankruptcy issues (.20); telephone conference with V. Lazar regarding secured lender and auction issues (.20); telephone conference with G. Mesires regarding IDS reclamation claim (.20); review and revise form APA (.80); exchange emails with G. Paloian, et al., regarding tax refund and APA issue (.10); telephone conference with D. Gutfield, counsel for Wolters, regarding executory contract and client database issues (.30); exchange emails with D. Gutfield regarding same (.10); review and analyze correspondence to J. Ward regarding Caregain documents (.10); telephone conference with R. Weber, H. Baer, et al., regarding APA issues (1.90). | J. DeJonker | 6.10 | 2,684.00 |
| 01/21/10 | Review IDS invoices regarding dates and amounts of reclamation claim for J. DeJonker (1.50); review Dell invoices regarding same (.50). | N. Bouchard | 2.00 | 220.00 |
| 01/21/10 | Conferences with R. Sell and R. Weber regarding disclosure schedules to agreement for sale of Canopy Financial's assets (1.00); telephone conference with R. Weber and R. Angart regarding the same (.30); begin preparing initial draft of disclosure schedules based on documents provided by R. Angart (1.80); telephone conference with J. Sutherland regarding currency of intellectual property information (.20); review past disclosure schedules with regard to the same (.70). | M. Barrett | 4.00 | 1,240.00 |
| 01/22/10 | Telephone conferences regarding APA terms and negotiations of APA. | G. Paloian (4) | 0.60 | 333.00<br>-333 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 01/25/10 | Conferences with R. Weber and J. DeJonker regarding PayFlex APA issues and sales process (1.20); e-mails with D. Click regarding transfers support and AUSA requests (.30); conference regarding PayFlex bid (.50); conferences regarding sales order and necessary revisions (.40); conference regarding escrow agent for good faith deposits (.30); conferences regarding representation and warranties for APA and persons with knowledge disclosures (.40); conferences with J. DeJonker regarding sale hearing testimony on offer of proof (.30); conferences regarding risk of release of source code to Coventry and impact on sale of assets (.40); conferences regarding PayFlex request for liability cap on failed transaction and indemnification request (.70); e-mails with A&M regarding additional 2009 transaction analysis (.40); conferences regarding continuation of auction and hearing (.50); review PayFlex revised bid (.60); conferences regarding PayFlex revised bid (.30). | G. Paloian (4) | 6.30 -3.5 | 3,496.50 -1942.5 |
| 01/25/10 | Work on Asset Purchase Agreement, including review of new draft (3.00); telephone conferences, e-mails regarding agreement and transaction, Escrow Agreement (1.00); office conferences G. Paloian, J. DeJonker regarding same (1.00); office conferences M. Barrett regarding Schedules, R. Angart regarding transaction (1.00). | R. Weber (4) | 6.00 -1 | 3,690.00 -615 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 01/26/10 | Telephone conference with R. Angart regarding exclusion of assets from asset sale and estimates of value from American Auction (.40); telephone conference with R. Angart regarding consolidation of office space and rejection of direct lease space (.30); respond to e-mail from SEC regarding employee list (.30); conferences regarding Kroll hosting of all retrieved data (.50); telephone conference with R. Angart regarding CPI Advisors interest in purchasing assets (.40); telephone conferences with R. Angart regarding schedule for customer migration off of Canopy platform and review of transaction schedule (.60); review notices regarding Fiserv guaranty of NJ leased location and telephone conference with D. Stevenson regarding same (.40); telephone conference with Philip Kelly regarding J. Marsh's non compete and PayFlex's employment (.50). | G. Paloian (4) | 3.40 -.5 | 1,887.00 -277.5 |
| 01/26/10 | Telephone conferences R. Angart, G. Paloian, J. DeJonker regarding sale of assets (.50); work on alternative form of agreement (1.00). | R. Weber | 1.50 | 922.50 |
| 01/26/10 | Exchange emails with R. Angart, et al., regarding IDS reclamation claim (.10); exchange emails with interest parties regarding auction and sale process (.10); conference with G. Paloian regarding sale process, financing issues, and closing issues (.50); telephone conference with G. Paloian and V. Lazar regarding sale process, document retention, and closing issues (.50); review and analyze order authorizing Caregain merger (.10); exchange emails with G. Paloian regarding abandonment of furniture (.10); review and analyze furniture list (.10); telephone conference with G. Mesires regarding IDS reclamation claim (.10); telephone conference with R. Angart regarding same (.10); conference with G. Paloian regarding Fifth Third, Pay Flex, and related issues (.20); exchange emails with D. Gutfield, R. Angart, et al., regarding Wolters issues (.20); exchange emails with M. Martello, R. Angart, et al., regarding escrow account, joint direction, and fees (.20); draft wire instructions for transfer of deposit to PayFlex (.20); exchange emails with G. Paloian, et al., regarding Fiserv / Canopy / lease guaranty obligation (.10); draft second modified procedures order (.80). | J. DeJonker | 3.40 | 1,496.00 |

