**FILED**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JUL 20 2010

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:                                       )
                                             )
                                             )     Case No. 09 B 44943
CANOPY FINANCIAL, INC.                       )
                                             )
                                             )
                                             )     Chapter 7
                    Debtor.                  )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER ALLOWING ALVAREZ & MARSAL DISPUTE ANALYSIS & FORENSIC SERVICES LLC, FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $504,689.00 | TOTAL COSTS REQUESTED: | $27,096.24 |
| TOTAL FEES REDUCED: | $0.00 | TOTAL COSTS REDUCED: | $3,302.13 |
| TOTAL FEES ALLOWED: | $504,689.00 | TOTAL COSTS ALLOWED: | $23,794.11 |

**TOTAL FEES AND COSTS ALLOWED: $528,483.11**

The attached time and expense entries are marked to indicate those disallowed in whole or in part. The basis for each disallowance is disclosed by the numerical notation that appears on the right side of each underlined entry. The numerical notations refer to the enumerated paragraphs below.

**(3)    Reimbursement Limited to Actual, Necessary Expenses**

The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C. §§ 330(a)(1)(B) & 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

**(6)    Meal Expenses**

The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

**(11)   Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: June 20, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

1

## EXHIBIT C



| Expenses | Amount |
|---|---|
| Airfare | $ 5,472.09 |
| Business Meals | $ 3,078.50 |
| In City Transportation | $ 2,188.50 |
| Lodging | $ 14,688.45 |
| Mail/Delivery Charges | $ 51.04 |
| Photocopying | $ 1,216.64 |
| Telephone/Internet | $ 401.02 |
| **TOTAL** | **$ 27,096.24** |

