**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SEP 14 2010

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09 B 44943 |
| CANOPY FINANCIAL, INC. ) | |
| ) | Chapter 7 |
| Debtor. ) | |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO TRUSTEE, FOR ALLOWANCE AND PAYMENT OF SECOND INTERIM COMPENSATION

| | |
|---|---|
| TOTAL FEES REQUESTED: | $106,663.50 |
| TOTAL FEES REDUCED: | $2,248.92 |
| TOTAL FEES ALLOWED: | $104,414.58 |

### TOTAL FEES AND COSTS ALLOWED: 104,414.58

T has collected $6,839,985.93 in funds for the benefit of the Estate. Based on collections to date and Section 326(a) of the Code, the maximum compensation currently available to the T is $104,414.58, calculated as follows:

| | |
|---|---|
| 25% of the first $5,000 | =$1,250.00 |
| 10% of the next $45,000 | =$4,500.00 |
| 5% of the next $950,000 | =$47,500.00 |
| 3% of the Balance | =$175,199.58 |
| MAXIMUM COMPENSATION ALLOWABLE | =$228,449.58 |
| PREVIOUS COMPENSATION ALLOWED AND PAID | =$118,222.50 |

(Trustee's First Interim Fee Application, dated April 14, 2010; Order Allowing Chapter 7 Trustee Interim Compensation, dated May 11, 2010)

PREVIOUS COMPENSATION ALLOWED           =$5,812.50
(Trustee's Supplement to First Interim Fee Application, dated August 24, 2010)

**MAXIMUM COMPENSATION CURRENTLY AVAILABLE**    =$104,414.58

Dated: September 14, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

1