**FILED**

SEP 22 2010

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
) Case No. 09 B 44943
CANOPY FINANCIAL, INC., )
)
)
) Chapter 7
Debtor. )
)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO ALVAREZ & MARSAL DISPUTE ANALYSIS & FORENSIC SERVICES, LLC, FORENSIC ACCOUNTANTS TO TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $162,692.50 | TOTAL COSTS REQUESTED: | $8,920.84 |
| TOTAL FEES REDUCED: | $00.00 | TOTAL COSTS REDUCED: | $2,026.66 |
| TOTAL FEES ALLOWED: | $162,692.50 | TOTAL COSTS ALLOWED: | $6,894.18 |

**TOTAL FEES AND COSTS ALLOWED: $169,586.68**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(3)    **Reimbursement Limited to Actual, Necessary Expenses**
The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. See 11 U.S.C. §§ 330(a)(1)(B) & 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

Dated: September 22, 2010

_____
Eugene R. Wedoff
United States Bankruptcy Judge

1

**EXHIBIT D**

| Employee Name | Expense Type | Detailed Description | Date | Amount |
|---|---|---|---|---|
| Click, Daniel | Lodging | Chargeable Hotel Costs | 1/1/2010 | $ 370.00 |
| Griffin, Stephen | Airfare | Chargeable Airfares - canopy | 1/1/2010 | $ 283.70 |
| McGrath, Patrick | Airfare | BOS-ORD Roundtrip | 1/3/2010 | $ 340.20 |
| Campbell, Jennifer | Airfare | Flight BOS --> ORD 1/3 | 1/3/2010 | $ 229.60 |
| Campbell, Jennifer | Airfare | Flight ORD --> BOS 1/9 | 1/3/2010 | $ 209.70 |
| McGrath, Patrick | In City Transportation | Taxi to airport | 1/3/2010 | $ 22.00 |
| Szafran, Jeffrey | Airfare | Flight to Chicago | 1/4/2010 | $ 430.40 |
| Szafran, Jeffrey | In City Transportation | Cab to dinner | 1/4/2010 | $ 10.00 |
| Szafran, Jeffrey | In City Transportation | Cab to hotel from dinner | 1/4/2010 | $ 10.00 |
| Szafran, Jeffrey | In City Transportation | Taxi from airport - O'Hare | 1/4/2010 | $ 45.00 |
| McGrath, Patrick | In City Transportation | Taxi from airport - O'Hare | 1/4/2010 | $ 55.00 |
| Griffin, Stephen | In City Transportation | Chargeable Taxi Fares | 1/4/2010 | $ 43.15 |
| Griffin, Stephen | Airfare | Chargeable Airfares - canopy | 1/4/2010 | $ 280.70 |
| Szafran, Jeffrey | Airfare | AA change fee | 1/5/2010 | $ 90.00 |
| Szafran, Jeffrey | Airfare | Flight home from Chicago | 1/5/2010 | $ 214.70 |
| Szafran, Jeffrey | In City Transportation | Taxi to airport - O'Hare | 1/5/2010 | $ 45.25 |
| Click, Daniel | In City Transportation | Chargeable Parking/Tolls | 1/5/2010 | $ 16.00 |
| Szafran, Jeffrey | Lodging | W hotel Chicago | 1/5/2010 | $ 244.60 |
| Szafran, Jeffrey | In City Transportation | Park at logan - trip to Chicago | 1/5/2010 | $ 48.00 |
| Griffin, Stephen | In City Transportation | Chargeable Taxi Fares | 1/5/2010 | $ 43.15 |
| Griffin, Stephen | Airfare | Chargeable Airfares | 1/5/2010 | $ 39.00 |
| Szafran, Jeffrey | In City Transportation | Park in office - files from trip | 1/6/2010 | $ 32.00 |
| Click, Daniel | In City Transportation | Chargeable Parking/Tolls | 1/6/2010 | $ 16.00 |
