**FILED**

**SEP 22 2010**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | Case No. 09 B 44943 |
| CANOPY FINANCIAL, INC. ) | |
| ) | |
| ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO LEGALPEOPLE, LCC, SPECIAL COUNSEL TO TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TOTAL FEES REQUESTED:   $61,306.10
TOTAL FEES REDUCED:        $239.65
TOTAL FEES ALLOWED:     $61,066.45

**TOTAL FEES AND COSTS ALLOWED: $61,066.45**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(7)   **Lumping**
The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(11)  **Overhead Costs are Non-Compensable**
The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. See *In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: September 22, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

1

# legalpeople

*temporary and permanent lawyers and paralegals*

**TIMESHEET**

*Legalpeople must receive timesheets by 12:00 PM on Monday for the previous week.*
*They can be faxed to us at 312-664-5300 or emailed to chicagotime@legalpeoplegroup.com.*

NAME: Brian Tarnos    CLIENT/FIRM: Canopy Financial, Inc.

SUPERVISOR: Andrew Banas    SUPERVISOR SIGNATURE: _Andrew Banas_

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 5/17 | Review and analyze Canopy emails to identify possible causes of action | 10 |
| 5/18 | Review and analyze Canopy internal emails to identify possible causes of action | 10 |
| 5/19 | Review and analyze Canopy internal emails to identify possible causes of action | 8.6 |
|  | Strategy meeting w/ A. Banas regarding causes of action | .5 |
| 5/20 | Review and analyze Canopy internal emails to identify possible causes of action | 7.9 |
|  | Strategy meeting w/ A. Banas re causes of action | .2 |
|  | Computer Downtime | .7 |
| 5/21 | Review and analyze Canopy internal emails to identify possible causes of action | 8.6 |
|  | **TOTAL WEEKLY HOURS:** | 46.5 |

(11)  $36.4

☐ Please hold my check for pickup (checks can be picked up after 9:00am on Fridays)

If the above box is not checked, your paycheck will be mailed on Thursday evening.

311 West Superior Street, Suite 402  •  Chicago, Illinois 60654  •  Phone 312.664.5100  •  Fax 312.664.5300  •  Email chicagotime@legalpeoplegroup.com

# legalpeople

*temporary and permanent lawyers and paralegals*

TIMESHEET

*Legalpeople must receive timesheets by 12:00 PM on Monday for the previous week.
They can be faxed to us at 312-664-5300 or emailed to chicagotime@legalpeoplegroup.com.*

NAME: Brian Tarnow          CLIENT/FIRM: Canopy Financial, Inc.

SUPERVISOR: Andrew V. Banas      SUPERVISOR SIGNATURE: *[signed]*

| DATE | DESCRIPTION | HOURS |
| --- | --- | --- |
| 6/28 | Review, analyze, and search Canopy's emails and documents for potential causes of action | 8.9 |
| 6/29 | Review, analyze, and search Canopy's emails and documents for potential causes of action | 7.0 |
| 6/29 | Analyze document productions and prepare memorandum discussing results of document review in preparation for strategy meeting. | 1.0 |
| 6/30 | Review and analyze Canopy's emails and documents for potential causes of action | 5.6 |
| 6/30 | Meeting with A. Banas, B. Roche and J. Hillinger to strategize regarding document review procedures | .7 |
| 7/1 | Meeting with A. Banas, G. Paloian, and J. Hillinger to strategize regarding document review procedures | 1.0 |
| 7/1 | Computer downtime – no documents | 2.5 |
| 7/1 | Review and analyze Canopy's emails and documents for potential causes of action | 5.9 |
| 7/2 | Review and analyze Canopy's emails and documents for potential causes of action | 7.1 |
| 7/2 | Analyze document production and prepare memorandum discussing results of document review | 1.2 |
| | TOTAL WEEKLY HOURS: | 40.9 |

*(handwritten: 11 $130)*

☐ Please hold my check for pickup (checks can be picked up after 9:00am on Fridays)

If the above box is not checked, your paycheck will be mailed on Thursday evening.

311 West Superior Street, Suite 402 • Chicago, Illinois 60654 • Phone 312.664.5100 • Fax 312.664.5300 • Email chicagotime@legalpeoplegroup.com

# legalpeople

*temporary and permanent lawyers and paralegals*

TIMESHEET

*Legalpeople must receive timesheets by 12:00 PM on Monday for the previous week.
They can be faxed to us at 312-664-5300 or emailed to chicagotime@legalpeoplegroup.com.*

NAME: Thomas Mundt          CLIENT/FIRM: Canopy Financial, Inc.

SUPERVISOR: *Andrew Banas*    SUPERVISOR SIGNATURE: *Approved electronically*

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 07/05/10 | Holiday | 0.0 |
| 07/06/10 | Reviewed and discussed pleadings and other introductory materials with counsel; received training on Ringtail review platform | 4.7 ⑦  −$21.15 |
| 07/07/10 | Reviewed and analyzed Canopy's emails and documents for potential causes of action | 9.5 |
| 07/08/10 | Reviewed and analyzed Canopy's emails and documents for potential causes of action | 10.0 |
| 07/09/10 | Reviewed and analyzed Canopy's emails and documents for potential causes of action | 8.0 |
| | TOTAL WEEKLY HOURS: | 32.2 |

☐ Please hold my check for pickup (checks can be picked up after 9:00am on Fridays)

If the above box is not checked, your paycheck will be mailed on Thursday evening.

# legalpeople

*temporary and permanent lawyers and paralegals*

## TIMESHEET

Legalpeople must receive timesheets by 12:00 PM on Monday for the previous week.
They can be faxed to us at 312-664-5300 or emailed to chicagotime@legalpeoplegroup.com.

NAME: Brian Tarnow   CLIENT/FIRM: Canopy Financial, Inc.

SUPERVISOR: Andrew Banas   SUPERVISOR SIGNATURE: Approved electronically

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 7/5 | Holiday | |
| 7/6 | Review, analyze, and search Canopy's emails and documents for potential causes of action | 7.7 |
| 7/6 | Computer downtime while IT switched our offices, set up new computers, and used our computers to | 1.0 ⑪ -$52 |
| 7/7 | Analyze document productions and prepare memorandum discussing results of document review in preparation for strategy meeting. | 1.0 |
| 7/7 | Review and analyze Canopy's emails and documents for potential causes of action | 5.8 |
| 7/8 | Review and analyze Canopy's emails and documents for potential causes of action | 8.0 |
| 7/9 | Review and analyze Canopy's emails and documents for potential causes of action | 8.0 |
| | TOTAL WEEKLY HOURS: | 31.5 |

☐ Please hold my check for pickup (checks can be picked up after 9:00am on Fridays)

If the above box is not checked, your paycheck will be mailed on Thursday evening.

311 West Superior Street, Suite 402 • Chicago, Illinois 60654 • Phone 312.664.5100 • Fax 312.664.5300 • Email chicagotime@legalpeoplegroup.com