UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 09 B 44943 |
| CANOPY FINANCIAL, INC. | ) |
| | ) |
| | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO JENNER & BLOCK LLP, SPECIAL COUNSEL TO THE TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FOURTH INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $643,376.00 | TOTAL COSTS REQUESTED: | $17,497.88 |
| TOTAL FEES REDUCED: | $00.00 | TOTAL COSTS REDUCED: | $2,855.75 |
| TOTAL FEES ALLOWED: | $643,376.00 | TOTAL COSTS ALLOWED: | $14,642.13 |

**TOTAL FEES AND COSTS ALLOWED: $658,018.13**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(6) **Meal Expenses**
The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

(11) **Overhead Costs are Non-Compensable**
The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: August 16, 2011

_____
Eugene R. Wedoff
United States Bankruptcy Judge

| DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 2/21/2011 | Out of Town Travel, VINCENT E. LAZAR, 02/21-22/2011 to Detroit, MI for Deposition | 319.00 | |
| 2/21/2011 | Business Meals, VINCENT E. LAZAR, 02/21/2011 ⑥ | 40.35 | -$40.35 |
| 2/21/2011 | Special Messenger Service | 11.40 | |
| 2/21/2011 | Special Messenger Service | 33.73 | |
| 2/22/2011 | Network Printing | 7.80 | |
| 2/23/2011 | In-City Transportation; PETTY CASH; 02/23/2011 V. Lazar 2/23/11 Cab to court | 8.00 | |
| 2/23/2011 | Postage Nque | 4.71 | |
| 2/24/2011 | Conferencing Services; Precious Jacobs; 3122229350-022711 | 12.96 | |
| 2/25/2011 | Network Printing | 3.10 | |
| 2/25/2011 | Postage Nque | 7.51 | |
| 2/28/2011 | Network Printing | 2.60 | |
| 2/28/2011 | Westlaw Research ⑪ | 27.27 | -$27.27 |
| 2/28/2011 | Lexis Research ⑪ | 3.59 | -$3.59 |
| 2/28/2011 | Postage Nque | 4.95 | |
| 2/28/2011 | Photocopy-NQue | 15.90 | |
| 2/28/2011 | UPS tracking# 1Z6134380196310657 Inv# 00000613438101 | 8.32 | |
| 2/28/2011 | UPS tracking# 1Z6134380196349661 Inv# 00000613438101 | 8.32 | |
| 2/28/2011 | Special Messenger Service | 6.50 | |
| 2/28/2011 | Special Messenger Service | 6.50 | |
| 3/1/2011 | Photocopy & Related Expenses | 3.15 | |
| 3/1/2011 | Network Printing | 4.00 | |
| 3/1/2011 | Photocopy & Related Expenses | 30.42 | |
| 3/1/2011 | ID=65743 Conducted by Travis, Seth A Type: Client Event/Meeting# in Attendance 6 | 19.76 | |
| 3/1/2011 | Photocopy-NQue | .80 | |
| 3/2/2011 | Court Reporter Charge; BIENENSTOCK COURT REPORTING & VIDEO; 03/02/2011 Deposition of John Ingram | 814.41 | |
| 3/2/2011 | Network Printing | 3.20 | |
| 3/2/2011 | Photocopy-NQue | 19.20 | |
| 3/2/2011 | Special Messenger Service | 18.60 | |
| 3/2/2011 | Postage Nque | 13.65 | |
| 3/2/2011 | Postage Nque | 21.51 | |
| 3/3/2011 | Network Printing | 118.90 | |
| 3/4/2011 | Network Printing | .70 | |
| 3/7/2011 | In-City Transportation; PETTY CASH; 03/07/2011 V. Lazar 2/2/11 cab fare to court | 8.00 | |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/20/2011 | Court Reporter Charge; ESQUIRE DEPOSITION SOLUTIONS; 03/20/2011 Deposition of Robert Angart | 395.04 |
| 3/20/2011 | Court Reporter Charge; ESQUIRE DEPOSITION SOLUTIONS; 03/20/2011 Deposition of Corey Kauffman | 331.05 |
| 3/21/2011 | Network Printing | 6.20 |
| 3/21/2011 | Network Printing | 1.40 |
| 3/22/2011 | Network Printing | 96.90 |
| 3/23/2011 | Network Printing | 6.90 |
| 3/23/2011 | Photocopy-NQue | 4.00 |
| 3/23/2011 | Network Printing | 1.70 |
| 3/24/2011 | Photocopy & Related Expenses | 71.00 |
| 3/24/2011 | Special Messenger Service | 6.50 |
| 3/25/2011 | Photocopy & Related Expenses | 25.86 |
| 3/25/2011 | In-City Transportation; UNITED DISPATCH AGENT; 03/25/2011; P. Jacobs 4/27/11 | 17.00 |
| 3/25/2011 | In-City Transportation; UNITED DISPATCH AGENT; 03/25/2011; P. Jacobs 3/16/11 | 18.45 |
| 3/27/2011 | Court Reporter Charge; ESQUIRE DEPOSITION SOLUTIONS; 03/27/2011 Deposition of Jeremy Blackburn | 1,284.70 |
| 3/28/2011 | Network Printing | 5.60 |
| 3/29/2011 | Network Printing | 22.70 |
| 3/30/2011 | Network Printing | 5.70 |
| 3/30/2011 | In-City Transportation; PETTY CASH; 03/30/2011 P. Jacobs 3/29/11 Round trip cab fare to court to attend hearing | 12.50 |
| 3/31/2011 | Photocopy-NQue | 3.70 |
| 3/31/2011 | Westlaw Research | 293.09 -$293.09 |
| 3/31/2011 | Westlaw Research | 725.31 -$725.31 |
| 4/1/2011 | Photocopy & Related Expenses | 9.96 |
| 4/1/2011 | Special Messenger Service | 42.36 |
| 4/5/2011 | Photocopy & Related Expenses | 3.50 |
| 4/5/2011 | Network Printing | 21.30 |
| 4/5/2011 | Photocopy-NQue | 83.70 |
| 4/5/2011 | Photocopy & Related Expenses | 112.60 |
| 4/6/2011 | Pacer Charges; PACER SERVICE CENTER; 04/06/2011 | 28.40 |
| 4/6/2011 | Pacer Charges; PACER SERVICE CENTER; 04/06/2011 | 24.56 |
| 4/6/2011 | Postage Nque | 57.34 |
| 4/6/2011 | Network Printing | 30.20 |
| 4/6/2011 | Photocopy-NQue | .20 |
| 4/6/2011 | Pacer Charges; PACER SERVICE CENTER; 04/06/2011 | 3.04 |
| 4/6/2011 | Pacer Charges Period of 01/01/2011 through 03/31/2011 | 6.56 |
| 4/6/2011 | Pacer Charges; PACER SERVICE CENTER; 04/06/2011 | 174.32 |
| 4/7/2011 | Postage Nque | 56.12 |

| DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 4/22/2011 | Business Meals, VINCENT E. LAZAR, 04/22/2011 with Precious Jacobs ⑥ | 49.69 | −$49.69 |
| 4/22/2011 | In-City Transportation; UNITED DISPATCH AGENT; 04/22/2011; P. Jacobs 4/20/11 | 17.65 | |
| 4/22/2011 | In-City Transportation; UNITED DISPATCH AGENT; 04/22/2011; P. Jacobs 4/21/11 | 18.85 | |
| 4/23/2011 | Photocopy & Related Expenses | 75.60 | |
| 4/24/2011 | Photocopy & Related Expenses | 46.16 | |
| 4/24/2011 | Photocopy-NQue | .10 | |
| 4/25/2011 | Photocopy & Related Expenses | 466.40 | |
| 4/25/2011 | Business Meals, PRECIOUS S. JACOBS, 04/25-26/2011 Lunch while at trial ⑥ | 27.63 | −$27.63 |
| 4/25/2011 | Special Messenger Service | 13.00 | |
| 4/26/2011 | Photocopy & Related Expenses | 8.70 | |
| 4/26/2011 | Photocopy-NQue | 41.90 | |
| 4/27/2011 | In-City Transportation; PETTY CASH; 04/27/2011 M. Patterson 4/26/11 traveld to court to deliver and set up trial materials | 16.00 | |
| 4/27/2011 | In-City Transportation; PETTY CASH; 04/27/2011 P. Jacobs 4/27/11 round trip cab fare to court to attend hearing | 12.90 | |
| 4/28/2011 | Network Printing | 11.20 | |
| 4/28/2011 | Outside Professional Services; ATG LEGAL SERVE, INC.; 04/28/2011 | 98.00 | |
| 4/29/2011 | In-City Transportation; PETTY CASH; 04/29/2011 P. Jacobs 4/29/11 Cab fare to court to attend hearing | 6.00 | |
| 4/29/2011 | In-City Transportation; UNITED DISPATCH AGENT; 04/29/2011; P. Jacobs 4/18/11 | 17.45 | |
| 4/29/2011 | In-City Transportation; UNITED DISPATCH AGENT; 04/29/2011; P. Jacobs 4/23/11 | 18.45 | |
| 4/30/2011 | Westlaw Research ⑪ | 294.45 | −$294.45 |
| 4/30/2011 | Lexis Research ⑪ | 198.10 | −$198.10 |
| 4/30/2011 | Westlaw Research ⑪ | 668.34 | −$668.34 |
| 4/30/2011 | In-City Transportation; UNITED DISPATCH AGENT; 04/30/2011; P. Jacobs 4/27/11 | 17.45 | |
| 5/4/2011 | In-City Transportation; PETTY CASH; 05/04/2011 V. Lazar 4/25/11 Cab to/from court | 16.00 | |
| 5/4/2011 | In-City Transportation; PETTY CASH; 05/04/2011 V. Lazar 4/26/11 Cab fare to/from Court | 16.00 | |
| 5/5/2011 | Court Reporter Charge; JACKLEEN DEFINI; 05/05/2011 Transcript of proceedings - 4/25/2011 | 584.50 | |
| 5/6/2011 | In-City Transportation; UNITED DISPATCH AGENT; 05/06/2011; P. Jacobs 4/25/11 | 17.85 | |

