**FILED**

**DEC 28 2011**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
)  Case No. 09 B 44943
CANOPY FINANCIAL, INC. )
)
)
)  Chapter 7
Debtor. )
)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO JENNER & BLOCK LLP, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $241,418.50 | TOTAL COSTS REQUESTED: | $5,082.63 |
| TOTAL FEES REDUCED: | $3,328.40 | TOTAL COSTS REDUCED: | $377.29 |
| TOTAL FEES ALLOWED: | $238,090.10 | TOTAL COSTS ALLOWED: | $4,705.34 |

**TOTAL FEES AND COSTS ALLOWED: $242,795.44**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below. Due to the large number of time entries provided in the fee application, the court employed a sampling methodology to review the application. The court reviewed approximately one half of all detailed time entries and multiplied all disallowances identified during such review by two to arrive at the total amount disallowed. The court reviewed all detailed expense entries.

**(4)   Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7)   Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(11)   Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs

or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: December 28, 2011

/s/ Eugene R. Wedoff
Eugene R. Wedoff
United States Bankruptcy Judge

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/12/2011 | VEL | 0.20 | Telephone conference with M. Rindner re mediation and TC participation. | 160.00 |
| 10/17/2011 | VEL | 1.10 | Reviewed email chain re D&O position and Spectrum (.2); reviewed position paper from TC meeting (.3); telephone conference with C. Roberts re background of dispute, coordination of claim (.3); reviewed mediation statement (.3). | 880.00 |
| 10/18/2011 | VEL | 0.50 | Emails with M. Rindner, J. Pomerantz re TC participation in mediation and submissions (.2); telephone conference with C. Robertson re update on same and TC's position (.3). | 400.00 |
| 10/19/2011 | VEL | 0.30 | Telephone conference with M. Rindner re mediation position, trustee's claim to policy proceeds. | 240.00 |
| 10/25/2011 | VEL | 0.20 | Email with C. Robertson, M. Rinder, re mediation scheduling. | 160.00 |
| 10/28/2011 | VEL | 0.20 | Email with Sperling re meeting; telephone conference with K. McCall re production of work product to S&S. | 160.00 |
|  |  | 9.40 | PROFESSIONAL SERVICES | $7,434.00 |

⑦  -$160 x 0.1 = -$16

13

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 8/15/2011 | VEL | 0.40 | Telephone conference with A. Banas and team re potential ▮▮▮▮▮; transmitted ▮▮▮▮▮ | 320.00 |
| 8/15/2011 | VEL | 0.20 | Telephone conference with G. Paloian re interim distribution plan. | 160.00 |
| 8/17/2011 | VEL | 0.30 | Telephone conference with G. Paloian re update on Lakeshore, KPMG, Dali and other matters. | 240.00 |
| 8/23/2011 | VEL | 0.20 | Emails re Amex trial preparation. | 160.00 |
| 8/23/2011 | PSJ | 1.60 | Conferred with A. Banas, R. Pinkston, and V. Lazar re preparation for American Express trial (.3); email correspondence with V. Lazar, R. Pinkston, and A. Banas re same (.4); reviewed documents re same (.9). | 592.00 |
| 8/26/2011 | PSJ | 0.50 | Email correspondence with J. DeJonker and V. Lazar re trial transcripts. | 185.00 |
| 9/1/2011 | PSJ | 0.20 | Conferred with R. Pinkston re Northern Trust affidavit and contact for American Express lawsuit (.1); sent email to R. Pinkston re same (.1). | 74.00 |
| 9/1/2011 | VEL | 0.30 | Telephone conference with G. Paloian re Amex burden of proof, bank records affidavit and evidentiary record. | 240.00 |
| ⑦ 9/1/2011 | VEL | 0.40 | Telephone conference with R. Homme re ▮▮▮▮▮; reviewed file re same.  −$320 x 0.1 = −$32 | 320.00 |
| 9/6/2011 | PSJ | 0.20 | Email correspondence with R. Pinkston re Motions in Limine for American Express trial. | 74.00 |
| 9/7/2011 | VEL | 0.20 | Telephone conference with G. Paloian re operation of Hamid settlement, Amex offer. | 160.00 |
| 9/8/2011 | PSJ | 0.40 | Conferred with R. Pinkston re NetJets transcript for Motion in Limine (.1); email correspondence re same (.3). | 148.00 |
| 9/8/2011 | VEL | 0.20 | Reviewed ▮▮▮▮▮. | 160.00 |
| 9/9/2011 | VEL | 0.50 | Telephone conference with G. Paloian and J. DeJonker re Amex settlement and ▮▮▮▮▮ (.3); skimmed Hamid settlement re same (.2). | 400.00 |
| ④ 9/29/2011 | TDH | 0.20 | Prepared and ECF filed Notice.   −$56 | 56.00 |
| ⑦ 10/5/2011 | VEL | 0.20 | Telephone conference with U.S. Bank re Weidemann citation, and follow-up with P. Jacobs re same and new Lakeshore date.   −$160 x 0.1 = −$16 | 160.00 |

