**FILED**

**JUN 27 2012**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  )
        )
        )  Case No. 09 B 44943
CANOPY FINANCIAL, INC.,  )
        )
        )
        )  Chapter 7
Debtor.  )
        )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO JENNER & BLOCK LLP, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $43,487.50 | TOTAL COSTS REQUESTED: | $2,435.64 |
| TOTAL FEES REDUCED: | $526.80 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $42,960.70 | TOTAL COSTS ALLOWED: | $2,435.64 |

**TOTAL FEES AND COSTS ALLOWED: $45,396.34**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(7)  Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(13)  No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work prior to retention to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

Dated: June 27, 2012

_____
Eugene R. Wedoff
United States Bankruptcy Judge

LAW OFFICES

Page 1

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

FEE APPLICATIONS                                                                MATTER NUMBER- 10113

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 11/30/2011 | LSR | 2.20 | Drafted fifth interim fee application. | 957.00 |
| 12/1/2011 | LSR | 0.50 | Edited fifth fee application. | 217.50 |
| 12/2/2011 | VEL | 0.40 | Edited BIM for fee application. | 320.00 |
| 12/5/2011 | VEL | 1.00 | Edited fee application, prepared redactions for fee application, and email with G. Paloian re filing of same. | 800.00  −80.0 |
| 12/5/2011 | MHM | 3.50 | Worked on finalizing exhibits for fee application. | 980.00 |
| 12/6/2011 | VEL | 0.60 | Reviewed Canopy final draft, emailed edits, prepared redactions. | 480.00  −48.00 |
| 12/6/2011 | MHM | 2.40 | Drafted cover sheet for fifth fee application (.7); drafted proposed order for fifth fee application (.7); proofread fee application and communicated with accounting re approval to file (1.0). | 672.00  − $280.00 x 0.1 = −28.0 |
| 12/7/2011 | VEL | 0.40 | Reviewed notices, email with M. Matlock re finalizing same. | 320.00 |
| 12/7/2011 | MHM | 1.60 | Revised and proofread notice, draft order and fee application. | 448.00 |
| 12/7/2011 | MHM | 3.10 | Worked on e-filing and service of fee application. | 868.00 |
| 12/7/2011 | MXP | 3.90 | Worked on mailing of notice of hearing on Jenner & Block's fee application to service list. | 663.00 |
| 12/12/2011 | VEL | 0.20 | Email with A. Banas re factual question for Ridgestone preparation. | 160.00 |
| 12/12/2011 | MHM | 1.00 | Worked on revisions to Canopy service of fee application. | 280.00 |
| 12/12/2011 | MXP | 1.90 | Worked on mailing of notice of hearing on Jenner & Block's fee application to service list. | 323.00 |
| 12/12/2011 | AMY | 1.00 | Worked on mailing of notice of hearing on Jenner & Block's fee application to service list. | 170.00 |
| 12/27/2011 | MHM | 0.60 | Prepared, proofread and filed amended certificate of service for notice of hearing. | 168.00 |

Handwritten annotations: circled "7" marks next to rows for 12/5/2011 (VEL), 12/6/2011 (VEL), and 12/6/2011 (MHM).

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                        Federal Identification No. 36-2192554

LAW OFFICES

Page 4

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 1/23/2012 | VEL | 0.20 | Telephone conference with J. DeJonker re summary judgment motion in adversary proceedings. | 170.00 |
| 1/23/2012 | PSJ | 0.70 | Email correspondence with A. Banas and P. McGrath re custodian of records affidavit for Amcore or Harris Bank (.4); conferred with A. Banas re same (.2); reviewed emails from J. McManus re same (.1). | 308.00 |
| 1/24/2012 | PSJ | 0.30 | Email communications with J. McManus re recovery of judgments and conferred with V. Lazar re same (.2); reviewed emails from G. Paloian and V. Lazar re settlement agreement with M. Hamid and Just Great Seats (.1). | 132.00 |
| 1/25/2012 | VEL | 0.20 | Emails with A. Banas re enforcement of judgment against Kimberly Blackburn. | 170.00 |
| 2/17/2012 | VEL | 0.20 | Reviewed Banas sentencing, prepared team email re same. | 170.00 |
| 2/22/2012 | PSJ | 0.10 | Email correspondence re change in Canopy's bank accounts and settlement payments. | 44.00 |
| 2/26/2012 | PSJ | 0.20 | Sent emails to Finance 2000, O'Gara, and Marc Hamid's counsel re future settlement payments. | 88.00 |
| 3/13/2012 | PSJ | 0.30 | Email communications with J. McManus, and counsel for O'Gara Coach Company and Finance 2000 LLC re settlement payments. | 132.00 |
| 3/21/2012 | PSJ | 0.30 | Conferred with A. Banas re lawsuit against Coldwell Banker (.2); sent email to A. Banas re same (.1) | 132.00 |
| 4/2/2012 | PSJ | 0.30 | Email correspondence with R. Pinkston re Fifth Third Bank adversary. | 132.00 |
| 4/2/2012 | VEL | 0.80 | Conference call with Seyfarth team re [redacted] | 680.00 |
| ⑦ 4/3/2012 | VEL | 0.40 | Reviewed [redacted] and conference call with G. Paloian re [redacted] | 340.00  -34.00 |
| 4/18/2012 | PSJ | 0.60 | Conferred with A. Banas and R. Pinkston re Fifth Third adversary (.3); email correspondence with R. Pinkston re same (.3). | 264.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 10

