UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP - 5 2012

| In re: | ) | |
|---|---|---|
| | ) | |
| | ) | Case No. 09 B 44943 |
| CANOPY FINANCIAL, INC., | ) | |
| | ) | |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO SNELL & WILMER L.L.P., ATTORNEYS FOR SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE GUS A. PALOIAN, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $17,546.00 | TOTAL COSTS REQUESTED: | $1,990.10 |
| TOTAL FEES REDUCED: | $820.00 | TOTAL COSTS REDUCED: | $132.50 |
| TOTAL FEES ALLOWED: | $16,726.00 | TOTAL COSTS ALLOWED: | $1,857.60 |

**TOTAL FEES AND COSTS ALLOWED: $18,583.60**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(3)     **Reimbursement Limited to Actual, Necessary Expenses**

The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C. §§ 330(a)(1)(B) & 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

(7)     **Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(11)    **Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re*

*Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

**(12)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: September 5, 2012

Eugene R. Wedoff
United States Bankruptcy Judge

## Snell & Wilmer
### L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

FEDERAL TAX ID NUMBER 86-0089731

*F E E S*

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

GUS A. PALOIAN, TRUSTEE
CANOPY FINANCIAL INC.
C/O SEYFARTH SHAW LLP
131 SOUTH DEARBORN STREET
SUITE 2400
CHICAGO, IL 60603-5577

INVOICE DATE: 6/7/2012
CLIENT ID: 61848    JSD

DUE UPON RECEIPT
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID (ABOVE) AND INCLUDE REMITTANCE COPY

---

### INVOICE SUMMARY

SUMMARY OF INVOICES RENDERED THROUGH: 05/31/12

| MATTER 61848 | FILE TITLE | INVOICE | FEES | COSTS | TOTAL |
|---|---|---|---|---|---|
| 0001 | NEVADA COLLECTION EFFORTS | 1425075 | 11720.00 | 1869.10 | 13589.10 |
| | | TOTAL CURRENT: | 11720.00 | 1869.10 | 13589.10 |
| | | | | BALANCE FORWARD: | 3360.77 |
| | | | | TOTAL DUE: | 16949.87 |

**Snell & Wilmer**
L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

FEDERAL TAX ID NUMBER 86-0089731

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

GUS A. PALOIAN, TRUSTEE
CANOPY FINANCIAL INC.
C/O SEYFARTH SHAW LLP
131 SOUTH DEARBORN STREET
SUITE 2400
CHICAGO, IL 60603-5577

INVOICE DATE: 5/8/2012
CLIENT ID: 61848   JSD

DUE UPON RECEIPT
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE REMITTANCE COPY

---

MATTER: 61848.0001 JSD - NEVADA COLLECTION EFFORTS
INVOICE NUMBER: 1415927

ATTORNEY SERVICES RENDERED THROUGH 04/30/12:

| | | DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JSD | READ AND REVIEW DECLARATION IN SUPPORT OF MOTION TO EMPLOY SNELL & WILMER AND PROPOSED ORDER | 03/13/12 | 0.20 | 450.0 | 90.00 |
| JSD | READ AND ANLYZE BK ORDER GRANTING APPOINTMENT AND EMAIL A BANAS AT SEYFARTH RE CAN BEGIN | 04/12/12 | 0.20 | 0.0 | NO CHRGE* |
| JSD | REVIEW COMPLAINT AND MOTION AND JUDGMENT PRIOR TO CALL WITH A BANAS AT SEYFARTH SHAW RE FIRST STEPS TO COLLECT AND TELEPHONE CALL WITH A BANAS TO DISCUSS FIRST STEPS | 04/13/12 | 0.30 | 450.0 | 135.00 |
| JSD | OUTLINE INITIAL STEPS FOR DOMESTICATION OF THE JUDGMENT AND EXECUTION UPON BUDDAH ENTERTAINMENT | 04/16/12 | 0.40 | 450.0 | 180.00 |
| KOR | RESEARCH PROCEDURE OF ENFORCING A JUDGMENT IN THE UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA IN PREPARATION OF FILING A WRIT OF EXECUTION TO DO THE SAME PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE; PREPARE FOR AND ATTEND CONF. WITH J. DELIKANAKIS TO PLAN STEPS NECESSARY TO REGISTER FORIEGN JUDGMENT IN U.S. BANKRUPTCY COURT, DISTRICT OF NEVADA; REVIEW CORRESPONDENCE AND PRIOR BANKRUPTCY FILINGS FROM UNITED STATES DISTRICT COURT, N. DISTRICT OF ILLINOIS TO GET CAUGHT UP TO SPEED ON STATUS OF CASE | 04/16/12 | 0.70 | 200.0 | 140.00  —14.00 |
| KOR | DETERMINE PROCEDURE TO DOMESTICATE FOREIGN JUDGMENT IN BANKRUPTCY DISTRICT COURT; DRAFT CERTIFICATION OF REGISTRATION OF JUDGMENT IN ANOTHER DISTRICT | 04/18/12 | 0.30 | 200.0 | 60.00 |
| KOR | PHONE CONF. WITH CLERK OF UNITED STATES BANKRUPTCY COURT TO CONFIRM PROCEDURE TO OBTAIN WRIT OF EXECUTION FOR N. DISTRICT OF ILLINOIS JUDGMENT; PHONE CONF. WITH CLERK OF COURT TO CONFIRM PROCEDURE TO FILE CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT; FURTHER DRAFT CERTIFICATE TO REGISTER JUDGMENT IN ANOTHER COURT BEFORE MAILING TO NORTHERN DISTRICT OF ILLINOIS FOR REGISTRATION; CONF. WITH J. DELIKANAKIS TO DISCUSS PROCEDURE TO PROCURE CERTIFIED COPY OF ORDER FROM NORTHERN DISTRICT OF ILLINOIS AND TO PROCURE EXECUTION OF CLERK OF COURT ON CERTIFICATE OF REGISTRATION OF JUDGMENT | 04/19/12 | 1.10 | 200.0 | 220.00  —22.00 |

FEDERAL TAX ID NUMBER 86-0089731

**Snell & Wilmer**
L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

GUS A. PALOIAN, TRUSTEE

INVOICE DATE: 6/7/2012
CLIENT ID: 61848   JSD

61848.0001 - (Cont.)
Page 2

DUE UPON RECEIPT
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE REMITTANCE COPY

|     |     |     |     |     |     |
|-----|-----|-----|-----|-----|-----|
|     | CAN EXECUTE TONIGHT; TELEPHONE CALL FROM B OLSON BANKRUPTCY COUSNEL FOR B E RE SEEKS STIPULATION TO HEAR MOTION TO STAY ON AN OST; DRAFT EMAIL TO A BANAS RE REQUEST FROM BE BANKRUPTCY COUNSEL RE ORDER SHORTENING TIME; CHECK WITH MARSHALL RE EXECUTION; DRAFT EMAIL TO B OLSON COUNSEL FOR JUDGMENT DEBTOR RE WILL NOT AGREE TO AN EXPEDITED HEARING |     |     |     |     |
| KOR | PREPARE EXECUTION DOCUMENTS FOR FILING (0.2); PHONE CONF. WITH CLERK OF BANKRUPTCY COURT TO ESTIMATE TIME OF RECEIVING WRIT OF EXECUTION BACK AFTER SUBMISSION (0.2); RECALCULATE INTEREST ON WRIT OF EXECUTION AND AFFIDAVIT IN SUPPORT; TRAVEL TO BANKRUPTCY COURT TO GET WRIT OF EXECUTION CERTIFIED BY BANKRUPTCY COURT OF COURT; PREPARE AND FILE WRIT OF EXECUTION, NOTICE OF EXECUTION, AND AFFIDAVIT REQUESTING WRIT OF EXECUTION | 05/07/12 | 2.10 | 200.0 | 420.00 |
| KOR | DELIVER COURTESY COPIES OF FILED WRIT DOCUMENTS TO UNITED STATES BANKRUPTCY COURT TO SPEED ALONG ISSUANCE OF WRIT (NO CHARGE); CONFIRM WITH UNITED STATES BANKRUPTCY COURT CLERK THAT SHE RECEIVED THE COURTESY COPY OF WRIT APPLICATION AND THAT IT HAS BEEN ISSUED (0.2); MAKE ARRANGEMENTS TO PICK UP CERTIFIED WRIT (0.1) | 05/08/12 | 0.30 | 200.0 | 60.00 |
| JSD | READ AND ANALYZE ALL MOVING PAPERS FILED BY TAO IN NEVADA AND ILLINOIS AND HAVE A CONFERENCE CALL WITH A BANAS COUNSEL FOR TRUSTEE IN CHICAGO ANALYZING SAME AND OUTLINE STRATEGY GOING FORWARD; TELEPHONE CALL FROM BK CLERKS OFFICE IN NEVADA RE HEARING ON MOTION TO STAY SET FOR THE 16TH; CALL FROM B OLSON AT GT RE IS ASKING FOR A STAY OF EXECUTION UNTIL COURT RULES ON STAY RE DENIED; READ AND NANALYZE SUPPLEMENT TO MOTION TO STAY ENFORCEMENT | 05/09/12 | 1.50 | 450.0 | 675.00 |
| JSD | TELEPHONE CALL TO US MARSHALLS OFFICES RE WANTS JUDGE'S SIGNATURE; TELEPHONE CALL FROM BOB OLSON COUNSEL FOR BUDDHA RE OFFER TO PLACE MONEY IN CLIENT TRUST ACCOUNT; TELEPHONE CALL TO A BANAS RE OFFER FROM BUDDHA RE PLACE MONEY IN CLIENT TRUST ACCOUNT; | 05/10/12 | 1.40 | 450.0 | 630.00 |

