UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 09 B 44943 |
| Canopy Financial, Inc. | ) | |
| | ) | |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO SPERLING & SLATER P.C., ATTORNEYS FOR GUS A. PALOIAN, FOR ALLOWANCE AND PAYMENT OF <u>INTERIM</u> COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $268,680.12 | TOTAL COSTS REQUESTED: | $32,326.14 |
| TOTAL FEES REDUCED: | $0.00 | TOTAL COSTS REDUCED: | $254.20 |
| TOTAL FEES ALLOWED: | $268,680.12 | TOTAL COSTS ALLOWED: | $32,071.94 |

**TOTAL FEES AND COSTS ALLOWED: $300,752.06**

The attached and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(3)     **Reimbursement Limited to Actual, Necessary Expenses**

The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C. §§ 330(a)(1)(B) & 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

(6)     **Meal Expenses**

The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

Dated: September 26, 2012

Eugene R. Wedoff
United States Bankruptcy Judge

Canopy Financial, Inc.

Page: 25
08/20/2012
ACCOUNT NO: 1102-001M
STATEMENT NO: 1

Claims Against Professionals

|  |  |  | Rate | HOURS |  |
|---|---|---|---:|---:|---:|
|  | MHR | Meet with GS re mediation. (.1) | 365.00 | 0.10 | 36.50 |
| 07/25/2012 | | | | | |
|  | GS | (W) - Expert work. | 675.00 | 0.10 | 67.50 |
|  | MHR | Research re potential expert witness (.5). | 365.00 | 0.50 | 182.50 |
| 07/26/2012 | | | | | |
|  | MHR | Telephone conference with counsel for 2004 examinee | 365.00 | 0.10 | 36.50 |
|  | MHR | Telephone conference with counsel for 2004 examinee re mediation (.2); e-mail with GS re mediation (.1). | 365.00 | 0.30 | 109.50 |
| 07/27/2012 | | | | | |
|  | GS | (W) Draft pleading/brief. (K) - Draft contract (.1); work on settlement (.1). | 675.00 | 0.40 | 270.00 |
|  | MHR | Meet with GS re mediation (.1) | 365.00 | 0.10 | 36.50 |
| 07/31/2012 | | | | | |
|  | MHR | Draft adversary complaint (1.2); legal research re applicable standard of care (2.0). | 365.00 | 3.20 | 1,168.00 |
|  | GS | (K) - Telephone conference with client (.2); work on procedural/strategy issues (.1). KPMG - Work on settlement (.2); draft contract (.3). | 675.00 | 0.50 | 337.50 |
|  | APM | Review proposed Settlement Agreement with KPMG (.40); confer with G. Paloian and GS re same (.10). | 485.00 | 0.50 | 242.50 |
|  |  | FOR CURRENT SERVICES RENDERED |  | 783.65 | 337,560.25 |
|  |  | CLIENT COURTESY DISCOUNT |  |  | -168,780.13 |
|  |  | Net Fees after Courtesy Discount |  |  | 168,780.12 |

RECAPITULATION

| TIMEKEEPER | Hours | Hourly Rate | TOTAL |
|---|---:|---:|---:|
| Bruce S. Sperling | 8.40 | $950.00 | $7,980.00 |
| Matthew Fleming | 138.25 | 245.00 | 33,871.25 |
| Steven C. Florsheim | 2.40 | 675.00 | 1,620.00 |
| Greg Shinall | 135.90 | 675.00 | 91,732.50 |
| Adam P. Merrill | 169.70 | 485.00 | 82,304.50 |
| Eamon P. Kelly | 1.10 | 335.00 | 368.50 |
| Matthew H. Rice | 327.90 | 365.00 | 119,683.50 |

| | |
|---|---:|
| Photocopy charged at .20 per copy | 508.40 |
| Conference calls | 112.95 |
| Witness fees | 85.94 |
| Court reporter/depositions/transcript fees | 4,386.41 |
| Travel expenses | 831.37 *Meal?* |
| Airline Travel | 2,219.00 |
| Hotel/Lodging | 2,407.13 |
| Express mail/FedEx, UPS | 1,809.90 |
| Westlaw | 2,983.96 |
| Hemming Morse, LLP Certified Public Accountants-expert services | 4,765.00 |
| Iris Data Services- custom duplication of client provided data and creation of tool to complete DOCID | 4,000.00 |