**FILED**

SEP 1 1 2013

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          )
                                                )
                                                )
CANOPY FINANCIAL, INC.                          )     Case No. 09 B 44943
                                                )
                                                )
                                                )
         Debtor.                                )     Chapter 7
                                                )
_____)

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO SPERLING & SLATER P.C., ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $149,937.50 | TOTAL COSTS REQUESTED: | $19,684.52 |
| TOTAL FEES REDUCED: | $4,805.50 | TOTAL COSTS REDUCED: | $2,201.61 |
| TOTAL FEES ALLOWED: | $145,132.00 | TOTAL COSTS ALLOWED: | $17,482.91 |

#### TOTAL FEES AND COSTS ALLOWED: $162,614.91

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)      Insufficient Description**

        The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(11)     Overhead Costs are Non-Compensable**

        The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: September 11, 2013

Eugene R. Wedoff
United States Bankruptcy Judge

Canopy Financial, Inc.

Claims Against Professionals

| | | Rate | HOURS | |
|---|---|---|---|---|
| **09/04/2012** | | | | |
| MHR | Prepare fee application. | 365.00 | 7.00 | 2,555.00 |
| **09/05/2012** | | | | −97.00 |
| APM | Review and respond to emails (.20). | 485.00 | 0.20 | 97.00 |
| GS | Wilson - Telephone conference with MHR re fee application (.1); review draft fee application (.1). | 675.00 | 0.20 | 135.00 |
| EGR | Prepare fee application for filing and service. | 245.00 | 2.80 | 686.00 |
| MF | Assist with fee petition | 245.00 | 3.80 | 931.00 |
| MHR | Prepare fee application. | 365.00 | 7.50 | 2,737.50 |
| **09/06/2012** | | | | |
| GS | KPMG - Communicate with KPMG's counsel re ▮▮▮▮▮ | 675.00 | 0.10 | 67.50 |
| MHR | Respond to KPMG inquiry ▮▮▮▮▮▮▮ | 365.00 | 0.20 | 73.00 |
| **09/07/2012** | | | | |
| APM | Review and respond to emails ▮▮▮▮ mediation (.20). | 485.00 | 0.20 | 97.00 |
| **09/10/2012** | | | | |
| MHR | Respond to inquiries from mediator (.2); legal research re ▮▮▮▮▮▮▮ (4.5). | 365.00 | 4.70 | 1,715.50 |
| **09/11/2012** | | | | −1,715.50 |
| MHR | Prepare for hearing on motion to approve settlement (.5); prepare proposed order (.5); research re ▮▮▮▮▮▮ (1); prepare for mediation (1); review documents relating to ▮▮▮▮ (2.5). | 365.00 | 5.50 | 2,007.50 |
| **09/12/2012** | | | | |
| MF | Configure document database for review of documents produced by Rule 2004 subpoena respondents. | 245.00 | 2.50 | 612.50 |
| MHR | Prepare for hearing on motion to approve settlement (.4); attend hearing on motion to approve settlement (.6); review documents relating to ▮▮▮▮▮ 3); research re ▮▮▮▮▮ .4). | 365.00 | 4.40 | 1,606.00 |
| **09/13/2012** | | | | |
| MHR | Telephone conference with opposing counsel re mediation procedure (.3); e-mail with GS re mediation scheduling and procedure (.4). | 365.00 | 0.70 | 255.50 |
| **09/14/2012** | | | | |
| MHR | Legal research in connection with mediation statement (5.5); draft mediation statement (2.0). | 365.00 | 7.50 | 2,737.50 |
| **09/17/2012** | | | | |
| MHR | Research re ▮▮▮▮▮▮ 3); draft mediation statement (5.5). | 365.00 | 8.50 | 3,102.50 |
| **09/18/2012** | | | | |
| BSS | Office conference with MHR re mediation. | 950.00 | 0.20 | 190.00 |
| | | | | −1,812.50 |

Canopy Financial, Inc.

