**FILED**

**JUN 25 2014**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                       )
                                             )
                                             )    Case No. 09 B 44943
CANOPY FINANCIAL, INC.,                      )
                                             )
                                             )
                                             )    Chapter 7
          Debtor.                            )
                                             )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF JENNER & BLOCK LLP, SPECIAL COUNSEL TO THE TRUSTEE, FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $68,474.00 | TOTAL COSTS REQUESTED: | $602.43 |
| TOTAL FEES REDUCED: | $4,765.10 | TOTAL COSTS REDUCED: | $77.39 |
| TOTAL FEES ALLOWED: | $63,708.90 | TOTAL COSTS ALLOWED: | $525.04 |

**TOTAL FEES AND COSTS ALLOWED: $64,233.94**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(2)    Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman,* 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.,* 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.,* 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee,* 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

**(11)    Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman,* 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re*

*Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: June 25, 2014

                                                      /s/ Eugene R. Wedoff
Eugene R. Wedoff
United States Bankruptcy Judge

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 12

FEE APPLICATIONS                                           MATTER NUMBER- 10113

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/7/2013 | MHM | 4.00 | Worked on fee application. | 1,240.00 |
| 10/8/2013 | MHM | 2.40 | Worked on fee application exhibits. | 744.00 |
| 10/8/2013 | MHM | 1.30 | Worked on preparing cover sheet for professional fees. | 403.00 |
| 10/9/2013 | VEL | 0.50 | Edited BIM for fee application; skimmed draft application and office conference with M. Matlock re revised service list. | 442.50 |
| 10/9/2013 | MHM | 2.70 | Worked on finalizing draft of fee applications. | 837.00 |
| 10/9/2013 | MHM | 1.10 | Worked on preparing service list. | 341.00 |
| 10/20/2013 | VEL | 0.50 | Reviewed BIM and draft fee application. | 442.50 |
| 10/21/2013 | VEL | 0.20 | Office conference with M. Matlock re reduced service list, notices. | 177.00 |
| 11/11/2013 | MHM | 0.30 | Reviewed files and sent fee application materials to P. Davis. | 93.00 |
| 11/15/2013 | VEL | 0.20 | Telephone conference with P. Jacobs re fee application hearing. | 177.00 |
| 11/18/2013 | VEL | 0.30 | Reviewed continuance, telephone conference with P. Jacobs re same, covering continued hearing and facts underlying hearing. | 265.50 |
| 11/26/2013 | VEL | 1.00 | Attended fee application hearing. | 885.00 |
| 4/22/2014 | VEL | 0.80 | Worked on 9th fee application; edited BIM. | 720.00 |
| 4/23/2014 | VEL | 0.30 | Worked on fee application. 9th | 270.00 |
| | | 15.60 | PROFESSIONAL SERVICES | $7,037.50 |

MATTER 10113 TOTAL                                                     $7,037.50

*[Handwritten annotations:]*

Total charged for 8th fee app. = $5,605.00
Total charged for non-fee app services in 8th app. = $16,798.00

$\frac{\$5,605}{\$16,798} = 33.37\%$  (2)

$\$16,798 \times .05 = \$839.90$ (max allowable on fee app.)

$\$5,605 - \$839.90 = \$4,765.1$ (total deduction)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

−$4,765.10
from fees

**DISBURSEMENT SUMMARY**
**(October 1, 2013 through April 30, 2014)**

| Description | Amount |
|---|---|
| Automation Equipment Charges (Secure Flash Drive) | 38.00 |
| In-City Transportation | 8.00 |
| Pacer Charges | 73.70 |
| Photocopy Expense and Related Expenses | 118.20 |
| Postage Expense | 258.58 |
| Special Messenger Service | 28.56 |
| Westlaw Research | 77.39 |
| TOTAL | 602.43 |

*(handwritten annotations: "⑪ -$77.39" next to Westlaw Research; "-$77.39 from expenses" at bottom right)*