| Date | Description | Professional | Hours | Value |
| --- | --- | --- | --- | --- |
| 01/27/10 | Conference regarding open issues on PayFlex APA (.30); review revised order on auction of assets (.60); conference with J. DeJonker regarding revise sales terms (.30); telephone conferences regarding meeting with PayFlex (.20); telephone conferences regarding Kroll data base services (.30); conference with R. Weber regarding key business points for a PayFlex transaction (.40). | G. Paloian (4) | 2.10 -.8 | 1,165.50 -444 |
| 01/27/10 | Office conferences G. Paloian, J. DeJonker (1.00); telephone conference, e-mail to H. Baer (PayFlex counsel) regarding key points (1.50); review and revise Asset Purchase Agreement and Schedules to APA (4.50); review and revise NDA (1.00). | R. Weber (4) | 8.00 -1 | 4,920.00 -615 |
| 01/27/10 | Confer with J. DeJonker regarding treatment of customer contracts in proposed sale of assets (.10); review email from W. Fecher regarding impact of pending sale motion on Fifth Third Bank's executory contract (.10). | J. Sowka | 0.20 | 65.00 |
| 01/27/10 | Exchange emails with R. Weber, et al., regarding form APA (.10); exchange emails with H. Baer, et al., regarding APA, escrow, and sale issues (.20); exchange emails with J. Koenig, et al., regarding FTP and sale issues (.10); telephone conference with R. Angart and T. Reardon regarding FTP and date site (.20); telephone conference with J. Koenig regarding same (.10); conference with G. Paloian regarding sale process and employee issues (.20); draft correspondence to PayFlex counsel regarding employee issues (.60); review and analyze various pleadings and motions filed in Canopy bankruptcy case (.20); draft auction script (2.00); second telephone conference with J. Koenig regarding sale and Canopy issues (.40); review and analyze voicemail message from and telephone call to A. Chandler regarding Bank of Indiana issues (.20); third telephone conference with J. Koenig regarding sale issues (.20). | J. DeJonker | 4.50 | 1,980.00 |
| 01/27/10 | Prepare disclosure schedules for new form of asset purchase agreement (.60); collaborate with R. Weber regarding the same (.20). | M. Barrett | 0.80 | 248.00 |
| 01/28/10 | Review Trustee draft/auction APA (.40); investigation of Drucker board participation (.30); review Series C capital raise documentation and side letter regarding sale of position and payment (.80); review revisions to APA (.40). | G. Paloian | 1.90 | 1,054.50 |
| 01/28/10 | Review and revise new draft to Asset Purchase Agreement for use in connection with auction (5.00); office conferences, telephone conferences J. DeJonker, G. Paloian (1.00); review and comment upon NDA (1.00). | R. Weber | 7.00 | 4,305.00 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 01/28/10 | Exchange emails with R. Weber, et al., regarding form APA (.10); exchange emails with H. Baer, et al., regarding APA, escrow, and sale issues (.20); exchange emails with J. Koenig, et al., regarding ftp and sale issues (.10); telephone conference with R. Angart and T. Reardon regarding FTP and date site (.20); telephone conference with J. Koenig regarding same (.10); confer with G. Paloian regarding sale process and employee issues (.20); draft correspondence to PayFlex counsel regarding employee issues (.60); review and analyze various pleadings and motions filed in Canopy bankruptcy case (.20); draft auction script (3.00); second telephone conference with J. Koenig regarding sale and Canopy issues (.40); exchange emails with G. Paloian, et al., regarding executory contract issues (.10); review and analyze voicemail message from and telephone call to A. Chandler regarding Bank of Indiana issues (.20); third telephone conference with J. Koenig regarding sale issues (.20); confer with R. Weber regarding revised APA and sale order (.10); exchange emails with R. Weber regarding same (.10); review and revise APA (.50); telephone conference with B. Angart regarding sale issues (.20); exchange emails with M. Martello, et al., regarding Pay Flex escrow (.10); review and revise sale order (.40). | J. DeJonker | 7.00 | 3,080.00 |
| 01/28/10 | Prepare certificate of service regarding service of second modified sale order (.20); cause same to be filed with the Court (.20); oversee service of same (.50). | N. Bouchard (1) .3 allowed | 0.90 -.4 | 99.00 -44 |
| 01/28/10 | Revise disclosure schedules as requested by R. Weber (1.40); collaborate with R. Weber regarding the same (.30). | M. Barrett | 1.70 | 527.00 |
| 01/29/10 | Review PayFlex revised APA (.10); conferences regarding termination of 401(k) plan (.20); communications regarding IDS reclamation/repurchase of assets (.30). | G. Paloian (4) | 0.60 -.5 | 333.00 -277.5 |
| 01/29/10 | Telephone conferences (.50), e-mails (1.00), work on revised version of Asset Purchase Agreement and send to J. DeJonker for transmission to bidders (3.50). | R. Weber | 5.00 | 3,075.00 |
| 01/29/10 | Review and revise proposed sale order. | J. Sowka | 0.40 | 130.00 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 01/29/10 | Exchange emails with R. Angart, et al., regarding sale process, NDA, and interest bidders (.20); review and analyze voicemail message from G. Paloian regarding source code and related agreements (.10); exchange emails with G. Paloian, R. Weber, et al., regarding APA and proposed sale order (.20); exchange emails with S. Griffin, et al., regarding Hale Capital interest (.10; review and analyze various pleadings filed in Canopy bankruptcy case (.10); exchange emails with D. Stevenson, J. Switzer, R. Weber, et al., regarding sale process and source code / escrow issues (.30); review and revise APA and sale order (1.90); telephone conference with R. Angart regarding interest party / sale issues (.20); conference with R. Weber regarding sale issues and APA (.30); telephone conference with J. Switzer regarding status and strategy (.20); exchange emails with G. Mesires, J. Priebe, R. Angart, et al., regarding IDS and reclamation claims (.10); telephone conference with G. Mesires regarding IDS and reclamation issues (.20); review and analyze voicemail message from and telephone conference with A. Chandler regarding Bank of Indiana issues (.20); review and revise Section 363 Auction Transcript (.50); exchange emails with interested parties regarding form APA and sale order (.20); conference with G. Paloian and J. Sowka regarding settlement conference and sale process issues (.50). | J. DeJonker | 5.30 | 2,332.00 |
| 01/31/10 | Review revisions to APA (.50); review PayFlex APA and comment on necessary revisions (.50). | G. Paloian | 1.00 | 555.00 |
| 01/31/10 | Review draft of APA for Payflex. | R. Weber | 0.50 | 307.50 |
| 02/01/10 | Conference regarding CHT press release and Rownd employment (.30); review e-mails and telephone conference with D. Angart regarding IDS reclamation and impact on proposed Sale of Assets (.30); telephone conferences regarding Averde Health potential interest (.20); conferences with J. Priebe regarding company lack of computer log and possible necessity to copy all data or exclude from sale (.80); review case authorities regarding management oversight responsibilities (1.40). | G. Paloian (4) | 3.00 -.5 | 1,665.00 -277.5 |
| 02/01/10 | Office conferences (.50), e-mails (.50), telephone conferences regarding Asset Purchase Agreement and transaction (.50); circulate new version of agreements (3.00); work on schedules (1.50); prepare and confer with R. Angart, D. Stevenson regarding APA and schedules and other work on matter (1.50). | R. Weber (4) | 7.50 -1.5 | 4,612.50 -922.5 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/01/10 | Review equipment inventory for auction and prepare table of laptop and desktop computers and identification information. | J. Priebe | 0.40 | 164.00 |
| 02/01/10 | Telephone conference with H. Baer regarding sale and PayFlex issues (.30); review and analyze voicemail message from and exchange emails with H. Baer, et al., regarding sale process and PayFlex meeting (.20); exchange emails with G. Mesires, R. Angart, et al., regarding IDS issues (.20); exchange emails with R. Angart, G. Paloian, et al., regarding Health Care Partners and sale issues (.20); review and revise sale script (.30); telephone conference with G. Mesires, R. Angart, N. Rodriquez, et al., regarding IDS issues (.40); telephone conference with R. Angart and T. Policelli (Averde Health) regarding sale issues (.20); conference with G. Paloian regarding sale issues (.20); review and revise Marlin, Sweet, and Averde NDA documentation (.30); exchange emails with representatives of Marlin, Sweet, and Averde regarding NDA and sale issues (.20); exchange emails with J. Bridges, et al., regarding settlement issues (.10); preparation for and attendance at meeting with PayFlex representatives (1.10); telephone conference with B. Angart regarding sale issues (.10); exchange emails with S. Lorber regarding sale issues (.10); exchange emails with T. Policelli, et al., regarding same (.10); conference with R. Angart and G. Paloian regarding Averde and telephone conference with T. Policelli, et al., regarding same (.50); brief telephone conference with H. Baer regarding sale issues (.10); telephone conference with R. Angart and J. Priebe regarding computer issues (.20); conference with G. Paloian and J. Priebe regarding same (.20); review and analyze PayFlex APA (.30); conference with R. Weber regarding revised APA (.40); draft letter agreement (.50). | J. DeJonker | 6.20 | 2,728.00 |
| 02/02/10 | Conferences regarding auction script and final revisions to Trustee form of contract (.70); meetings/negotiations with PayFlex to APA and schedules (1.00); telephone conferences and e-mails regarding tolling agreement (.40). | G. Paloian (4) | 2.10 -1.1 | 1,165.50 -610.5 |
| 02/02/10 | Work on Asset Purchase Agreement and Schedules (1.00); e-mails, telephone conferences regarding same (1.00); attend Auction at offices of Jenner & Block (1.00); work on finalizing Asset Purchase Agreement and related matters following (6.00); participation in execution of agreement (1.00). | R. Weber (4) | 10.00 -1 | 6,150.00 -615 |