-3,078.50

| Employee Name | Expense Type | Detailed Description | Date | Amount |
|---|---|---|---|---|
| McGrath, Patrick | Business Meals | Lunch P. McGrath & J. Campbell - worked weekend at client | 12/13/2009 | 63.35 |
| Griffin, Stephen | Airfare | Chargeable Airfares | 12/13/2009 | 83.60 |
| Griffin, Stephen | In City Transportation | Chargeable Taxi Fares | 12/13/2009 | 94.00 |
| Griffin, Stephen | Telephone/Internet | Chargeable Telephone costs | 12/13/2009 | 223.63 |
| McGrath, Patrick | Business Meals | Breakfast - P McGrath | 12/14/2009 | 2.34 |
| Campbell, Jennifer | Business Meals | Breakfast 12/14 | 12/14/2009 | 3.74 |
| Griffin, Stephen | In City Transportation | Chargeable Taxi Fares | 12/14/2009 | 6.60 |
| Click, Daniel | Business Meals | Lunch - Click | 12/14/2009 | 7.25 |
| McGrath, Patrick | Business Meals | Lunch P. McGrath | 12/14/2009 | 9.00 |
| Click, Daniel | In City Transportation | Chargeable Parking/Tolls | 12/14/2009 | 16.00 |
| McGrath, Patrick | Business Meals | Dinner- P. McGrath | 12/14/2009 | 23.96 |
| Griffin, Stephen | In City Transportation | Chargeable Taxi Fares | 12/14/2009 | 29.50 |
| Griffin, Stephen | In City Transportation | Chargeable Taxi Fares | 12/14/2009 | 50.00 |
| Griffin, Stephen | Business Meals | Dinner - Smith & Wollensky | 12/14/2009 | 51.93 |
| Griffin, Stephen | Business Meals | Dinner - 12/15 | 12/14/2009 | 52.93 |
| McGrath, Patrick | Business Meals | Breakfast - P. McGrath | 12/15/2009 | 2.34 |
| Campbell, Jennifer | Business Meals | Breakfast 12/15 | 12/15/2009 | 4.89 |
| Griffin, Stephen | Business Meals | Lunch - Griffin | 12/15/2009 | 9.25 |
| Click, Daniel | Business Meals | Lunch - Click | 12/15/2009 | 10.25 |
| Click, Daniel | In City Transportation | Chargeable Parking/Tolls | 12/15/2009 | 16.00 |
| Griffin, Stephen | In City Transportation | Chargeable Taxi Fares | 12/15/2009 | 18.00 |
| Griffin, Stephen | In City Transportation | Chargeable Taxi Fares | 12/15/2009 | 25.00 |
| Click, Daniel | Business Meals | Dinner - D. Click | 12/15/2009 | 32.00 |
| Griffin, Stephen | In City Transportation | Chargeable Taxi Fares | 12/15/2009 | 42.35 |
| Campbell, Jennifer | Business Meals | Dinner 12/15 | 12/15/2009 | 50.00 |
| McGrath, Patrick | Business Meals | Dinner- P. McGrath | 12/15/2009 | 50.00 |
| Campbell, Jennifer | Airfare | Flight ORD-BOS 12-17 - Cancelled flight due to client needs, $150 change fee exceeded flight value. | 12/15/2009 | 86.60 |
| Griffin, Stephen | In City Transportation | Chargeable Taxi Fares | 12/15/2009 | 112.00 |
| Griffin, Stephen | Lodging | W Hotel Chicago | 12/15/2009 | 699.19 |
| McGrath, Patrick | Business Meals | Breakfast - P. McGrath | 12/16/2009 | 2.17 |
| Campbell, Jennifer | Business Meals | Breakfast 12/16 | 12/16/2009 | 7.55 |
| Campbell, Jennifer | Business Meals | Dinner 12/16 J. Campbell, D. Click, R. Griffin, P. McGrath | 12/16/2009 | 48.70 |
| Griffin, Stephen | Airfare | Airfare to Chicago | 12/16/2009 | 150.60 |
| Griffin, Stephen | Airfare | Airfare to Providence | 12/16/2009 | 154.00 |
| McGrath, Patrick | Business Meals | Breakfast - P. McGrath | 12/17/2009 | 2.34 |
| McGrath, Patrick | Business Meals | Dinner while traveling - P. McGrath | 12/17/2009 | 15.44 |
| McGrath, Patrick | In City Transportation | Taxi from Logan to South Boston | 12/17/2009 | 24.00 |
| Griffin, Stephen | In City Transportation | Chargeable Taxi Fares | 12/17/2009 | 42.35 |
| Campbell, Jennifer | Business Meals | Dinner 12/17 | 12/17/2009 | 50.00 |
| Click, Daniel | Business Meals | Dinner - D. Click | 12/17/2009 | 50.00 |
| Griffin, Stephen | In City Transportation | Chargeable Taxi Fares | 12/17/2009 | 94.00 |
| McGrath, Patrick | Airfare | Flight from Chicago to Boston | 12/17/2009 | 141.60 |
| Campbell, Jennifer | Airfare | Flight ORD-BOS, BOS-ORD 12/18 - 12/21 | 12/17/2009 | 227.60 |
| Griffin, Stephen | Lodging | W Hotel Chicago | 12/17/2009 | 753.48 |
| McGrath, Patrick | Lodging | Westin River North - 12/11-12/17 | 12/17/2009 | 1,053.54 |
| Campbell, Jennifer | Airfare | Baggage Fee ORD 12/18 | 12/18/2009 | 20.00 |
| Campbell, Jennifer | Lodging | Hotel Chicago 12-14 through 12-18 | 12/18/2009 | 461.56 |
| McGrath, Patrick | In City Transportation | Taxi to Airport | 12/20/2009 | 27.00 |
| McGrath, Patrick | In City Transportation | Taxi from Airport | 12/20/2009 | 55.00 |
| McGrath, Patrick | Airfare | Flight from Boston to Chicago | 12/20/2009 | 141.60 |
| Campbell, Jennifer | Airfare | Flight ORD-BOS 12/23 | 12/20/2009 | 141.60 |
| McGrath, Patrick | Business Meals | Breakfast - P. McGrath | 12/21/2009 | 2.34 |
| Szafran, Jeffrey | In City Transportation | Park at Logan | 12/21/2009 | 6.00 |
| McGrath, Patrick | Business Meals | Coffee for client - P. McGrath and B. Angar | 12/21/2009 | 8.75 |
| Click, Daniel | In City Transportation | Chargeable Parking/Tolls | 12/21/2009 | 16.00 |
| Szafran, Jeffrey | In City Transportation | Park in office - cancelled flight | 12/21/2009 | 24.00 |
| Click, Daniel | Business Meals | Lunch - D. Click | 12/21/2009 | 43.00 |
| Click, Daniel | Business Meals | Dinner - D. Click | 12/21/2009 | 50.00 |

(11) -223.63