| Griffin, Stephen | Lodging | Chargeable Hotel Costs - Canopy | 1/6/2010 | $ 211.82 |
| Griffin, Stephen | In City Transportation | Chargeable Rental Car - Canopy | 1/6/2010 | $ 94.00 |
| N/A | Mail/Delivery Charges | FedEx-December 2009 | 1/7/2010 | $ 35.91 |
| N/A | Mail/Delivery Charges | FedEx-December 2009 | 1/7/2010 | $ 51.04 |
| Click, Daniel | In City Transportation | Chargeable Parking/Tolls | 1/8/2010 | $ 14.00 |
| Campbell, Jennifer | Lodging | Chicago Lodging 1/3-1/8 | 1/8/2010 | $ 744.35 |
| McGrath, Patrick | Airfare | Baggage fees to bring files back to Boston | 1/9/2010 | $ 20.00 |
| McGrath, Patrick | Airfare | Baggage fees to bring files back to Boston | 1/9/2010 | $ 20.00 |
| McGrath, Patrick | In City Transportation | Taxi to airport - O'Hare | 1/9/2010 | $ 60.00 |
| McGrath, Patrick | In City Transportation | Taxi from airport - Logan | 1/9/2010 | $ 26.00 |
| Campbell, Jennifer | In City Transportation | Chargeable Parking/Tolls at Logan 1... | 1/9/2010 | $ 156.00 |
| McGrath, Patrick | Lodging | Westin Chicago River North | 1/9/2010 | $ 1,250.08 |
| Campbell, Jennifer | Lodging | Chicago Lodging 1/9 (flight changed... | 1/9/2010 | $ 195.03 |
| N/A | Document Reproduction | Litigation Docuemnt Productions, Inc. 2/3/10. | 2/3/2010 | $ 209.43 |
| N/A | Mail/Delivery Charges | FedEx Payment-January 2010 | 2/4/2010 | $ 62.27 |
| Szafran, Jeffrey | In City Transportation | Car serivce - Logan | 2/23/2010 | $ 130.91 |
| N/A | Document Reproduction | DOCUMENT IMAGING | 2/26/2010 | $ 860.95 |
| McGrath, Patrick | Telephone/Internet | Conference Call | 3/4/2010 | $ 2.88 |
| McGrath, Patrick | Telephone/Internet | Conference Call | 3/4/2010 | $ 8.73 |
| N/A | Document Reproduction | LITIGATION COPIES | 4/1/2010 | $ 956.28 |
| N/A | Mail/Delivery Charges | FedEx Charges-March 2010 | 4/7/2010 | $ 16.23 |
| N/A | Mail/Delivery Charges | FedEx Charges-March 2010 | 4/7/2010 | $ 16.23 |
| N/A | Mail/Delivery Charges | FedEx Charges-March 2010 | 4/7/2010 | $ 16.23 |
| N/A | Mail/Delivery Charges | FedEx Charges-March 2010 | 4/7/2010 | $ 16.23 |
| N/A | Mail/Delivery Charges | FedEx Charges-March 2010 | 4/7/2010 | $ 30.79 |
| McGrath, Patrick | Telephone/Internet | Conference Call | 4/8/2010 | $ 1.84 |
| McGrath, Patrick | Telephone/Internet | Conference Call | 4/8/2010 | $ 7.06 |
| McGrath, Patrick | Airfare | Chargeable Airfares | 4/13/2010 | $ 507.40 |
| McGrath, Patrick | In City Transportation | L Pass for the day | 4/14/2010 | $ 5.00 |
| McGrath, Patrick | In City Transportation | Taxi to client from AM office | 4/14/2010 | $ 12.00 |
| McGrath, Patrick | In City Transportation | Taxi to client from AM office | 4/14/2010 | $ 12.00 |
| McGrath, Patrick | In City Transportation | Taxi to Logan | 4/14/2010 | $ 24.00 |
| McGrath, Patrick | In City Transportation | Taxi from Logan | 4/14/2010 | $ 28.00 |

Handwritten annotations:
- ③ -209.43 (next to 2/3/2010 entry)
- ③ -860.95 (next to 2/26/2010 entry)
- ③ -956.28 (next to 4/1/2010 entry)