16

| DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 5/6/2011 | In-City Transportation; UNITED DISPATCH AGENT; 05/06/2011; P. Jacobs 4/28/11 | 17.45 | |
| 5/6/2011 | In-City Transportation; UNITED DISPATCH AGENT; 05/06/2011; P. Jacobs 4/26/11 | 18.45 | |
| 5/9/2011 | Postage Nque | .44 | |
| 5/10/2011 | Network Printing | 1.50 | |
| 5/10/2011 | Photocopy-NQue | 126.10 | |
| 5/11/2011 | Photocopy & Related Expenses | .63 | |
| 5/11/2011 | Photocopy-NQue | 126.70 | |
| 5/11/2011 | Court Reporter Charge; JACKLEEN DEFINI; 05/11/2011 Transcript of proceedings before Judge Wedoff - 4/27/11 | 35.00 | |
| 5/11/2011 | Network Printing | 5.60 | |
| 5/18/2011 | Network Printing | 7.80 | |
| 5/18/2011 | Photocopy-NQue | 6.00 | |
| 5/18/2011 | Postage Nque | 25.02 | |
| 5/19/2011 | Postage Nque | 59.39 | |
| 5/20/2011 | Photocopy & Related Expenses | 661.00 | |
| 5/24/2011 | Postage Nque | 6.60 | |
| 5/25/2011 | Postage Nque | .44 | |
| 5/31/2011 | Photocopy & Related Expenses | 21.00 | |
| 5/31/2011 | Westlaw Research | 69.38 | -$69.38 |
| 5/31/2011 | Westlaw Research | 414.66 | -$414.66 |
| 5/31/2011 | Westlaw Research | 43.89 | -$43.89 |
| 5/31/2011 | Photocopy & Related Expenses | 185.20 | |
| | TOTAL DISBURSEMENTS | $17,497.88 | |