19

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 6/9/2011 | VEL | 0.90 | Telephone conference with D. Greenwald re Twin City discovery posture and position (.3); reviewed files re produced documents and emails with D. Greenwald and K. Hupila re scope of materials in binder (.6). | 720.00 |
| 6/10/2011 | KKH | 1.20 | Conferred with D. Greenwald and M. Rindner re discovery schedule and plan and bifurcation of rescission and occurrence issues (.9); conferred with D. Greenwald and V. Lazar re responses to same (.3). | 510.00 |
| 6/10/2011 | DMG | 1.80 | ⑦ Prepared for and participated in call with insurers counsel and K. Hupila and follow-up call with V. Lazar (1.2); reviewed correspondence and materials produced to Twin City re backup to proof of claim (.6). | 1,143.00 −1.2×$635×0.1= −$76.20 |
| 6/13/2011 | DMG | 0.50 | Exchanged messages with M. Rindner and Jenner team re discovery conference. | 317.50 |
| 6/15/2011 | KKH | 0.60 | Participated in conference call with V. Lazar, D. Greenwald, and counsel for Twin City re discovery and bifurcation issues (.3); conferred with V. Lazar and D. Greenwald re strategy for proceeding in light of same (.3). | 255.00 |
| 6/15/2011 | DMG | 1.00 | ⑦ Prepared for and participated in telephone conference with V. Lazar, K. Hupila and Twin City counsel re Rule 26(f) issues (.7); follow-up call with V. Lazar and K. Hupila re same (.3). | 635.00 −.7×$635×0.1= −$44.45 |
| 6/15/2011 | VEL | 0.40 | Telephone conference with Wiley Rein re discovery and planning conference. | 320.00 |
| 6/17/2011 | DMG | 0.50 | Reviewed Blackburn plea hearing. | 317.50 |
| 6/23/2011 | KKH | 0.20 | Conferred with P. Jacobs re process for producing back-up documents to HSA and operating account transfers. | 85.00 |
| 6/23/2011 | PSJ | 0.10 | Conferred with K. Hupila re document production for crime insurance case. | 37.00 |
| 6/24/2011 | KKH | 1.50 | Assembled and prepared A&M back-up documents for Bates numbering and production to Twin City. | 637.50 |
| 6/24/2011 | VEL | 0.20 | Reviewed emails from K. Hupila re A&M binders and requests for production. | 160.00 |
| 6/24/2011 | VEL | 0.30 | Skimmed discovery requests from insurer. | 240.00 |

23

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 7/6/2011 | KKH | 0.10 | Reviewed Twin City's discovery responses and conferred with D. Greenwald re same. | 42.50 |
| 7/6/2011 | DMG | 0.90 | Telephone conference with V. Lazar re Twin City matter (.3); <u>telephone conference with K. Hupila re discovery issues and reviewed Twin City discovery responses re response to Riley Rein (.6)</u>. ⑦ | 571.50  $-0.6 \times \$635 \times 0.1 = -\$38.10$ |
| 7/7/2011 | KKH | 0.90 | Conferred with V. Lazar and D. Greenwald re proposed search terms for Twin City discovery and letter to M. Rindner re same (.2); revised letter per same (.3); coordinated finalization and service of same (.4). | 382.50 |
| 7/7/2011 | VEL | 0.40 | Edited proposed search term letter. | 320.00 |
| 7/7/2011 | PSJ | 0.10 | Email correspondence with V. Lazar, D. Greenwald, and K. Hupila re preliminary hit count [redacted]. | 37.00 |
| 7/7/2011 | DMG | 0.40 | Reviewed and revised correspondence to Twin City counsel and office conference with K. Hupila re same. ⑦ | 254.00  $-\$254 \times 0.1 = -\$25.40$ |
| 7/8/2011 | KKH | 0.10 | Conferred with Seyfarth re preliminary search of terms sent to Twin City to determine hit rate. | 42.50 |
| 7/13/2011 | KKH | 2.20 | Drafted responses to Twin City's document requests (1.3); drafted responses to Twin City's interrogatories (.9). | 935.00 |
| 7/13/2011 | DMG | 0.30 | Exchanged messages with K. Hupila re discovery issues. | 190.50 |
| 7/13/2011 | PSJ | 0.10 | Reviewed email from K. Hupila re Twin City Interrogatories. | 37.00 |
| 7/14/2011 | KKH | 1.70 | Drafted responses to Twin City's interrogatories (1.5); conferred with P. Jacobs re same (.2). | 722.50 |
| 7/14/2011 | DMG | 0.90 | Exchanged messages with Twin City and K. Hupila re discovery issues (.4); reviewed Twin City requests re issues to discuss with Twin City (.5). | 571.50 |
| 7/14/2011 | PSJ | 1.20 | Reviewed message from K. Hupila re Twin City's Interrogatories (.1); conferred with K. Hupila re same (.2); called A. Banas re same (.1); reviewed documents and emails re same (.6); email correspondence with A. Banas and J. McManus re same (.2). | 444.00 |