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 2/13/2012 | VEL | 0.30 | Telephone conference with D. Greenwald re Powers settlement terms, ███ | 255.00 |
| 2/14/2012 | VEL | 0.30 | Follow-up emails with D. Greenwald re comments on Powers settlement agreement, ███ | 255.00 |
| 2/22/2012 | VEL | 0.20 | Telephone conference with G. Paloian re update on Powers settlement, GGV tolling. | 170.00 |
| 3/26/2012 | VEL | 0.30 | Reviewed press re Blackburn suicide, ███ | 255.00 −255.00 |
| | | 23.10 | PROFESSIONAL SERVICES | $14,949.50 |

⑬ (handwritten annotation next to 3/26/2012)

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 14

LAKESHORE MOTORS                                                      MATTER NUMBER- 10199

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 11/1/2011 | VEL | 0.20 | Emails with P. Jacobs re LS hearings, certified check issue. | 160.00 |
| 11/1/2011 | PSJ | 0.60 | Email correspondence with V. Lazar and G. Wesolowska re E. Rigatos judgment payment (.3); conferred with G. Wesolowska re same (.2); reviewed mail from G. Wesolowska re same (.1). | 222.00 |
| 11/9/2011 | VEL | 0.20 | Reviewed Rigatos foreclosure notice, email with P. Jacobs re same. | 160.00 |
| 11/9/2011 | PSJ | 0.60 | Email correspondence with V. Lazar re E. Rigatos foreclosure action (.3); conferred with lawyer for Wells Fargo Bank and E. Rigatos re same (.3). | 222.00 |
| 11/11/2011 | PSJ | 0.70 | Drafted and revised documents necessary to release judgment liens against E. Rigatos (.5); email correspondence with C. Fernandez re same (.2). | 259.00 |
| 11/14/2011 | PSJ | 1.20 | Revised and notarized documents to release judgment liens against E. Rigatos (.4); email correspondence with duplicating, M. Matlock, C. Fernandez, and V. Lazar re same (.5); conferred with M. Matlock, D. Simons, and J. Aguilar re same (.3). | 444.00 |
| 11/14/2011 | MHM | 0.50 | Reviewed and revised form of notice of filing (.2); telephone conferences with D. Simons and P. Simons re form of document for release of judgment (.3). | 140.00 |
| ⑦ 11/14/2011 | VEL | 0.20 | Reviewed judgment satisfaction and office conference with M. Matlock re same. | 160.00 − 16.00 |
| 11/16/2011 | PSJ | 0.30 | Reviewed message from Albany Bank re Lakeshore bank accounts (.1); called R. Pinkston re same (.1); email correspondence with R. Pinkston re same (.1). | 111.00 |
| 11/23/2011 | PSJ | 0.50 | Email communications with C. Fernandez re E. Rigatos foreclosure action (.2); drafted and revised letter re E. Rigatos foreclosure action (.3). | 185.00 |
| 11/30/2011 | PSJ | 0.10 | Email correspondence with V. Lazar re E. Rigatos Foreclosure Action. | 37.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                         Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 17

JUST GREAT SEATS                                                    MATTER NUMBER- 10229

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 11/2/2011 | PSJ | 0.40 | Email correspondence with G. Paloian and V. Lazar re settlement payment from M. Hamid (.3); conferred with J. Pollick re same (.1). | 148.00 |
| 11/3/2011 | PSJ | 0.30 | Email correspondence with G. Paloian re settlement payment from M. Hamid (.2); reviewed message from J. Pollick re same (.1). | 111.00 |
| 11/8/2011 | PSJ | 0.10 | Reviewed emails from J. McManus re M. Hamid settlement payment. | 37.00 |
| 11/15/2011 | PSJ | 0.40 | Email correspondence with J. McManus and G. Paloian re settlement payment from M. Hamid, reconciliation of same. | 148.00 −14.80 |
| 11/30/2011 | PSJ | 0.10 | Sent email to attorneys for M. Hamid and Just Great Seats re change of Canopy's banking institution and future settlement payments. | 37.00 |
| 1/24/2012 | VEL | 0.30 | Telephone conference with M. Phillips re Hamid payment delay, email to G. Paloian re same. | 255.00 −25.50 |
| 1/25/2012 | VEL | 0.20 | Reviewed Hamid proposal, forwarded same to G. Paloian with recommendation. | 170.00 |
| 2/6/2012 | VEL | 0.20 | Emails with M. Phillips re negotiation of update proposal. | 170.00 |
| 2/22/2012 | VEL | 0.30 | Email with M. Phillips re payment history, and telephone conference with G. Paloian re same and settlement/collection instructions. | 255.00 −25.50 |
| 2/24/2012 | VEL | 0.20 | Emails with M. Phillips re payment shortfall. | 170.00 |