*handwritten annotations: "-67.50" and "7" in margin*

FEDERAL TAX ID NUMBER 86-0089731

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

GUS A. PALOIAN, TRUSTEE
CANOPY FINANCIAL INC.
C/O SEYFARTH SHAW LLP
131 SOUTH DEARBORN STREET
SUITE 2400
CHICAGO, IL 60603-5577

INVOICE DATE: 7/12/2012
CLIENT ID: 61848

DUE UPON RECEIPT
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE REMITTANCE COPY

MATTER: 61848.0001 JSD  - NEVADA COLLECTION EFFORTS
INVOICE NUMBER: 1435005

ATTORNEY SERVICES RENDERED THROUGH 06/30/12:

| | | DATE | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|---|
| KOR | PREPARE FOR AND ATTEND CONF. WITH J. DELIKANAKIS RE STATUS OF CASE AND RECENT FILING OF MOTION TO STAY IN CASE AS WELL AS NOTICE OF APPEAL IN ILLINOIS CASE | 06/01/12 | 0.20 | 200.0 | 40.00 | |
| JSD | DRAFT EMAIL TO G PALOIAN AND J SWOKA RE MOTION TO STAY FILED AND READ EMAIL FROM J SWOKA RE APPEAL FILED IN CHICAGO; DRAFT EMAIL TO CLIENTS RE OUTLINE BEST ARGUMENTS FOR OPPOSITION TO MOTION TO STAY | 06/04/12 | 0.50 | 450.0 | 225.00 | — 22.50 |
| JSD | OUTLINE ADDIITONAL POINTS FOR OPPOSITION TO STAY MOTION FILED IN NEVADA | 06/05/12 | 0.20 | 450.0 | 90.00 | |
| KOR | PREPARE FOR AND ATTEND CONF. WITH J. DELIKANAKIS TO STRATEGIZE AND PLAN DIRECTION OF OPPOSITION TO TAO'S MOTION FOR STAY | 06/05/12 | 0.20 | 0.0 | NO CHRGE* | |
| JSD | EDIT AND SUPPLEMENT OPPOSITION TO MOTION TO STAY AND SEND TO CLIENTS FOR REVIEW AND COMMENT; READ AND RESPOND TO VARIOUS EMAILS TO AND FROM G PALOIAN AND J SWOKA RE EDITS TO OPPOSITION; RECEIVE AND READ EMAIL FROM E RALPH RE RESEACRH ON WHERE APPEAL BOND NEEDS TO BE PLACED | 06/07/12 | 2.50 | 450.0 | 1125.00 | — 112.50 |
| KOR | RESEARCH TIME TO RESPOND TO MOTION IN BANKRUPTCY COURT TO DETERMINE DATE OPPOSITION IS DUE TO BUDDHA'S MOTION TO STAY PROCEEDINGS | 06/07/12 | 0.10 | 200.0 | 20.00 | |
| JSD | RECEIVE AND READ J SWOKAS COMMENTS AND EDITS TO OPPOSITION MAKE EDITS AND EXECUTE FOR FILING; VARIOUS EMAILS WITH C HARNEY AT SEYFARTH RE OWNERSHIP OF TRYST NIGHTCLUB AT WYNN | 06/08/12 | 0.80 | 281.3 | 225.00 | — 22.50 |
| JSD | RECEIVE READ AND RESPOND TO EMAIL FROM G PALOIAN RE ILLINOIS BK ORDER RE GRANT OF STAY; TELEPHONE CALL TO B OLSON AT GT COUNSEL TO TAO RE STIPULATED ORDER TO VACATE JULY 10 HEARING IN LIGHT OF ILLINOIS ORDER | 06/19/12 | 0.40 | 450.0 | 180.00 | —18.00 |
| JSD | RECEIVE AND READ EMAIL FROM J SWOKA RE ORDER FROM ILLINOIS BK COURT RE STAY GRANTED | 06/20/12 | 0.20 | 450.0 | 90.00 | |
| JSD | RECEIVE EMAIL FROM J SWOKA RE PROPOSED REVISIONS AND INCORRPORATE INTO DRAFT STIPULATION AND FORWARD TO TAOS COUNSEL; RECEIVE READ AND RESPOND TO EMAIL FROM B OLSON COUNSEL FOR TAO IN NEVADA RE OK TO | 06/21/12 | 0.40 | 450.0 | 180.00 | —18.00 |