ACCOUNT NO:      1102-001M
STATEMENT NO:              2

Claims Against Professionals

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| APM | | Prepare for and attend hearing on Motion to Approve Fee Application (.9); confer with MHR re same (.40); prepare for and attend Mediation (4.60). | 485.00 | 5.90 | 2,861.50 |
| 09/27/2012 | | | | | |
| MHR | | Legal research ▓▓▓▓▓▓▓▓▓▓▓▓ email with opposing counsel re mediation (.1); e-mail with opposing counsel re tolling agreement (.1); prepare extension to tolling agreement (.1). | 365.00 | 2.80 | 1,022.00 |
| GS | | Review communications with opposing counsel re settlement (.2). | 675.00 | 0.20 | 135.00 |
| 09/28/2012 | | | | | |
| MHR | | Finalize tolling agreement (.5); email with opposing counsel re tolling agreement (.1); legal research ▓▓▓▓▓ (1.2). | 365.00 | 1.80 | 657.00 |
| GS | | Communication with mediator (.2); review correspondence from opposing counsel re mediation (.1); work on ▓▓▓▓▓ (.7). | 675.00 | 1.00 | 675.00 |
| 09/29/2012 | | | | | |
| GS | | Communication with mediator. | 675.00 | 0.20 | 135.00 |
| 10/01/2012 | | | | | |
| APM | | Review and respond to emails re status of matter (.30). | 485.00 | 0.30 | 145.50 |
| MHR | | Review discovery materials (5.5); prepare for meeting with trustee re ▓▓▓▓▓▓ (.5). | 365.00 | 6.00 | 2,190.00 |
| 10/02/2012 | | | | | |
| MF | | Retrieve key documents from database (.2); prepare materials for meeting with client (.3) | 245.00 | 0.50 | 122.50 |
| APM | | Prepare for and meet with Trustee re ▓▓▓▓▓ (1.80). | 485.00 | 1.80 | 873.00 |
| MHR | | Review discovery documents (4.5); meeting with Trustee re ▓▓▓▓ (1.0). | 365.00 | 4.50 | 1,642.50 |
| 10/03/2012 | | | | | |
| MHR | | Review documents ▓▓▓▓▓▓▓▓▓ | 365.00 | 3.50 | 1,277.50 |
| 10/04/2012 | | | | | |
| MHR | | Review documents ▓▓▓▓▓▓▓▓ | 365.00 | 2.20 | 803.00 |
| 10/05/2012 | | | | | |
| MF | | Retrieve key documents from database (1.0); Prepare trial exhibits (.6) | 245.00 | 1.60 | 392.00 |
| MHR | | Review documents ▓▓▓▓▓▓ | 365.00 | 3.40 | 1,241.00 |
| 10/08/2012 | | | | | |
| MF | | Retrieve key documents from database (1.6); prepare trial exhibits (.7); prepare documents for production to WSGR (.7) | 245.00 | 3.00 | 735.00 |
| MHR | | Communicate with Trustee's counsel re ▓▓▓▓▓▓ | | | |

*Handwritten annotations: "④" marks next to 09/27 and 09/28 entries; "- 912.50" near the MHR 09/27 entry; "- 438.00" near the MHR 09/28 entry; "1350.50" at bottom right.*

Canopy Financial, Inc.