| Date | Description | Professional | Hours | Value |
| --- | --- | --- | --- | --- |
| 02/02/10 | Develop solution for wiping data from hard drives before auction fulfillment (.50); obtain quotes for CD replication for data wiping process (.60). | R. Lutkus (8) | 1.10 -.6 | 335.50 -183 |
| 02/02/10 | Review inventory of existing equipment, leased equipment, and items itemized for sale (.50); analyze options and methods for wiping information from transferred and sold equipment (.40); analyze and consider options and logistics for copying before sales transaction (.50); communications with Canopy IT regarding server information (.30). | J. Priebe | 1.70 | 697.00 |
| 02/02/10 | Exchange emails with R. Weber, et al., regarding APA, Auction, and PayFlex issues (.30); review and analyze revised APA (.20); review and analyze proposed sale order (.50); conference with G. Paloian regarding sale process, Auction, and PayFlex (.20); review and analyze voicemail message from and conference with R. Weber regarding same (.10); preparation for and attendance at auction and follow-on meeting with PayFlex representatives with respect to APA and sale issues (9.50). | J. DeJonker | 10.80 | 4,752.00 |
| 02/02/10 | Collaborate with R. Weber, J. DeJonker, G. Paloian to negotiate, revise and finalize the Asset Purchase Agreement and related Disclosure Schedules. | M. Barrett | 6.50 | 2,015.00 |
| 02/03/10 | Review revised schedules for Asset Purchase Agreement with PayFlex (.40); meeting with B. Angart and R. Weber to review final schedules (.50); conference with J. DeJonker regarding offer of proof (.30); appear at hearing to approve sale to PayFlex (1.00); conference with R. Sukley regarding form of order approving sale of assets (.30); review and revise Rownd noncompete letter (.20); review amendment to Escrow Agreement and execute (.30). | G. Paloian | 3.00 | 1,665.00 |
| 02/03/10 | Draft amendment to Escrow Agreement (1.00); telephone conferences G. Paloian, J. DeJonker (.50); review Schedules to APA with R. Angart and G. Paloian and other work on sale of assets (1.00). | R. Weber | 2.50 | 1,537.50 |
| 02/03/10 | Conference with G. Paloian regarding logistics and cost for data collection and media erasure. | J. Priebe | 0.40 | 164.00 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/03/10 | Exchange emails with R. Weber, et al., regarding APA and sale documents (.10); exchange emails with S. Griffin, et al., regarding sale and auction results (.10); exchange emails with J. Switzer, et al., regarding schedule documents (.10); conference with G. Paloian regarding sale issues and process (.20); preparation for hearing and prepare script for witness proffers and auction process (1.00); attendance at hearing on sale motion (1.00); review and revise APA, escrow agreement, and sale order and prepare for submission to bankruptcy court (1.00); exchange emails with G. Paloian, et al., regarding wire transfer instructions for sale (.10); exchange emails with N. Ylitalo, M. Martello, et al., regarding amendment to escrow (.20); exchange emails with P. Castaneda, et al., regarding sale order (.10); exchange emails with H. Baer, et al., regarding employment issues (.10); exchange emails and telephone conference with S. Lorber, counsel for Sovereign, regarding APA and assignment of contracts (.10); draft notice of cure (.60); exchange emails with R. Angart, et al., regarding notice of cure and cure costs (.10). | J. DeJonker | 4.80 | 2,112.00 |
| 02/03/10 | Exchange emails with J. Priebe, et al., regarding computer and risk issues (.10); exchange emails with J. Sowka, et al., regarding NASCO issues (.10); draft correspondence to CHT regarding Rownd employment (.30). | J. DeJonker | 0.50 | 220.00 |
| 02/03/10 | Investigate counterparty addresses for J. DeJonker regarding sale order (.50); Westlaw research regarding Consumer Health Technology, Inc. (.50); confer with J. Sowka regarding same (.10); retrieve incorporation information from Florida Secretary of State website (.20); search for additional counterparty corporate and address information (.40). | J. McManus | 1.70 | 399.50 |
| 02/04/10 | Telephone conferences, e-mails regarding equipment matters and work on closing of transaction. | R. Weber (4) | 1.00 | 615.00 -615 |