25

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 7/18/2011 | PSJ | 0.50 | Conferred with K. Hupila re Twin City Document Requests and Interrogatories (.2); email correspondence with K. Hupila re same (.3). | 185.00 |
| 7/19/2011 | KKH | 3.30 | Conferred with J. Priebe re status of production issues (.3); conferred with P. McGrath re ▮▮▮ (.3); conferred with D. Greenwald re discovery responses (.3); revised draft discovery responses in light of conversations with V. Lazar and D. Greenwald (1.2); reviewed ▮▮▮ to identify background material for discovery responses (.7); drafted letter to M. Rindner re privilege log proposal and revisions to search term protocol (.5). | 1,402.50 |
| 7/19/2011 | PSJ | 0.30 | Conferred with K. Hupila re Canopy customer agreements (.2); reviewed message from K. Hupila re same (.1). | 111.00 |
| 7/19/2011 | VEL | 0.90 | Emailed K. Hupila and D. Greenwald re ▮▮▮ | 720.00 |
| 7/19/2011 | VEL | 0.20 | Emailed D. Greenwald re producing customer agreements. | 160.00 |
| 7/19/2011 | VEL | 0.50 | Prepared email and preliminary analysis re ▮▮▮ | 400.00 |
| 7/19/2011 | VEL | 0.40 | Reviewed discovery update from K. Hupila and responded to questions re same. | 320.00 |
| 7/19/2011 | DMG | 3.00 | Prepared for and participated in telephone conferences and office conferences with K. Hupila re responding to Twin City discovery requests (1.5); reviewed and revised correspondence to Twin City counsel re document issues and office conference with K. Hupila re same (.8); exchanged numerous emails with V. Lazar re document issues (.5); exchanged messages with Twin City counsel re extension of time (.2). | 1,905.00 |

Handwritten annotations next to last entry:
⑦ ⑦
-1.5 × $635 × 0.1 = -$95.25
-0.8 × $635 × 0.1 = -$50.80

27

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 7/28/2011 | KKH | 2.40 | Conferred with V. Lazar and D. Greenwald re substantive responses to discovery requests (.4); revised draft discovery responses per edits from V. Lazar and D. Greenwald (.6); conferred with D. Greenwald re protective order and privilege issues (.2); revised protective order per edits from same (.2); conferred with V. Lazar, D. Greenwald, and S. Knight re ■■■ (.5); reviewed Bates-numbered A&M binders from S. Knight and prepared same for production (.5). | 1,020.00 |
| 7/28/2011 | DMG | 2.80 | ⑦ Reviewed and revised discovery responses and numerous office and telephone conferences with K. Hupila re same (1.8); reviewed and revised protective order proposed by Twin City (1.0). | 1,778.00 −1.8 × $635 × 0.1 = −$114.30 |
| 7/28/2011 | VEL | 1.30 | ⑦ Email with team re ■■■ and related issues, and follow-up telephone conferences with K. Hupila re same (.4); prepared commented to discovery responses (.5); follow-up and email to G. Paloian re same (.2); reviewed updated transfer binder (.2). | 1,040.00 −0.4 × $800 × 0.1 = −$32 |
| 7/29/2011 | KKH | 2.50 | Conferred with G. Paloian and V. Lazar re revisions to responses to document requests and interrogatories (.4); incorporated same into drafts (.6); conferred with V. Lazar and D. Greenwald re revisions to protective order (.4); drafted and revised letter to M. Rindner re same and privilege logging issues (.8); reviewed summary of account information for third party recipients of non-business transfers from P. McGrath (.3) | 1,062.50 |
| 7/29/2011 | DMG | 3.40 | ⑦ Reviewed and revised discovery responses to Twin City, including exchanged numerous messages with K. Hupila re same (1.2); reviewed and revised correspondence to Twin City re discovery issues, including telephone conference with V. Lazar and K. Hupila re same, and separate telephone conferences with K. Hupila re same (1.2); exchanged numerous messages re document database and A&M reports (1.0). | 2,159.00 −2.4 × $635 × 0.1 = −$152.40 |
| ⑦ 7/29/2011 | VEL | 0.40 | Commented on letter to Rinder re discovery position, protected parties and follow-up emails re same. | 320.00 −$320 × 0.1 = −$32 |
| 7/29/2011 | VEL | 0.20 | Skimmed protective order. | 160.00 |

31

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 8/3/2011 | KKH | 3.00 | Conferred with D. Greenwald re outstanding privilege log, protective order, and search term issues (.7); conferred with D. Greenwald and Wiley Rein re resolution of same (.4); conferred with D. ▮▮▮ (.5); circulated additional documents for production to S. Knight (.2); revised draft discovery responses (.5); conferred with V. Lazar and D. Greenwald re outstanding discovery issues (.4); reviewed Core Production (.3). | 1,275.00 |
| 8/3/2011 | VEL | 0.20 | Follow-up emails re database selection, searching. | 160.00 |
| 8/3/2011 | VEL | 0.40 | Office conference with D. Greenwald re ▮▮▮. | 320.00 |
| 8/3/2011 | PSJ | 0.10 | Reviewed message from K. Hupila re search terms for Twin City database search. | 37.00 |
| 8/3/2011 | DMG | 2.30 | Office conference (lengthy) with K. Hupila re various discovery issues and reviewed related documents (1.0); office conference with V. Lazar re discovery and trial preparation issues (.5); office conference with K. Hupila re document production and reviewed related documents (.8). | 1,460.50 |
| 8/4/2011 | KKH | 2.60 | Conferred with J, Priebe, S. Knight, and M. Christoff re outstanding discovery tasks (.9); revised and finalized Trustee's written discovery responses (.5); coordinated service of same with Bates-numbered A&M binders and Core Production (.6); conferred with P. McGrath re ▮▮▮ (.3); ▮▮▮ (.3). | 1,105.00 |
| 8/4/2011 | PSJ | 0.10 | Reviewed emails from V. Lazar and D. Greenwald re Twin City status hearing. | 37.00 |
| 8/4/2011 | DMG | 0.60 | Finalized written discovery responses and office conferences with K. Hupila re same. | 381.00 |
| 8/5/2011 | KKH | 1.00 | Conferred with M. Christoff re ▮▮▮ (.4); revised protective order in light of discussions with Twin City's counsel (.4); drafted update of search term and protective order issues for D. Greenwald (.2). | 425.00 |
| 8/5/2011 | VEL | 0.30 | Emails re database concerns and ▮▮▮ | 240.00 |