Handwritten annotations in left margin: 7, 7, 7, 7

FEDERAL TAX ID NUMBER 86-0089731

**Snell & Wilmer**
L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

GUS A. PALOIAN, TRUSTEE

INVOICE DATE: 6/7/2012
CLIENT ID: 61848    JSD

61848.0001 - (Cont.)
Page 3

DUE UPON RECEIPT
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE REMITTANCE COPY

| | | | | | |
|---|---|---|---|---|---|
| | VARIOUS CALLS AND EMAILS TO AND FROM THE US MARSHALLS SERVICE THE CONSTABLES OFFICE AND THE BANKRUPTCY COURT CLERK RE EXECUTION OF THE JUDGMENT; PHONE CALL FROM LAS VEGAS CONSTABLES OFFICE RE OK TO GO ON SATURDAY; TELEPHONE CALL TO THE LAS VEGAS CONSTABLES OFFICE RE EXECUTION | | | | |
| JSD | RECEIVE AND READ NOTICE OF HEARING ON AN ORDER SHORTENING TIME AND FORWARD TO A BANAS WITH COMMENTS; TELEPHONE CALL AND EMAIL EXCHANGE WITH A BANAS RE OPPOSITION TO MOTION TO STAY; DRAFT EMAIL TO A BANAS RE READY TO EXECUTE ON SATURDAY | 05/11/12 | 0.60 | 450.0 | 270.00 |
| JSD | PREPARE AND DRAFT OPPOSITION TO MOTION FOR STAY INCLUDING VARIOUS TELEPHONE CALLS WITH THE LAS VEGAS CONSTANBLES OFFICES | 05/14/12 | 6.50 | 450.0 | 2925.00 |
| JSD | TELEPHONE CALL WITH J SOWKA RE OPPOSITION TO THE MOTIONS IN CHICAGO AND OUTLINE ADDITIONAL ARGUMENTS FOR TODAYS HEARING IN NEVADA; CONFERENCE CALL WITH J SOWKA AND TRUSTEE RE DISCUSS REPLY AND OFFER TO POST BOND; READ AND ANALYZE REPLY BRIEFS AND OUTLINE ORAL ARGUMENT AND PREPARE FOR ORAL ARGUMENT AND TRAVEL TO COURT ARGUE AND RETURN AND DRAFT EMAIL TO CLIENTS WITH RESULTS; REVIEW DRAFT ORDER DRAFTED BY TAO CO8USNEL AND FORWARD TO J SOWKA AND TELEPHONE CALL FROM J SOWKA RE ORDER OK | 05/16/12 | 4.60 | 450.0 | 2070.00 |
| KOR | PHONE CONF. WITH BANKRUPTCY COURT CLERK COURT TO DETERMINE WHETHER ORDER WAS SUBMITTED BY OPPOSING COUNSEL AND PHONE CONF. WITH CONSTABLE TO DETERMINE PROCEDURE TO CLAIM FUNDS LEVIED | 05/17/12 | 0.30 | 200.0 | 60.00 |
| JSD | RECEIVE AND READ EMAL FORM G PALOIAN RE MOTION TO VACATE DENIED AND NEXT STEPS AND DRAFT RESPONSE; READ EMAIL FROM G PALOIAN RE DEMAND STIPULATION AND DRAFT EMAIL TO B OLSON AT TAO MAKING DEMAND; TELEPHONE CALL FROM B OLSON COUNSEL FOR TAO RE WILL HAVE ANSWER RE APPEAL IN THE NEXT FEW DAYS; RECEIVE AND READ EMAILS FROM G PALOIAN AND TELEPHONE CALL TO HIM RE NEXT STEPS AND ALSO CHECK COURT ORDER IN NEVADA; TELEPHONE CALL FROM G PALOIAN RE HOW LONG TO WAIT BEFORE ASKING COURT TO RELEASE FUNDS HELD IN BOND | 05/22/12 | 1.10 | 450.0 | 495.00 |