ACCOUNT NO:   1102-001M
STATEMENT NO:   2

Claims Against Professionals

| | | Rate | HOURS | |
|---|---|---|---|---|
| MHR | Draft letter to counsel for WSGR re outstanding discovery requests (.5); legal research ████████ (1.2). | 365.00 | 1.70 | 620.50 |
| **11/02/2012** | | | | |
| APM | Review and revise letter to counsel for WSGR re outstanding discovery requests (.50); review and revise additional Rule 2004 subpoena to WSGR (.40); confer with MHR re WSGR discovery issues (.60). | 485.00 | 1.50 | 727.50 |
| MHR | Legal research ████████ (2.0); legal research re ████████ (3.5). | 365.00 | 5.50 | 2,007.50 |
| | | | | =1,277.5 |
| **11/05/2012** | | | | |
| MF | Prepare trial exhibits (.5). | 245.00 | 0.50 | 122.50 |
| GS | Work on plan for additional Rule 2004 discovery. | 675.00 | 0.50 | 337.50 |
| MHR | Legal research re ████████ | 365.00 | 5.50 | 2,007.50 |
| **11/06/2012** | | | | |
| APM | Review research re ████████ | 485.00 | 0.50 | 242.50 |
| **11/07/2012** | | | | |
| MF | Retrieve key documents from database. | 245.00 | 0.50 | 122.50 |
| APM | Review and respond to emails re ████████ (.30). | 485.00 | 0.30 | 145.50 |
| MHR | Legal research re ████████ (.5); prepare ████████ (.5) ████████ (.5). | 365.00 | 1.50 | 547.50 |
| **11/08/2012** | | | | |
| GS | Prepare for meeting with Trustee re ████████ | 675.00 | 0.50 | 337.50 |
| MHR | Prepare Rule 2004 subpoena to WSGR (1.0); review documents re ████████ (3.2); prepare to meet with Trustee re ████████ (1.2). | 365.00 | 6.40 | 2,701.00 |
| **11/09/2012** | | | | |
| MF | Retrieve key documents from database (1.5); Prepare trial exhibits (1.0); prepare materials for meeting with Trustee re ████████ (3.0). | 245.00 | 5.50 | 1,347.50 |
| MHR | Legal research re ████████ (1.0); review documents re ████████ (1.5); prepare to meet with Trustee ████████ (1.80). | 365.00 | 4.30 | 1,569.50 |
| **11/12/2012** | | | | |
| BSS | Conference with GS re case status and strategy. | 950.00 | 0.50 | 475.00 |
| MF | Prepare materials for meeting with Trustee ████████ (2.5). | 245.00 | 2.50 | 612.50 |
| GS | Conference with BSS re case status and strategy (.5); meeting with Trustee re ████████ (1). | 675.00 | 1.50 | 1,012.50 |
| APM | Prepare for and attend meeting re ████████ (1.30); review key documents re ████████ | | | |

— 1,277.5

Canopy Financial, Inc.

Claims Against Professionals

| | | | Rate | HOURS | |
|---|---|---|---|---|---|
| MHR | conference with BSS re case status and strategy (.30); review timeline of key events (.20). Meet with Trustee ████████████ (1.0); prepare with Trustee ████████████ (1.5); e-mail with ████████ re Rule 2004 discovery (.1); meet with APM re review of key documents (.3). | | 675.00  365.00 | 1.50  2.90 | 1,012.50  1,058.50 |
| 01/11/2013 APM | Review key documents re ████████████ and update summary chart (1.50); confer with MHR re same (.20); confer with M. Fleming re Rule 2004 subpoena issues (.30). | | 485.00 | 2.00 | 970.00 |
| MF | Prepare analysis of key documents re ████████ (.5). | | 245.00 | 0.50 | 122.50 |
| MHR | Communicate with WSGR's counsel re Rule 2004 subpoena response (.2). | | 365.00 | 0.20 | 73.00 |
| 01/12/2013 APM | Review key ████████ re ████████ ████████ and revise summary of key documents (2.30). | | 485.00 | 2.30 | 1,115.50 |
| 01/16/2013 MF | Prepare analysis of key documents re ████████ ████ (2.5); review Rule 2004 motions and orders (3.5). | | 245.00 | 6.00 | 1,470.00 |
| GS | Review response and objections to Rule 2004 subpoena. | | 675.00 | 0.20 | 135.00 |
| 01/17/2013 MF | Analysis of key documents re Canopy financial statements (1.5); Search for Rule 2004 motions and orders (1.5). | | 245.00 | 3.00 | 735.00 |
| MHR | Review objections to 2004 subpoena (.4); communication with Trustee re same (.1); legal research re potential claims and defenses (1.0). | | 365.00 | 1.50 | 547.50 |
| 01/18/2013 MF | Prepare motion for leave to issue Rule 2004 subpoenas. | | 245.00 | 3.50 | 857.50 |
| GS | Review draft motion for leave to issue Rule 2004 subpoenas (.50). | | 675.00 | 0.50 | 337.50 |
| APM | Review draft motion for leave to issue Rule 2004 subpoenas(.40). | | 485.00 | 0.40 | 194.00 |
| 01/20/2013 MHR | Legal research in connection with ████████ | | 365.00 | 0.30 | 109.50 |
| 01/21/2013 MHR | Draft letter to counsel for WSGR re objections to Rule 2004 subpoena (2.0); review 2004 subpoenas (.2). | | 365.00 | 2.20 | 803.00 |
| 01/22/2013 MF | Prepare motion for leave to issue Rule 2004 subpoenas. | | 245.00 | 2.00 | 490.00 |
| GS | Review letter to counsel for WSGR re mediation. | | 675.00 | 0.10 | 67.50 |