| Date | Description | Professional | Hours | Value |
| --- | --- | --- | --- | --- |
| 02/04/10 | Exchange emails with M. Martello, et al., regarding escrow amendment and deposit (.30); telephone conference with N. Yitalo regarding escrow amendment (.30); exchange emails with H. Baer, et al., regarding notice of cure (.20); review and revise notice of assumption / assignment (.30); conference with R. Weber regarding status and strategy (.10); exchange emails with N. Yitalo regarding wire transfer (.10); conference with N. Bouchard regarding notice of assumption / assignment (.20); exchange emails with G. Paloian, H. Baer, et al., regarding CHT cease & desist letter (.20), review and revise CHT cease & desist letter (.20); conference with G. Paloian regarding cease & desist letter (.10); telephone conference with R. Angart regarding sale and related issues (.20). | J. DeJonker | 2.20 | 968.00 |
| 02/04/10 | E-mail communications regarding wire transfer of sale funds (.20); investigate counterparty addresses for service of Notice of Assumption (.30). | J. McManus | 0.50 | 117.50 |
| 02/04/10 | Revise Notice of Assumption and Assignment of Executory Contracts and Cure Amounts for J. DeJonker (.20); assemble exhibits to same (.40); prepare certificate of service and service list to same (.30); cause same to be filed with the Court (.30); oversee service of same (.20). | N. Bouchard<br>(1) .3 allowed | 1.40<br>-.2 | 175.00<br>-22 |
| 02/05/10 | Telephone conferences G. Paloian, M. Farrell regarding Caregain merger (.50); other work on merger and closing of transaction (1.00). | R. Weber | 1.50 | 922.50 |
| 02/05/10 | Exchange emails with M. Martello, et al., regarding wire transfer and earnest money deposit (.10); review and analyze voicemail message from and exchange emails with G. Mesires, et al., regarding IDS reclamation and equipment issues (.20); exchange emails with R. Angart, et al., regarding PayFlex access to facility and APA / sale issues (.20); exchange emails with W. Fecher, et al., regarding Fifth Third contract and assignment / sale issue (.10); review and analyze various pleadings and motions filed in Canopy bankruptcy case (.10); telephone conference with G. Mesires regarding IDS equipment issues (.30); exchange emails with G. Paloian, H. Baer, regarding DOJ and SEC issues (.10). | J. DeJonker | 1.10 | 484.00 |
| 02/05/10 | Retrieve, review and label Wilson Sonsini documents for G. Paloian regarding upcoming meeting. | J. McManus<br>(1) | 0.40 | 94.00<br>-94 |
| 02/05/10 | Conference R. Weber regarding merger filings (.20); draft Certificate of Ownership and Merger for Canopy and Caregain (1.80). | M. Farrell | 2.00 | 500.00 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/08/10 | Conference with R. Weber regarding Caregain merger and franchise tax payments (.40); telephone conferences regarding Skadden request for information on FT expense reimbursements (.30); telephone conferences regarding further revisions (.20); review Caregain merger documents (.50). | G. Paloian (4) | 1.40 -.5 | 777.00 -277.5 |
| 02/08/10 | Prepare documents for Caregain merger (.80); license arrangement and other closing matters (.70); telephone conferences, e-mails regarding same (.50). | R. Weber (4) | 2.00 -.5 | 1,230.00 -307.5 |
| 02/08/10 | Review and analyze various pleadings filed in Canopy bankruptcy case (.10); exchange emails with D. Stevenson, R. Weber, et al., regarding Caregain merger and related sale issues (.20); exchange emails with H. Baer, et al., regarding sale / assignment issues (.20); review and analyze Caregain documents with respect to merger (.10); conference with R. Weber regarding Caregain merger issues (.20). | J. DeJonker | 0.80 | 352.00 |
| 02/09/10 | Conference with R. Weber regarding source code license (.20); review of precedent license agreements (.40); initial preparation of Source Code license (.90). | R. Sell | 1.50 | 712.50 |
| 02/09/10 | Work on closing of transaction including documents regarding Caregain merger (2.00); source code license and related matters (1.00). | R. Weber | 3.00 | 1,845.00 |
| 02/09/10 | Emails to/from R. Angart and T. Rearden regarding Dell lease rejection and equipment itemization. | J. Priebe | 0.20 | 82.00 |
| 02/09/10 | Exchange numerous emails with R. Weber, et al., regarding sale and merger issues (.30); exchange emails with R. Angart, et al., regarding software and sale issues (.10); exchange emails with R. Weber, et al., regarding closing and timing issues (.10). | J. DeJonker | 0.50 | 220.00 |
| 02/09/10 | Memo to R. Weber regarding Delaware franchise tax calculations (.10); telephone call to Delaware Secretary of State regarding tax filings (.30); telephone calls with R. Weber regarding taxes (.20); e-mail memo to R. Weber regarding tax returns and Delaware franchise taxes (.60); telephone call regarding refund of Delaware franchise taxes (.20); conferences R. Weber (.20); telephone conferences with M. Bode with CT Corporation regarding filing merger documents and reports (.30). | M. Farrell | 1.90 | 475.00 |
| 02/09/10 | Telephone conference with R. Weber regarding closing documents and closing checklist (.10); review Asset Purchase Agreement and related correspondence and prepare draft closing checklist accordingly (1.00); conference with R. Weber regarding boxes of additional documentation to be reviewed and analyzed (.10). | M. Barrett | 1.20 | 372.00 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/11/10 | Revise agreement regarding examination (.50); office conference M. Barrett regarding due diligence review (.50); telephone conferences, e-mails purchaser's counsel (.50); prepare and circulate Seller's certificate for closing (.50); revise and circulate certificate of merger (.50). | R. Weber | 2.50 | 1,537.50 |
| 02/11/10 | Conference with R. Lutkus regarding disk wiping software, disk duplication and deployment logistics for temporary workers. | J. Priebe | 0.40 | 164.00 |