Handwritten annotations:
- Next to 8/3/2011 DMG entry (circled "7"): $-1.8 \times \$635 \times 0.1 = -\$114.30$
- Next to 8/4/2011 DMG entry (circled "7"): $-\$381 \times 0.1 = -\$38.10$

33

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 8/10/2011 | KKH | 1.00 | Reviewed ▓▓▓ (.2); conferred with V. Lazar re same and re documents ▓▓▓ (.3); drafted correspondence to Twin City re restriction of CFO search terms (.5). | 425.00 |
| 8/10/2011 | VEL | 0.20 | Reviewed ▓▓▓ results. | 160.00 |
| 8/10/2011 | VEL | 0.20 | Commented on search terms. | 160.00 |
| 8/10/2011 | VEL | 0.50 | Prepared ▓▓▓ | 400.00 |
| 8/10/2011 | DMG | 2.50 | Telephone conference with M. Rindner re potential settlement issues and telephone conference with V. Lazar re same (.4); drafted detailed memorandum for G. Paloian re merits of Twin City claim (1.0); reviewed ▓▓▓ (.8); reviewed and revised correspondence re word search protocol (.3). | 1,587.50 |
| 8/11/2011 | KKH | 0.10 | Reviewed analysis from P. McGrath re ▓▓▓ | 42.50 |
| 8/11/2011 | VEL | 0.30 | Office conference with D. Greenwald re TC settlement overture, recommendation and evaluation of claims. | 240.00 |
| 8/11/2011 | DMG | 1.30 | Telephone conference with G. Paloian re potential settlement and telephone conference with M. Rindner re same (.8); exchanged messages with K. Hupila re discovery issues and reviewed search protocol descriptions (.5). | 825.50 |
| 8/12/2011 | KKH | 0.30 | Revised and transmitted letter to Twin City confirming search term list and protocol. | 127.50 |
| 8/14/2011 | KKH | 1.10 | Researched ▓▓▓ | 467.50 |
| 8/15/2011 | KKH | 0.50 | Reviewed case law re ▓▓▓ | 212.50 |
| 8/16/2011 | KKH | 0.40 | Drafted brief re ▓▓▓ | 170.00 |
| 8/17/2011 | KKH | 3.70 | Drafted brief ▓▓▓ (3.5); conferred with D. Greenwald re same (.1); conferred ▓▓▓ (.1). | 1,572.50 |
| 8/17/2011 | DMG | 1.00 | Telephone conference with K. Hupila re motion for summary judgment and reviewed legal research on joint insured clause. | 635.00 |

Handwritten annotations:
- Next to 8/10/2011 DMG entry: ⑦  -.4 × $635 × 0.1 = -$25.40
- Next to 8/11/2011 DMG entry: ⑦  -$50.80
- Next to 8/17/2011 DMG entry: ⑦  -$63.50

35

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 8/24/2011 | VEL | 2.80 | Commented and prepared line edits to memorandum in support of Motion for Summary Judgment claim, and reviewed core documents re additional factual arguments for same (2.5); telephone conference with K. Hupila re potential additional arguments (.3). ⑦ | 2,240.00  -2.5 × $800 × 0.1 = -$200 |
| 8/24/2011 ⑦ | DMG | 2.10 | Reviewed and revised summary judgment brief and exchanged numerous messages with Jenner team re same. | 1,333.50  -$1333.50 × 0.1 = -$133.35 |
| 8/25/2011 | KKH | 1.60 | Revised draft brief re policy imputation provisions (1.5); conferred with V. Lazar re same (.1). | 680.00 |
| 8/25/2011 | VEL | 1.20 | Provided further edits to K. Hupila (1.0); telephone conference with P. Jacobs re review of discovery materials (.2). | 960.00 |
| 8/25/2011 | VEL | 0.30 | Emails and messages to/from G. Paloian re settlement offer, discovery update and recommendation for settlement in light of same. | 240.00 |
| ⑦ 8/25/2011 | VEL | 0.30 | Telephone conference with D. Greenwald re TC offer, settlement authority, and further edits to brief. -$24 | 240.00 |
| 8/25/2011 | PSJ | 2.80 | Email correspondence with V. Lazar re ■■■ (.2); reviewed ■■■ (2.5); conferred with V. Lazar re same (.1). | 1,036.00 |
| 8/25/2011 | DMG | 1.20 | Telephone conferences with M. Rindner and V. Lazar re settlement issues (.6); reviewed background materials re summary judgment motion (.6). | 762.00 |
| 8/26/2011 | KKH | 1.20 | Revised draft imputation brief per edits from V. Lazar. | 510.00 |
| 8/26/2011 | VEL | 1.20 | Emails re arguments in partial motion for summary judgment brief and strategy (.3); emails and telephone conferences with D. Greenwald, M. Jacobs and G. Paloian re settlement proposal, rationale for same and finalization of settlement terms (.9). | 960.00 |
| 8/26/2011 | PSJ | 0.60 | Reviewed ■■■ (.5); called V. Lazar re same (.1). | 222.00 |