*Handwritten annotations: -27.00, -207.00, 49.50*

**Snell & Wilmer**
L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

FEDERAL TAX ID NUMBER 86-0089731

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

GUS A. PALOIAN, TRUSTEE

INVOICE DATE: 5/8/2012
CLIENT ID: 61848    JSD

61848.0001 - (Cont.)
Page 2

DUE UPON RECEIPT
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE REMITTANCE COPY

| | | | | | |
|---|---|---|---|---|---|
| KOR | IN ANOTHER COURT DRAFT LETTER TO N. DISTRICT OF ILLINOIS BANKRUPTCY CLERK REQUESTING A CERTIFIED COPY OF THE ORDER AND TO EXECUTE THE CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT; PHONE CONF. WITH CLERK OF N. DISTRICT OF ILLINOIS TO INQUIRE HOW TO PROCURE A CERTIFIED COPY OF THE ORDER GRANTING DEFAULT JUDGMENT AGAINST BUDDHA ENTERTAINEMENT, LLC; DRAFT JUDGMENT ON ARBITRATION AWARD PURSUANT TO NAR 19 (0.5); REVISE AND REVIEW THE SAME (0.2); PREPARE FOR FILING (0.1); CONFIRM DOCUMENT NUMBER TO INCLUDE IN REQUEST FOR CONFIRMATION FROM N. DISTRICT OF ILLINOIS | 04/20/12 | 1.50 | 200.0 | 300.00 |
| JSD | CONFER WITH PARALEGAL RE GET DBAS FOR BUDDHA ENTERTAINMENT LLC | 04/23/12 | 0.20 | 450.0 | 90.00 |
| JSD | REVIEW RESULTS OF THE DBA SEARCH FOR GARNISHMENT | 04/24/12 | 0.20 | 450.0 | 90.00 |
| KOR | PREPARE FOR AND ATTEND MEETING WITH J. DELIKANAKIS TO PLAN NEXT STEPS TO DOMESTICATE JUDGMENT IN UNITED STATES BANKRUPTCY COURT FOR DISTRICT OF NEVADA AFTER RECEIVING CERTIFICATON OF JUDGMENT FROM UNITED STATES DISTRICT COURT FOR NORTHERN ILLINOIS; DRAFT WRIT OF EXECUTION; DRAFT MOTION FOR WRIT OF EXECUTION; DRAFT DELIKANAKIS AFFIDAVIT AND REQUEST FOR WRIT OF EXECUTION | 04/24/12 | 3.90 | 200.0 | 780.00 |
| KOR | CONFIRM WITH N. DISTRICT OF ILLINOIS BANKRUPTCY COURT THAT THEY FORWARDED A CERTIFIED COPY OF THE JUDGMENT TO THE OFFICE | 04/25/12 | 0.20 | 200.0 | 40.00 |
| JSD | CHECK ON STATUS OF THE MARSHAL FORMS | 04/26/12 | 0.30 | 450.0 | 135.00 |
| KOR | CONFIRM WITH DISTRICT COURT THE PROCESS TO PROCURE WRIT OF EXECUTION ONCE THE CERTIFIED COPY OF JUDGMENT IS PROCURED (0.1); CORRESPOND WITH TEAM ABOUT FINDINGS IN ORDER TO PROCURE WRIT OF EXECUTION (0.1) | 04/26/12 | 0.20 | 200.0 | 40.00 |
| JSD | CHECK ON STATUS OF THE NV BK JUDGMENT REGISTRATION | 04/27/12 | 0.20 | 450.0 | 90.00 |
| KOR | DRAFT LETTER TO DISTRICT OF NEVADA BANKRUPTCY COURT TO OPEN NEW CASE WITH CERTIFIED COPY OF REGISTRATION OF NEW JUDGMENT | 04/27/12 | 0.20 | 200.0 | 40.00 |
| KOR | DRAFT WRIT OF GARNISHMENT IN AID OF EXECUTION FOR MARSHAL TO ATTACH FUNDS OF TAO NIGHTCLUB; RESEARCH THE NOTICE REQUIREMENTS OF STATE | 04/28/12 | 1.20 | 200.0 | 240.00 |