(4)   −365.00

(−365.00)

Page: 25
09/05/2013

Canopy Financial, Inc.

ACCOUNT NO:   1102-001M
STATEMENT NO:   2

Claims Against Professionals

| | | Rate | HOURS | |
|---|---|---|---|---|
| | correspondence from opposing counsel regarding mediation (.1 ) | | | |
| | work on ████████████ (.2) | 675.00 | 0.50 | 337.50 |
| MHR | Meeting with GS regarding mediation (.1); telephone conference with mediator regarding schedule (.1). | 395.00 | 0.20 | 79.00 |
| | | | 752.10 | 299,875.00 |
| | FOR CURRENT SERVICES RENDERED | | | |
| | COURTESY DISCOUNT | | | -149,937.50 |
| | Net Fees after Discount | | | 149,937.50 |

RECAPITULATION

| TIMEKEEPER | Hours | Hourly Rate | TOTAL |
|---|---|---|---|
| Bruce S. Sperling | 5.90 | $950.00 | $5,605.00 |
| Greg Shinall | 74.60 | 675.00 | 50,355.00 |
| Matthew Fleming | 131.40 | 245.00 | 32,193.00 |
| Adam P. Merrill | 119.00 | 485.00 | 57,715.00 |
| Elsa G. Reyna | 9.60 | 245.00 | 2,352.00 |
| Matthew H. Rice | 411.60 | 368.45 | 151,655.00 |

| | |
|---|---|
| Out of town meal and travel expense | 247.34 |
| Photocopy-charged at .10 per copy | 535.10 |
| Court reporter/depositions/transcript fees | 1,612.05 |
| Auto rental | 540.49 |
| Airline Travel | 2,863.40 |
| Hotel/Lodging | 2,158.34 |
| Express mail/FedEx, UPS | 303.11 |
| Postage | 53.87 |
| Westlaw ⟩ overhead | 2,201.61 |
| Ground transportation/parking, cabfare | 408.80 |
| JAMS Mediation fee | 793.55 |
| JAMS-Mediation fee | 5,450.00 |
| Legal Visual Services-25 graphic creations | 3,022.50 |
| JAMS Mediation fee | 87.50 |
| Pueo Keffer/witness fee | 45.00 |
| Tom Dyal/witness fee | 45.00 |
| Redpoint Ventures/witness fee | 45.00 |
| Service of subpoena | 90.00 |
| Offsite document reproduction-IKON/RICOH | 856.86 |
| TOTAL EXPENSES THRU 05/31/2013 | 21,359.52 |
| TOTAL CURRENT WORK | 171,297.02 |

| | | |
|---|---|---|
| 09/26/2012 | Expense Reduced by Order of the Court | -254.20 |
| 10/02/2012 | PAYMENT -Gus A. Paloian, Trustee-Canopy Financial Inc. | -32,071.94 |
| 10/02/2012 | PAYMENT -Gus Paloian Trustee, Canopy Financial Inc | -168,780.12 |
| 06/17/2013 | EXPENSE CREDIT -CREDIT MEMO FROM JAMS Mediation fee | -1,675.00 |
| | | -202,781.26 |
| | Balance Due | $169,622.02 |