| 02/11/10 | Exchange emails with H. Baer, R. Weber, et al., regarding side letter / testing agreement (.20); exchange emails with R. Angart, et al., regarding IDS issues (.10); exchange emails with G. Gerber, et al., regarding Dell and closing deliveries (.10); exchange emails with H. Baer, et al., regarding notice of withdrawal and assignment / assumption (.10); review and analyze side letter / testing agreement (.10); review and revise certificate of merger (.10); exchange emails with R. Weber, et al., regarding certificate of merger (.10); exchange emails with R. Weber, et al., regarding customer / client issues (.10); telephone conference with H. Baer and R. Angart regarding closing and related issues (.30); review and revise notice of withdrawal (.10); review and analyze voicemail message from H. Baer regarding sale issues (.10); telephone conference with R. Angart and H. Baer regarding status and strategy (.30); exchange emails with H. Baer, R. Angart, et al., regarding system issues (.10); exchange emails with R. Angart, et al., regarding Qwest issues (.10); conference with J. Priebe and R. Weber regarding status and strategy (.10); conference with R. Weber and G. Paloian regarding status and strategy (.20); telephone conference with H. Baer and R. Weber regarding status and strategy (.20). | J. DeJonker | 2.40 | 1,056.00 |
| 02/11/10 | Forward Certificate of Ownership and Merger for pre-clearance (.20); correspondence regarding wire transfer (.10). | M. Farrell | 0.30 | 75.00 |
| 02/11/10 | Conference and email correspondence with R. Weber regarding due diligence review of Canopy Financial documents provided by Wilson Sonsini (.20); begin review and analysis of these documents (4.00). | M. Barrett | 4.20 | 1,302.00 |
| 02/12/10 | Telephone conferences and conferences regarding closing issues and delivery of source code (.70); review closing check list and conference regarding open items (1.00); e-mails regarding Excluded Assets (sell lease equipment) and SEC interest in copying (.40); conferences regarding Dell leases and Payflex agreements regarding transferred assets (.60). | G. Paloian (4) | 2.70 -1.7 | 1,498.50 -943.5 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/12/10 | Review of e-mails from R. Weber regarding intellectual property assignment documents (.20); initial review of buyer's drafts of same (.30). | R. Sell | 0.50 | 237.50 |
| 02/12/10 | Telephone conferences, e-mails, M. Farrell, R. Angart, J. DeJonker regarding closing matters, leased equipment, Caregain merger. | R. Weber (7) | 2.00 -.2 | 1,230.00 -123 |
| 02/12/10 | Develop plan for on-site management of temporary IT workers to perform wiping procedure (.30); on-site management of temporary IT workers tasked with reassembly and wiping of imaged computer assets (1.50). | R. Lutkus (8) | 1.80 | 549.00 -549 |
| 02/12/10 | Exchange emails with R. Weber, R. Angart, et al., regarding sale issues (.30); exchange emails with R. Dingleman, et al., regarding CHT issues (.10); review and analyze voicemail message from and telephone conference with H. Baer regarding sale issues (.30); conference with R. Weber regarding same (.20); conference with G. Paloian regarding status and strategy (.30); exchange emails with G. Paloian, R. Weber, et al., regarding lease issues (.20); review and analyze voicemail message from and telephone conference with J. Switzer regarding lease issues (.20); review and analyze voicemail message from and telephone conference with R. Angart regarding Qwest (.20); exchange emails with J. Switzer regarding status and strategy (.10). | J. DeJonker | 1.90 | 836.00 |
| 02/12/10 | Telephone call with CT Corporation regarding pre-clearance for merger certificate (.30); prepare 2010 Delaware franchise tax report (.30); telephone calls with B. Angart (.20); draft 2008/2009 reports (.30); prepare annual report questionnaire (.20); submit information for 2008 report for filing (.20). | M. Farrell | 1.50 | 375.00 |
| 02/12/10 | Continue review and analysis of Canopy Financial documents provided by Wilson Sonsini. | M. Barrett | 4.10 | 1,271.00 |
| 02/13/10 | E-mails to M. Barrett (.30); review documents and prepare for closing of transaction (.70). | R. Weber | 1.00 | 615.00 |
| 02/13/10 | Continue review and analysis of Canopy Financial documents provided by Wilson Sonsini. | M. Barrett | 2.60 | 806.00 |
| 02/14/10 | Work on documents for closing of transaction. | R. Weber | 0.50 | 307.50 |
| 02/15/10 | Calls with R. Weber regarding assignment documents (.20); prepare revisions to various intellectual property assignment documents (2.00); review of Purchase Agreement documentation (1.50); prepare revisions to documents for comments from R. Weber (.80). | R. Sell | 4.50 | 2,137.50 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/15/10 | Review revised IP assignment documents from R. Sell and work on other closing matters. | R. Weber | 1.50 | 922.50 |
| 02/15/10 | Draft email to R. Angart regarding response to creditor's inquiry as to treatment of confidential information under the asset sale (.10); confer with R. Angart regarding same (.10); draft email to D. Slim regarding same (.20). | J. Sowka | 0.40 | 130.00 |
| 02/15/10 | Exchange emails with R. Weber, et al., regarding capital lease, APA, and sale issues (.60); review and analyze voicemail message from and telephone conference with H. Baer regarding same (.30); exchange emails with PayFlex counsel, et al., regarding closing documents (.20); exchange emails with and review and analyze memoranda from R. Angart, et al., regarding source code and closing delivery issues (.20); exchange emails with R. Angart, et al., regarding Qwest / reclamation issues (.20); exchange emails with R. Angart, et al., regarding property issues (.10); conference with R. Weber regarding APA issues (.20); review and analyze voicemail message from H. Baer regarding same (.10). | J. DeJonker | 1.90 | 836.00 |
| 02/15/10 | Check status of Delaware pre-clearance merger documents (.30); check status of Caregain Inc. 2008 annual report (.20); order Canopy Financial good standing certificate (.10); review comments from Delaware Secretary of State (.20) | M. Farrell | 0.80 | 200.00 |
| 02/15/10 | Complete initial review and analysis of Canopy Financial documents provided by Wilson Sonsini (3.50); email correspondence with R. Weber regarding the same (.10). | M. Barrett | 3.60 | 1,116.00 |