37

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 9/23/2011 | VEL | 0.20 | Email with P. Jacobs re 9019 motion. | 160.00 |
| 9/23/2011 | PSJ | 0.20 | Email correspondence with V. Lazar re 9019 Motion for Twin City settlement agreement. | 74.00 |
| 9/26/2011 | VEL | 0.30 | Telephone conference with M. Rindner re negotiation of terms of settlement agreement. | 240.00 |
| 9/26/2011 | PSJ | 2.60 | Drafted and revised 9019 Motion and Order for settlement agreement with Twin City (2.3); email correspondence with word processing re same (.3). | 962.00 |
| 9/27/2011 | PSJ | 0.60 | Reviewed and revised 9019 Motion re Twin City (.5); email correspondence with V. Lazar re same (.1). | 222.00 |
| ⑦ 9/27/2011 | VEL | 0.30 | Skimmed TC 9019 draft from P. Jacobs, email to same re editing.  − $24 | 240.00 |
| 9/27/2011 | VEL | 1.00 | Worked on editing TC 9019 re description of dispute, returns. | 800.00 |
| 9/27/2011 | VEL | 0.20 | Reviewed and emails re D&O carveouts. | 160.00 |
| 9/28/2011 | VEL | 1.50 | Continued work on 9019, updated insurance provisions and release scope, forwarded same to D. Greenwald for comment. | 1,200.00 |
| 10/3/2011 | KKH | 0.20 | Reviewed and revised motion for approval of settlement with Twin City. | 85.00 |
| 10/3/2011 | VEL | 0.30 | Reviewed TC comments to agreement and D. Greenwald, K. Hupila comments to 9019 motion. | 240.00 |
| 10/4/2011 | VEL | 0.50 | Reviewed additional edits, prepared redlines, finalized and transmitted TC agreement and 9019 to G. Paloian for approval. | 400.00 |
| 10/4/2011 | VEL | 0.20 | Telephone conference with G. Paloian re comments to TC release scope. | 160.00 |
| 10/4/2011 | PSJ | 0.10 | Email communication with V. Lazar re Twin City 9019 Motion. | 37.00 |
| 10/5/2011 | VEL | 0.60 | ① Updated TC agreement re scope, and email to TC counsel with updated language (.4); responded to TC email re additional suggested change (.2).  = .4 × $800 × 0.1 = −$32 | 480.00 |
| ⑦ 10/5/2011 | DMG | 0.30 | Reviewed proposed settlement revisions and telephone conference with V. Lazar re same.  −$19.05 | 190.50 |
| 10/6/2011 | PSJ | 0.10 | Revised Order for Twin City 9019 Motion. | 37.00 |
| ⑦ 10/7/2011 | VEL | 0.40 | Reviewed final agreement, email with trustee and TC counsel re signature pages, TIN, 9019 timing.  −$32 | 320.00 |

39

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 6/22/2011 | PSJ | 5.00 | ⑦ <u>Conducted research, and drafted and revised affidavit re filing S. Dali judgment in Indiana</u> (1.4); conferred with D. Simons, V. Lazar, M. Hinds, and staff in Porter County Clerk's office re same (.7); email correspondence with D. Simons re same (.2); conducted research re filing foreign judgment in Indiana (.3); drafted email to V. Lazar re same (.1); conferred with M. Yokovich re Citation to Bank of America (.1); conferred with M. Matlock re Lakeshore Involuntary Petition (.1). prepared documents for filing in Indiana (.1); reviewed message from court reporter re S. Dali trial transcript (.1); email correspondence with V. Lazar re same (.2); drafted and revised cover sheet for recording lien in Indiana (.2); drafted and revised legal description re same (.2); conducted research for legal description re same (.3); reviewed email from Porter County re invoice for same (.1); conferred with M. Yokovich re same (.1); email correspondence with V. Lazar and M. Hinds re filing S. Dali judgment in Indiana, necessary documents, and fees (.7); conferred with V. Lazar re same (.1). | 1,850.00 |
| | | | $-1.4 \times \$370 \times 0.1 = -\$51.80$ | |
| 6/23/2011 | PSJ | 1.40 | Conferred with D. Simons, process server, and M. Hinds re filing foreign judgment against S. Dali in Indiana (.4); email correspondence with D. Simons re same (.2); revised cover sheet and legal description for filing foreign judgment (.1); conferred with Clerk and Recorder's office re same (.2); email correspondence with V. Lazar and M. Hinds re revised documents for filing foreign judgment in Indiana (.5). | 518.00 |
| ⑦ 6/23/2011 | MMH | 0.20 | Confer with P. Jacobs regarding recording of Dali judgment and execute affidavit for same. $-\$11$ | 110.00 |
| 6/24/2011 | PSJ | 1.00 | Conferred with M. Yokovich re Porter County filing (.2); called M. Hinds re same (.1); email correspondence with M. Hinds re same (.1); reviewed documents filed in Porter County (.1); drafted and revised notice of filing and Certificate of Service re same (.3); conducted research re notice for same (.2). | 370.00 |
| 6/24/2011 | PSJ | 0.80 | Organized Canopy files re Citations to Discover Assets and recorded judgment liens for Lakeshore and S. Dali (.3); conferred with M. Yokovich and L. Sandoval re same and bank productions (.3); reviewed emails from duplicating re same (.2). | 296.00 |