*Handwritten annotations: "−30." next to the 04/20/12 entry; "−78.°°" next to the 04/24/12 KOR entry.*

FEDERAL TAX ID NUMBER 86-0089731

**Snell & Wilmer**
L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

GUS A. PALOIAN, TRUSTEE
CANOPY FINANCIAL INC.
C/O SEYFARTH SHAW LLP
131 SOUTH DEARBORN STREET
SUITE 2400
CHICAGO, IL 60603-5577

INVOICE DATE: 6/7/2012
CLIENT ID: 61848    JSD

DUE UPON RECEIPT
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID (ABOVE) AND INCLUDE REMITTANCE COPY

MATTER: 61848.0001 JSD – NEVADA COLLECTION EFFORTS
INVOICE NUMBER: 1425075

ATTORNEY SERVICES RENDERED THROUGH 05/31/12:

| | | DATE | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|---|
| JSD | OUTLINE LETTER TO L DORN THE GC FOR TAO RE DEMAND LETTER; TELEPHONE CALL TO L DORN RE DEMAND TO SATISY JUDGMENT; SUPPLEMENT AND EDIT DEMAND LETTER TO TAO GENERAL COUNSEL | 05/01/12 | 0.70 | 450.0 | 315.00 | |
| KOR | CONF. WITH L. COOPER TO DISCUSS REQUIREMENTS OF MARSHALL AND PROCUREMENT OF NECESSARY FEES TO EXECUTE WRIT OF EXECUTION AND GARNISHMENT; REVIEW DOCUMENTS USED TO CONSTRUCT LETTER TO L. DORN RE OUR INTENT TO SEEK GARNISHMENT RELIEF; COMPILE EXHIBITS FOR LETTER TO L. DORN RE OUR INTENT TO SEEK GARNISHMENT RELIEF; UPDATE GARNISHMENT DOCUMENTS WITH INTEREST NUMBERS; DRAFT LETTER TO L. DORN SUMMARIZING ALL FILINGS IN UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION AND DISTRICT OF NEVADA PROVING PLAINTIFF'S RIGHT TO ENFORCE $81,500 JUDGMENT AGAINST BUDDHA AND REQUESTING BUDDHA PAY BEFORE WE LEVY AGAINST DEFENDANT; CONF. WITH J. DELIKANKIS TO REVIEW LETTER AND DISCUSS REVISIONS; INPUT REVISIONS TO LETTER TO L. DORN RE OUR INTENT TO SEEK GARNISHMENT RELIEF PURSUANT TO CONF. WITH J. DELIKANAKIS AND PREPARE FOR FILING | 05/01/12 | 3.20 | 200.0 | 640.00 | −64.00 |
| JSD | EMAIL FROM L DORN RE CONFIRMING RECEIPT OF DEMAND | 05/02/12 | 0.20 | 450.0 | 90.00 | |
| JSD | TELEPHONE CALL FROM M FERRARIO OUTSIDE COUNSEL FOR BUDDAH ENETRTAINMENT RE RETENTION AND DISCUSS BASIC FACTS; TELEPHONE CALL TO A BANAS RE BUDDAH RETAINED OUTSIDE COUNSEL AND DISCUSS STRATEGY GOING FORWARD; RECEIVE EMAIL FROM L DORN RE GENERAL COUNSEL FOR TAO RE MORE TIME TO REVIEW COMPLAINT | 05/04/12 | 0.70 | 450.0 | 315.00 | |
| JSD | RECEIVE AND RESPOND TO EMAIL FROM A BANAS RE SETTLEMENT OFFER BY THE TRUSTEE; DRAFT LETTER TO OUTSIDE COUSNEL FOR BUDDHA ENTERTAINMENT WITH SETTLEMENT OFFER; CONFER WITH PARALEGAL RE MAKE SURE MARSHAL | 05/07/12 | 1.50 | 450.0 | 675.00 | −67.50 |