| 02/16/10 | Conferences regarding Amendments to APA regarding Dell leases (.30); telephone conference with PayFlex counsel regarding SEC motion and impact on closing of sale of assets (.40). | G. Paloian (4) | 0.70 -.3 | 388.50 -166.5 |
| 02/16/10 | Conferences with R. Weber regarding comments to assignment documents (.30); prepare revisions to same (.50); conference with J. Sutherland regarding patent and domain name matters (.30); prepare further revisions to Domain Name Assignment (.40). | R. Sell | 1.50 | 712.50 |
| 02/16/10 | Work on closing documents and related matters (1.50); office conferences, telephone conferences R. Sell, G. Paloian, J. DeJonker, M. Barrett, counsel to Purchaser, R. Angart (1.00); circulate revised closing documents (1.50). | R. Weber | 4.00 | 2,460.00 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/16/10 | Telephone conference with R. Sell regarding due diligence matters concerning client's domain names and patent (.20); review status of Patent No. 7,493,266 (.20); review status and ownership information for domain names listed in schedule (.20); edit schedule to reflect results of research (.20); research protocol for transferring domain names (.20); research whether assignment of employee of company to company is necessary where both names are listed as registrants (.10); correspondence with R. Sell regarding results of research and edited schedule (.20). | J. Sutherland | 1.30 | 435.50 |
| 02/16/10 | On site interviews with Canopy IT regarding status of disk wiping, identification of servers for collection, and email export. | J. Priebe (8) | 1.50 | 615.00 -615 |
| 02/16/10 | Exchange emails with R. Weber, H. Baer, et al., regarding lease, APA, and sale issues (.40); review and analyze voicemail message from J. Braun, Qwest, regarding equipment pick-up (.10); exchange emails with R. Angart, et al., regarding same (.10); review and analyze voicemail message from reporter regarding Section 363 hearing (.10); brief review and analysis of closing documents (.20). | J. DeJonker | 0.90 | 396.00 |
| 02/16/10 | Review Delaware good standing certificate (.10); check status of Delaware franchise tax report filings (.10); File 2009 Delaware tax report with Secretary of State of Delaware (.40); e-mail documents to R. Angart (.10) telephone call with R. Angart (.10); submit merger documents for filing with State of Delaware (.20). | M. Farrell | 1.00 | 250.00 |
| 02/16/10 | Conference with R. Weber regarding closing documents and closing files (.20); confirm receipt of all closing documents and prepare closing files (1.00); telephone conference with R. Weber and N. Ylitalo regarding the same (.80). | M. Barrett | 2.00 | 620.00 |
| 02/17/10 | Conference with R. Weber regarding SEC, Dell and Pay Flex issues (.40); conference regarding Wilson Sonsini production (.20); review and revise response to SEC motion (.40); review memorandum related to settlement meeting with GGV (.20); telephone conferences with purchaser counsel regarding SEC delay in closing and requirement to close around SEC delay (.60); review memorandum regarding GGV (.60); review proposed NASCO stipulation and conference regarding same (.30); conference regarding domain name assignments and other IP assignments (.20); review equipment list for APA and telephone conference with R. Angart regarding same (.60). | G. Paloian (4) | 3.50 -.2 | 1,942.50 -123 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/19/10 | Emails to/from Guidance regarding server deletion and wiping coordination and schedule (.30); additional emails and communications regarding SEC response to request for transfer and deletion of information and equipment with third party vendors Qwest and Equinix, analysis and strategy regarding timing for same (.40) emails to/from R. Angart regarding files copied from Qwest for sale, and other operational systems information (.30); emails to/from R. Weber regarding equipment critical to sale and SEC imaging status (.20); emails to Guidance and R. Lutkus regarding verification for server wiping and deletion (.30). | J. Priebe | 1.50 | 615.00 |
| 02/19/10 | Exchange emails with numerous emails with J. Priebe, B. Roche, R. Weber, et al., regarding SEC, sale, equipment, and related issues (.80); conference with R. Weber regarding capital lease transfer issues (.30); exchange emails with R. Angart, et al., regarding Equinix issues (.20); review and analyze amendments to APA (.30); exchange emails with G. Paloian, et al., regarding potential NPR report and response to emails regarding same (.10); telephone conference with H. Baer and R. Weber regarding sale issues (.30). | J. DeJonker | 2.00 | 880.00 |
| 02/21/10 | Review and analyze voicemail message from and exchange emails with R. Weber, et al., regarding sale closing and related issues. | J. DeJonker | 0.20 | 88.00 |
| 02/22/10 | E-mails, correspondence regarding post-closing matters. | R. Weber (4) | 0.70 | 430.50 -430.5 |
| 02/22/10 | Draft email to Guidance Software requesting consultant perform on-site wiping of Paulina server. | R. Lutkus | 0.20 | 61.00 |
| 02/22/10 | Exchange emails with J. Sowka, et al., regarding NASCO stipulation (.20); review and analyze same (.10); telephone conference with R. Diegelman, CHT, regarding Rownd employment (.30); exchange emails with H. Baer, et al., regarding Dell and CHT issues(.20). | J. DeJonker | 0.80 | 352.00 |
| 02/23/10 | Deliver access card to Guidance Software for access to Paulina server for wiping procedure (.10); teleconferences with T. Yarrish regarding Paulina wiping method and Racine server completion (.20). | R. Lutkus | 0.30 | 91.50 |
| 02/23/10 | Brief conference with G. Paloian regarding sale and follow-up issues (.10); conference with J. Sowka and B. Roche regarding Rule 2004 discovery (.40); telephone conference with V. Lazar regarding same (.10); telephone conference with R. Angart regarding capital lease issues (.10). | J. DeJonker | 0.70 | 308.00 |
| 02/24/10 | Telephone conferences R. Angart, Nels Ylitalo (.20); follow up regarding lease and other issues regarding Canopy transaction (.10). | R. Weber | 0.30 | 184.50 |