45

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 6/13/2011 | PSJ | 0.90 | Email correspondence with V. Lazar and M. Yokovich re document production from Albany Bank (.5); reviewed message from Albany Bank re production of checks (.1); conferred with Albany Bank representatives re same (.2); reviewed answer to Citation from Banco Popular (.1). | 333.00 |
| 6/14/2011 | VEL | 0.50 | Emails with G. Paloian re citation proceedings and Lakeshore (.2); reviewed bank statements and checks and analyzed same re involuntary requirements (.3). | 400.00 |
| 6/14/2011 | PSJ | 0.80 | Reviewed emails from V. Lazar and G. Paloian re enforcement of judgments against E. Rigatos and Lakeshore (.4); reviewed statements from Albany Bank (.2); conferred with representative from Albany Bank (.2). | 296.00 |
| 6/15/2011 | VEL | 0.40 | Telephone conference with R. Sukley re Lakeshore involuntary and trustee appointment, and follow-up email re same. | 320.00  -$32 |
| 6/15/2011 | VEL | 0.20 | Telephone conference with G. Paloian re follow-up analysis re Lakeshore involuntary requirements. | 160.00 |
| 6/15/2011 | PSJ | 0.60 | Conferred with P. Castaneda re Lakeshore Citations (.1); called and conferred with V. Lazar re Lakeshore creditors (.2); sent email L. Raiford and V. Lazar re same (.1); reviewed ECF emails (.1); reviewed email from G. Paloian re Finance 2000, All Points, O'Gara, and Lakeshore adversaries (.1). | 222.00 |
| 6/16/2011 | PSJ | 0.50 | Called representative from MB Financial re E. Rigatos bank statements (.1); drafted judgment lien for Lakeshore (.2); sent email to docketing re same (.1); conferred with D. Simons re same (.1). | 185.00 |
| 6/16/2011 | LSR | 0.30 | Drafted involuntary bankruptcy petition against Lakeshore Motors. | 130.50 |
| 6/17/2011 | PSJ | 0.20 | Email correspondence with D. Simons re filing of judgment lien against Lakeshore and certified judgment. | 74.00 |
| 6/20/2011 | PSJ | 0.10 | Reviewed email from V. Lazar re Lakeshore Involuntary Petition. | 37.00 |
| 6/20/2011 | VEL | 0.20 | Office conference with L. Raiford re updating involuntary petition, materials for same. | 160.00 |
| 6/20/2011 | VEL | 0.20 | Updated LakeShore petition and reviewed bank information. | 160.00 |

(7)

57

| Date | Tkpr | Hours | Description | Amount |
|---|---|---|---|---|
| 8/14/2011 | PSJ | 3.60 | Revised Preliminary Injunction Motion and Memorandum of Law in Support of Preliminary Injunction Motion re Lakeshore Involuntary Bankruptcy (1.7); conducted research re ▆▆▆ (1.9). | 1,332.00 |
| 8/15/2011 | PSJ | 0.90 | Called S. Luduzinsky re documents from E. Rigatos (.1); conducted additional research ▆▆▆ (.8). | 333.00 |
| 8/15/2011 | VEL | 0.20 | Telephone conference with G. Paloian re obligations in Lake Shore case. | 160.00 |
| 8/19/2011 | PSJ | 0.30 | Called and conferred with S. Laduzinksy re E. Rigatos' tax returns (.1); reviewed email from S. Laduzinsky re same (.2). | 111.00 |
| 8/22/2011 | PSJ | 0.20 | Email correspondence with V. Lazar re ▆▆▆ | 74.00 |
| ⑦ 8/22/2011 | VEL | 0.20 | Reviewed ▆▆▆ and telephone conference with P. Jacobs re same.   — $/6 | 160.00 |
| 8/22/2011 | PSJ | 0.20 | Called and conferred with V. Lazar re ▆▆▆ | 74.00 |
| 8/23/2011 | VEL | 0.20 | Email with G. Paloian re LakeShore lawsuit strategy. | 160.00 |
| 8/23/2011 | VEL | 0.20 | Office conference with P. Jacobs re ▆▆▆ | 160.00 |
| 8/23/2011 | VEL | 0.30 | Skimmed Rigatos, LakeShore returns and telephone conference with P. Jacobs re collection analysis. | 240.00 |
| 8/23/2011 | PSJ | 1.90 | Email correspondence re ▆▆▆ (1.1); conducted research re same (.5); conferred with S. Laduzinsky and V. Lazar re same (.3). | 703.00 |
| 8/24/2011 | PSJ | 0.10 | Email correspondence with G. Paloian re Citations to Albany Bank. | 37.00 |
| 8/26/2011 | VEL | 0.20 | Telephone conference with G. Paloian re LS schedules, preparation. | 160.00 |
| 8/30/2011 | PSJ | 1.70 | Reviewed message from G. Paloian re ▆▆▆ (.1); conferred with G. Paloian re same (.1); conducted research re same (.6); email correspondence with V. Lazar and G. Paloian re ▆▆▆ (.6); email correspondence with V. Lazar and J. McManus re addresses for ▆▆▆ (.3). | 629.00 |