## Snell & Wilmer
### L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

FEDERAL TAX ID NUMBER 86-0089731

GUS A. PALOIAN, TRUSTEE

61848.0001 - (Cont.)
Page 4

*[handwritten: EXPENSE]*

INVOICE DATE: 5/8/2012
CLIENT ID: 61848    JSD

**DUE UPON RECEIPT**
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE REMITTANCE COPY

```
COSTS ADVANCED:
 9120  DOCUMENT TRANSMITTAL - FE        11.17
 9160  PHOTOCOPY                         1.00
 9175  LEXIS RESEARCH                   90.00
 9444  PAID BY LAS VEGAS OFFICE,        11.50
 9600  SCANNING                          1.10

       TOTAL ---------------------     114.77
```

*[handwritten annotations: -90 Lexis = overhead; -1.10 Scanning = clerical; circled "11" and "D"]*

THIS STATEMENT MAY NOT INCLUDE CHARGES FOR TELEPHONE CALLS
OR OTHER EXPENSES INCURRED DURING THE PERIOD COVERED BY THIS
BILLING BUT NOT YET RECEIVED BY THIS OFFICE.

## Snell & Wilmer
### L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

FEDERAL TAX ID NUMBER 86-0089731

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

GUS A. PALOIAN, TRUSTEE

INVOICE DATE: 5/8/2012
CLIENT ID: 61848      JSD

61848.0001 - (Cont.)
Page 3

DUE UPON RECEIPT
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE REMITTANCE COPY

```
             OF NEVADA TO BE INCLUDED IN NOTICE OF
             EXECUTION;
             DRAFT NOTICE OF EXECUTION AND ATTACHMENT TO
             BE SERVED UPON DEFENDANT BUDDA
             ENTERTAINMENT LLC
 KOR         REVISE AND REVIEW WRIT OF GARNISHMENT;        04/30/12  0.60 200.0    120.00
             REVISE AND REVIEW NOTICE OF EXECUTION;
             CONF. WITH L. COOPER TO PLAN EXECUTION AND
             PROCUREMENT OF DOCUMENTS REQUIRED TO
             FORWARD TO US MARSHAL'S OFFICE TO ENFORCE
             WRIT OF EXECUTION
                                                                      ---------
             ATTORNEY SERVICES:                                   11.90   $2790.00

PARA-PROFESSIONAL SERVICES RENDERED THROUGH 04/30/12:
 JSE         RESPOND TO J. DELIKANAKIS RE RESEARCH ON     04/24/12  2.40 190.0    456.00
             BUDDHA ENTERTAINMENT, LLC AND CORPORATION
             AND FICTITIOUS FIRM NAMES REGISTERED IN
             NEVADA AND UNITED STATES
                                                                      ---------
             PARA-PROFESSIONAL SERVICES:                            2.40   $456.00
                                                                      ---------
             TOTAL ALL SERVICES:                                   14.30   $3246.00

COSTS ADVANCED THROUGH 04/30/12:
9444  PAID BY LAS VEGAS OFFICE, COPIES TO US             04/26/12                 11.50
      BANKRUPTCY COURT
9120  DOCUMENT TRANSMITTAL - FEDERAL EXPRESS             04/30/12                 11.17
9160  PHOTOCOPY                                          04/30/12   5  0.20        1.00
9175  LEXIS RESEARCH                                     04/30/12  18  5.00       90.00
9600  SCANNING                                           04/30/12  11  0.10        1.10
                                                                               ---------
      TOTAL COSTS ADVANCED:                                                    $114.77
                                                                               ---------
      TOTAL CURRENT:                                                           $3360.77

      TOTAL DUE:                                                               $3360.77
                                                                               =========

TIME SUMMARY:
-------------
INIT   ATTORNEY                HOURS    RATE     AMOUNT
 JSD   JOHN S. DELIKANAKIS      2.00   405.00     810.00
 KOR   KARL O. RILEY            9.90   200.00   1,980.00
       TOTAL ATTORNEY          11.90            2,790.00

INIT   PARA-PROFESSIONAL       HOURS    RATE     AMOUNT
 JSE   JENNIFER J. SMITH        2.40   190.00     456.00
       TOTAL PARA-PROFESSIONAL  2.40              456.00

       TOTAL ---------------   14.30            3,246.00
```