| Date | Description | Professional | Hours | Value |
|---|---|---|---|---|
| 02/24/10 | Exchange emails with J. Sowka, et al., regarding motion to amend severance order (.10), exchange emails with R. Weber, et al., regarding lease assignment (.10), exchange emails with G. Paloian, et al., regarding Alvarez engagement (.10). | J. DeJonker | 0.30 | 132.00 |
| 02/25/10 | Telephone conferences R. Angart regarding equipment, Dell lease (.10), e-mails purchaser's counsel (.10); telephone conference J. DeJonker (.10). | R. Weber | 0.30 | 184.50 |
| 02/25/10 | Exchange emails with R. Angart, et al., regarding capital lease and equipment issues (.20); review and analyze proposed lease assignment (.10); exchange emails with H. Baer, et al., regarding same (.10); telephone conference with H. Baer regarding same (.20); exchange emails with R. Weber, et al., regarding same (.10); conference with R. Weber regarding same (.10); exchange emails with R. Angart, et al., regarding post-closing issues (.10); review and analyze voicemail message from R. Angart regarding same (.10). | J. DeJonker | 1.00 | 440.00 |
| 02/26/10 | Telephone conferences, e-mails regarding Dell lease and other post closing matters. | R. Weber (4) | 0.30 | 184.50<br>-184.50 |
| 02/26/10 | Review and analyze voicemail message from and exchange emails with R. Weber, R. Angart, et al., regarding lease assignment (.20); exchange emails with H. Baer, et al. regarding same (.20); exchange emails with D. Gutfield regarding post-closing issues (.20); review and analyze revised lease assignments (.30); review and analyze voicemail message from R. Weber regarding same (.10); exchange emails with G. Paloian regarding retention issues (.10). | J. DeJonker | 1.00 | 440.00 |
| 02/27/10 | Exchange emails with R. Weber, H. Baer, et al. regarding lease issues (.20); review and analyze revised assumption agreement (.10); exchange emails with G. Paloian, et al. regarding claims (.10); telephone conference with R. Angart regarding same (.30). | J. DeJonker | 0.70 | 308.00 |
| | | **TOTAL** | **497.40** | **$245,989.00** |