63

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 9/29/2011 | PSJ | 0.10 | Email correspondence with G. Paloian re E. Rigatos Judgment Payoff. | 37.00 |
| 9/29/2011 | PSJ | 0.40 | Reviewed and organized Lakeshore and E. Rigatos files (.3); conferred with E. Espinoza re same (.1). | 148.00 |
| 10/4/2011 | PSJ | 0.10 | Reviewed message from Bankruptcy Court re Citation to Discover Assets to E. Rigatos. | 37.00 |
| 10/5/2011 | PSJ | 0.50 | Conferred with S. Laduzinsky and P. Castaneda re E. Rigatos Citation to Discover Assets (.3); email correspondence with V. Lazar re same (.2). | 185.00 |
| 10/10/2011 | VEL | 0.20 | Telephone conference with P. Jacobs re Rigatos judgment satisfaction, hearing continuance, lien. | 160.00 |
| 10/10/2011 | PSJ | 0.20 | Conferred with V. Lazar and S. Laduzinsky re E. Rigatos judgment payment. | 74.00 |
| 10/12/2011 | VEL | 0.20 | Emails with P. Jacobs re Rigatos delay in payment, response from counsel. | 160.00 |
| 10/12/2011 | PSJ | 0.20 | Conferred with P. Castaneda re changing status hearings for Citation to Discover Assets (.1); email correspondence with V. Lazar re E. Rigatos judgment payment (.1). | 74.00 |
| 10/18/2011 | PSJ | 1.70 | Drafted and revised letter to S. Laduzinsky re Citation to Discover Assets served on E. Rigatos and E. Rigatos judgment payment (.8); email correspondence with V. Lazar, C. Fernandez, and S. Laduzinky re same (.3); email correspondence with J. Sowka and V. Lazar re Complaint against E. Rigatos and B. Loumbardias (.5); conferred with V. Lazar re E. Rigatos judgment payment (.1). | 629.00 |
| 10/18/2011 | VEL | 0.40 | Emails with J. Sowka et al re Lakeshore complaint support (.2); ⑦ <u>reviewed letter re-noticing Rigatos and telephone conference with P. Jacobs re same.</u> | 320.00 |
| 10/19/2011 | PSJ | 1.40 | Conferred with V. Lazar and S. Laduzinsky re E. Rigatos judgment payment (.3); email correspondence with V. Lazar, G. Paloian, and S. Laduzinsky re same (.3); attended 341 meeting for Lakeshore Involuntary Bankruptcy (.8). | 518.00 |
| 10/19/2011 | VEL | 0.40 | Telephone conference with P. Jacobs re Rigatos re-noticed citation, email with G. Paloian re same (.2); emails with P. Jacobs, G. Paloian re 341 meeting and Newport asset (.2). | 320.00 |
| 10/24/2011 | VEL | 0.20 | Telephone conference with P. Jacobs re results of 341 meeting, G. Paloian instructions re M. Rigatos. | 160.00 |

*Handwritten annotation next to 10/18/2011 VEL entry:* -.2 x $800 x 0.1 = -$16

65

## EXHIBIT E
### Detailed Expense Listing

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/6/2011 | Pacer Charges; PACER SERVICE CENTER; 04/06/2011 | $3.20 |
| 5/12/2011 | Court Reporter Charge; JACKLEEN DEFINI; 05/12/2011 | $35.00 |
| 5/18/2011 | Certified Copy Fee; CLERK, U.S. BANKRUPTCY COURT; 05/18/2011 | $9.10 |
| 5/18/2011 | Recording Fee; COOK COUNTY RECORDER OF DEEDS; 05/18/2011 | $38.00 |
| 5/19/2011 | Recording Fee; COOK COUNTY RECORDER OF DEEDS; 05/19/2011 | $82.00 |
| 5/20/2011 | Certified Copy Fee; CLERK, U.S. BANKRUPTCY COURT; 05/20/2011 | $9.00 |
| 5/27/2011 | Printing Expense; FIFTH THIRD BANK LEGAL ENTRY; 05/27/2011 Accts: 7023920312; 5569260002704718; 5569260002704726; and 5569260002704742 | $60.30 |
| 5/27/2011 | Other -; FIFTH THIRD BANK LEGAL ENTRY; 05/27/2011 Bank Research re Subpoena Accts: 7023920312; 5569260002704718; 5569260002704726; and 5569260002704742 | $20.00 |
| 5/31/2011 | Certified Copy Fee; CLERK, U.S. BANKRUPTCY COURT; 05/31/2011 | $18.60 |
| 6/1/2011 | Outside Professional Services-Document Technologies Inc:55 Blow Back B&W 8.5x11 | $21.00 |
| 6/1/2011 | Recording Fee; COOK COUNTY RECORDER OF DEEDS; 06/01/2011 | $106.00 |
| 6/2/2011 | Special Messenger Service | $6.50 |
| 6/8/2011 | Outside Professional Services-Document Technologies Inc: Job # 369 Scanning Requested by Michael Matlock | $24.42 |
| 6/14/2011 | Photocopy Expense; ALBANY BANK; 06/14/2011 search for Records and copies of statements and checks | $25.00 |
| 6/14/2011 | Outside Professional Services; PNC BANK; 06/14/2011 Record Custodian (research, compilation, review) and copies | $157.00 |
| 6/17/2011 | In-City Transportation; PETTY CASH; 06/17/2011; P. Jacobs; roundtrip cab fare to court to attend hearings on 6/15/11 | $12.10 |
| 6/21/2011 | Certified Copy Fee; CLERK, U.S. BANKRUPTCY COURT; 06/21/2011 | $9.20 |
| 6/22/2011 | Certified Copy Fee; CLERK, U.S. BANKRUPTCY COURT; 06/22/2011 | $9.20 |
| 6/22/2011 | Certified Copy Fee; CLERK, U.S. BANKRUPTCY COURT; 06/22/2011 | $18.00 |
| 6/23/2011 | Certified Copy Fee; CLERK OF THE CIRCUIT COURT PORTER COUNTY; 06/23/2011 | $136.00 |
| 6/23/2011 | Certified Copy Fee; PORTER COUNTY RECORDER; 06/23/2011 | $17.00 |
| 6/23/2011 | UPS tracking# 1Z6134382593083551 Inv# 00000613438261 | $13.96 |
| 6/24/2011 | In-City Transportation; PETTY CASH; 06/24/2011 P. Jacobs 6/22/11 Reimbursement of Tapestry credit Card charge for procurement of title documents. | $5.95 |
| 6/24/2011 | Outside Professional Services-Document Technologies Inc: Job # 1014 Scanning Requested by Precious Jacobs | $46.08 |
| 6/24/2011 | Outside Professional Services-Document Technologies Inc: Job # 1018 Scanning Requested by Precious Jacobs | $12.30 |
| 6/24/2011 | Outside Professional Services-Document Technologies Inc: Job # 1014 Scanning Requested by Precious Jacobs | $46.08 |
| 6/24/2011 | Outside Professional Services-Document Technologies Inc: Job # 1018 Scanning Requested by Precious Jacobs | $12.30 |
| 6/30/2011 | Westlaw Research | $56.52 |