*[Handwritten annotation: Photocopy @ 10¢ — .50¢]*

FEDERAL TAX ID NUMBER 86-0089731

**Snell & Wilmer**
L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

GUS A. PALOIAN, TRUSTEE

INVOICE DATE: 6/7/2012
CLIENT ID: 61848    JSD

61848.0001 - (Cont.)
Page 5

DUE UPON RECEIPT
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE REMITTANCE COPY

| | | | | | |
|---|---|---|---|---|---|
| LYC | JUDGMENT COLLECTION RE WEEKEND TILL TAP ON TAO NIGHTCLUB AND ISSUES WITH COLLECTED MONEY PREPARE A HEARING BINDER FOR J. DELIKANAKIS IN PREPARATION FOR UPCOMING HEARING RE MOTION TO STAY | 05/15/12 | 1.20 | 180.0 | 216.00 |
| | PARA-PROFESSIONAL SERVICES: | | 7.60 | | $1225.00 |
| | TOTAL ALL SERVICES: | | 34.20 | | $11720.00 |

COSTS ADVANCED THROUGH 05/31/12:
| | | | | | |
|---|---|---|---|---|---|
| 9259 | CORPORATE SERVICES PAID CSC | 04/25/12 | | | 170.00 |
| 9444 | PAID BY LAS VEGAS OFFICE, FILING FEE TO US BANKRUPTCY COURT | 04/30/12 | | | 46.00 |
| 9654 | RUNNER EXPENSES PAID G. PETERS | 05/04/12 | | | 5.55 |
| 9019 | SECURITY PAID LAS VEGAS CONSTABLE'S OFFICE | 05/16/12 | | | 1562.50 |
| 9444 | PAID BY LAS VEGAS OFFICE, SERVICE OF PROCESS TO LAS VEGAS CONSTABLE | 05/31/12 | | | 17.00 |
| 9151 | MESSENGER - OUTSIDE SERVICE | 05/31/12 | | | 23.45 |
| 9160 | PHOTOCOPY | 05/31/12 | 30 | 0.20 | 6.00 |
| 9600 | SCANNING | 05/31/12 | 34 | 0.10 | 3.40 |
| 9700 | PRINTING | 05/31/12 | 7 | 0.10 | 0.70 |

TOTAL COSTS ADVANCED:    $1869.10

TOTAL CURRENT:    $13589.10

BALANCE FORWARD:    $3360.77
(PORTION OF BALANCE FORWARD 'PAST DUE-  $3,360.77)

TOTAL DUE:    $16949.87

TRUST BALANCE REMAINING: $66,083.16

TIME SUMMARY:

| INIT | ATTORNEY | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| JSD | JOHN S. DELIKANAKIS | 20.70 | 450.00 | 9,315.00 |
| KOR | KARL O. RILEY | 5.90 | 200.00 | 1,180.00 |
| | TOTAL ATTORNEY | 26.60 | | 10,495.00 |

| INIT | PARA-PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| LYC | LYNSE K. COOPER | 5.00 | 180.00 | 900.00 |
| RDC | RENEE D. CARREAU | 0.40 | 125.00 | 50.00 |
| SDW | SARA DEWYZE | 2.20 | 125.00 | 275.00 |
| | TOTAL PARA-PROFESSIONAL | 7.60 | | 1,225.00 |
| | TOTAL | 34.20 | | 11,720.00 |

*Handwritten annotations: "-3.00", "3.70", "3)", "2)", "12"*

## Snell & Wilmer
### L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

FEDERAL TAX ID NUMBER 86-0089731

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

GUS A. PALOIAN, TRUSTEE

INVOICE DATE: 6/7/2012
CLIENT ID: 61848    JSD

61848.0001 - (Cont.)
Page 6

DUE UPON RECEIPT
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE REMITTANCE COPY

```
COSTS ADVANCED:
 9019 OTHER                          1,562.50
 9151 MESSENGER - OUTSIDE SERVI         23.45
 9160 PHOTOCOPY                          6.00
 9259 CORPORATE SERVICES PAID C        170.00
 9444 PAID BY LAS VEGAS OFFICE,         63.00
 9500 FAX CHARGES                       34.50
 9600 SCANNING                           3.40
 9654 RUNNER EXPENSES PAID G. P          5.55
 9700 PRINTING                           0.70

      TOTAL --------------------   1,869.10
```

(handwritten: ③  -34.50)

THIS STATEMENT MAY NOT INCLUDE CHARGES FOR TELEPHONE CALLS
OR OTHER EXPENSES INCURRED DURING THE PERIOD COVERED BY THIS
BILLING BUT NOT YET RECEIVED BY THIS OFFICE.