| | | |
|---|---|---|
| 02/17/10 | Local Travel - SARAH M. KNIGHT 2/3 MILEAGE , TAXI, HARDWARE FOR CLONING HARD DRIVE | 7.65 |
| 02/17/10 | Travel - BRIAN P. ROCHE Cab to Canopy Meeting 01/27/10 | 6.00 |
| 02/17/10 | Other - SARAH M. KNIGHT 2/3 MILEAGE , TAXI, HARDWARE FOR CLONING HARD DRIVE | 137.09 |
| 02/17/10 | Other - SARAH M. KNIGHT 2/4 MILEAGE , TAXI, HARDWARE FOR CLONING HARD DRIVE | 187.40 |
| **Total** | | **364.64** |

**Hearing Transcripts**

| Date | Disbursements | Value |
|---|---|---|
| 02/23/10 | Hearing Transcripts - JACKLEEN DEFINI C.S.R. R. P.R TRANSCRIPT FEE FOR HEARING ON 2/4/10- US BANKRUPTCY COURT | 19.40 |
| **Total** | | **19.40** |

**Outside Corporate Services**

| Date | Disbursements | Value |
|---|---|---|
| 02/02/10 | Outside Corporate Services - CT CORPORATION SYSTEM CareGain Inc | 602.50 |
| 02/22/10 | Outside Corporate Services - CT CORPORATION SYSTEM Canopy Financial Inc | 110.60 |
| 02/22/10 | Outside Corporate Services - CT CORPORATION SYSTEM Canopy Financial Inc | 271.40 |
| **Total** | | **984.50** |

**Copying**

| Date | Disbursements | Value |
|---|---|---|
| 01/15/10 | Copying @ .10 cents per page | 87.40 |
| 01/22/10 | Copying @ .10 cents per page | 172.20 |
| 01/28/10 | Copying @ .10 cents per page | 348.00 |
| 01/29/10 | Copying @ .10 cents per page | 150.80 |
| 02/05/10 | Copying @ .10 cents per page | 118.30 |
| 02/12/10 | Copying @ .10 cents per page | 343.40 |
| 02/17/10 | Copying @ .10 cents per page | 132.30 |
| 02/25/10 | Copying @ .10 cents per page | 101.20 |
| **Total** | | **1,453.60** |

**Outside Printing**

| Date | Disbursements | Value |
|---|---|---|
| 02/16/10 | Outside Printing - C2 LEGAL OF ILLINOIS LLC 01/29/10 | 80.15 |
| **Total** | (4) (3) | **80.15** |
| | | -80.15 |

**Long Distance Telephone**

| Date | Disbursements | Value |
|---|---|---|
| 01/12/10 | Long Distance Telephone | 0.78 |

| | | |
|---|---|---|
| 02/22/10 | Inv#: 820175449 Office: BOSTON User: ROBERTSON, CHRISTOPHER STANDARD | 10.61 |
| 02/22/10 | Inv#: 820175449 Office: BOSTON User: ROBERTSON, CHRISTOPHER PREMIER RESERVE WESTLAW DOCUMENTS | 15.52 |
| 02/22/10 | Inv#: 820175449 Office: BOSTON User: ROBERTSON, CHRISTOPHER WESTLAW DOCUMENTS | 18.20 |
| 02/22/10 | Inv#: 820175449 Office: BOSTON User: ROBERTSON, CHRISTOPHER PREMIER RESERVE SELECT | 29.17 |
| 02/22/10 | Inv#: 1002004493 User: FAUST, NANCY-0617 NEXIS SERVICE DOCUMENT PRINTING | 60.25 |
| 02/22/10 | Inv#: 820175449 Office: BOSTON User: ROBERTSON, CHRISTOPHER ALLFILES | 62.52 |
| 02/22/10 | Inv#: 1002004493 User: FAUST, NANCY-0617 NEXIS SERVICE TIER 6 | 66.75 |
| 02/22/10 | Inv#: 820175449 Office: BOSTON User: ROBERTSON, CHRISTOPHER SUPER ALLFILES | 70.54 |
| 01/28/10 | Online Research - PACER SERVICE CENTER Charges 4th quarter 2009 | 0.48 Allowed |
| 02/19/10 | Online Research - LEXISNEXIS | 5.66 |
| **Total** | (11) | **4,368.13** -4367.65 |

**Delivery Services/Messengers**

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| 01/29/10 | Chicago Messenger Service Invoice Number: 511807 Invoice Date: 01/31/2010 ROCHE Del:US DEPT. OF LABOR 200 W ADAMS ST CHICAGO P/U:SEYFARTH SHAW LLP 131 S DEARBORN ST CHICAGO | 7.45 |
| 02/01/10 | Chicago Messenger Service Invoice Number: 512861 Invoice Date: 02/07/2010 JD Del:JENNER AND C=BLOCK 353 N CLARK ST CHICAGO P/U:SEYFARTH SHAW LLP 131 S DEARBORN ST CHICAGO | 7.45 |
| 02/10/10 | Chicago Messenger Service Invoice Number: 513697 Invoice Date: 02/14/2010 JM Del:SEYFARTH SHAW LLP 131 S DEARBORN ST CHICAGO P/U:PAUL HASTINGS 191 N WACKER DR CHICAGO | 44.60 |
| 02/12/10 | Chicago Messenger Service Invoice Number: 513697 Invoice Date: 02/14/2010 LUTKUS Del:SEYFARTH SHAW LLP 131 S DEARBORN ST CHICAGO P/U:STONETURN GROUP 300 S WACKER DR CHICAGO | 7.45 |
| 02/12/10 | Chicago Messenger Service Invoice Number: 513697 Invoice Date: 02/14/2010 R LUTKUS Del:US SEC EXCHANG COMM 175 W JACKSON BLVD CHICAGO P/U:SEYFARTH SHAW LLP 131 S DEARBORN ST CHICAGO | 23.42 |
| 02/12/10 | Chicago Messenger Service Invoice Number: 513697 Invoice Date: 02/14/2010 R LUTKUS Del:CANOPY FINANACIAL 230 W MONROE ST CHICAGO P/U:GUIDANCE SOFTWARE 9450 BRYN MAWR AVE ROSEMON | 49.17 |