-$56.52

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/29/2011 | Photocopy | $1.80 |
| 7/31/2011 | Westlaw Research | — $38.40 |
| 7/31/2011 | Westlaw Research | — $23.05 |
| 7/31/2011 | Photocopy Expense; DOCUMENT TECHNOLOGIES - CHICAGO; 07/31/2011 | $438.90 |
| 8/1/2011 | Postage Nque | $1.28 |
| 8/1/2011 | Outside Professional Services-Document Technologies Inc: Job # 2420 CD/DVD Burning Requested by Kaija Hupila | $1.89 |
| 8/4/2011 | UPS tracking# 1Z6134380190892441  Inv# 00000613438321 | $6.34 |
| 8/4/2011 | UPS tracking# 1Z6134380191108420  Inv# 00000613438321 | $26.86 |
| 8/4/2011 | UPS tracking# 1Z6134380192311458  Inv# 00000613438321 | $6.34 |
| 8/6/2011 | Outside Professional Services-Document Technologies Inc: Job # 2683 Blow Back B&W 8.5x11 Requested by Kaija Hupila | $171.60 |
| 8/6/2011 | Outside Professional Services-Document Technologies Inc: Job # 2683 CD/DVD Burning Requested by Kaija Hupila | $.63 |
| 8/10/2011 | Photocopy | $1.40 |
| 8/10/2011 | In-City Transportation; PETTY CASH; 08/10/2011 V. Lazar 8/9/11 cab fare to court | $8.00 |
| 8/10/2011 | In-City Transportation; PETTY CASH; 08/10/2011 V. Lazar 8/2/11 cab fare to court | $7.00 |
| 8/12/2011 | In-City Transportation; UNITED DISPATCH AGENT; 08/12/2011; P. Jacobs 7/19/11 | $17.85 |
| 8/17/2011 | In-City Transportation; PETTY CASH; 08/17/2011 P. Jacobs 8/15/11 Round trip cab fare to court to attend hearing | $8.00 |
| 8/18/2011 | Photocopy | $2.60 |
| 8/18/2011 | Special Messenger Service | $19.79 |
| 8/31/2011 | Westlaw Research | — $57.24 |
| 8/31/2011 | Lexis Research | — $3.17 |
| 8/31/2011 | Westlaw Research | — $62.60 |
| 8/31/2011 | Westlaw Research | — $136.31 |
| 9/7/2011 | In-City Transportation; PETTY CASH; 09/07/2011 P. Jacobs 9/7/11 Roundtrip cab fare to court to attend hearing | $13.00 |
| 9/11/2011 | Special Messenger Service | $6.50 |
| 9/14/2011 | Photocopy | $1.10 |
| 9/15/2011 | Photocopy | $3.30 |
| 9/18/2011 | Special Messenger Service | $6.50 |
| 9/19/2011 | Recording Fee; COOK COUNTY RECORDER OF DEEDS; 09/19/2011 | $50.00 |
| 9/19/2011 | Recording Fee; PORTER COUNTY RECORDER OF DEEDS; 09/19/2011 | $14.00 |
| 9/30/2011 | Photocopy-NQue | $1.20 |
| 9/30/2011 | Outside Professional Services; BANK OF AMERICA; 09/30/2011 Copies of Statement Pages, Generalist Time, Postage | $66.70 |
| 9/30/2011 | Photocopy-NQue | $1.50 |
| 10/4/2011 | Pacer Charges; PACER SERVICE CENTER; 10/04/2011 | $22.08 |