**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 09-B-44943 |
| | ) | Chapter 7 |
| CANOPY FINANCIAL, INC., | ) | |
| | ) | Hon. Deborah L. Thorne |
| Debtor. | ) | |
| | ) | Hearing Date:  April 26, 2016 |
| | ) | Hearing Time: 9:30 a.m. |
| | ) | |

**COVER SHEET FOR FIFTH AND FINAL APPLICATION OF**
**ALVAREZ & MARSAL, LLC FOR COMPENSATION OF**
**SERVICES PROVIDED TO CHAPTER 7 TRUSTEE GUS A. PALOIAN**
**FOR THE PERIOD OF JUNE 1, 2012, THROUGH JANUARY 31, 2016**

Name of Applicant:                                      Alvarez & Marsal, LLC

Authorized to Provide
Professional Services to:                           Chapter 7 Trustee Gus A. Paloian

Date of Appointment:                              December 11, 2009

Period for which Compensation
and Reimbursement is Sought:              June 1, 2012 through January 31, 2016

Amount of Interim Compensation
Sought:                                                      $41,560.00

Amount of Interim Expense
Reimbursement Sought:                          $      13.05

Amount of Final Compensation Sought:    $522,150.25

Amount of Final Expense
Reimbursement Sought:                          $  9,570.63

This is a:        Final Application

Prior Applications:

| Prior Applications | Date Filed | Amount Requested | Amount Awarded |
|---|---|---|---|
| 1st Interim Application Period 12/31/09 - 4/30/10 | 8/31/10 [dkt 337] | $171,613.34 | $169,586.68 [dkt 374] |
| 2nd Interim Application Period 5/1/10 - 3/31/11 | 7/20/11 [dkt 613] | $256,920.37 | $256,920.37 [dkt 628] |
| 3rd Interim Application Period 4/1/11 - 8/31/11 | 11/01/11 [dkt 685] | $52,126.78 | $52,126.78 [dkt 709] |

| | | | |
|---|---|---|---|
| 4th Interim Application<br>Period 9/1/11 - 5/31/12 | 8/6/12 [dkt 873] | $11,881.00 | $11,514.00 [dkt 883] |

Dated:  April 5, 2016

Respectfully submitted,

GUS A. PALOIAN, not individually or personally, but solely in his capacity as the Chapter 7 Trustee of  the Debtor's Estate,

By: /s/ James B. Sowka
Gus A. Paloian (06188186)
James B. Sowka (6291998)
Christopher J. Harney (6296683)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone:  (312) 460-5000

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CANOPY FINANCIAL, INC., | ) | Case No. 09-44943 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |
| | ) | |
| | ) | Hearing Date:  April 26, 2016 |
| | ) | Hearing Time: 9:30 a.m. Prevailing CT |

**NOTICE OF FIFTH AND FINAL APPLICATION FOR
COMPENSATION OF ALVAREZ & MARSAL AND HEARING**

**TO:   PARTIES ON ATTACHED GENERAL SERVICE LIST**

PLEASE TAKE NOTICE that on April 5, 2016 Alvarez & Marsal, LLC (the

"Applicant") filed its Fifth and Final Application for Compensation and Reimbursement of

Expenses as Counsel to Chapter 7 Trustee Gus A. Paloian for the Period of June 1, 2012 through

January 31, 2016 (the "Application") with the United States Bankruptcy Court for the Northern

District of Illinois, Eastern Division (the "Bankruptcy Court").  In the Application, Applicant

seeks interim compensation in the amount of $41,573.05.  Notice of the Application is being

served upon:  (A) the Office of the United States Trustee, in care of Roman Sukley, Esq.;  (B) all

creditors and parties-in-interest; and (C) all CM/ECF notice recipients.  All other entities may

obtain copies of the Application upon request to:  Ms. Jennifer M. McManus, Seyfarth Shaw

LLP, 131 South Dearborn Street, Suite 2400, Chicago, Illinois 60603-5577;

jmcmanus@seyfarth.com.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Application will be held before the Honorable Deborah L. Thorne, United States Bankruptcy Judge for the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in the courtroom normally occupied by Her Honor, Courtroom 613, located at 219 South Dearborn Street, Chicago, Illinois 60604, on Wednesday, April 26, 2016 at 9:30 a.m. prevailing Central Time, or as soon thereafter as the undersigned counsel may be heard.

Dated:  April 5, 2016                              Respectfully submitted,

                                                  GUS A. PALOIAN, not individually, or
                                                  personally, but solely in his capacity as
                                                  Chapter 7 Trustee of the Debtor's Estate

                                                  By: /s/ James B. Sowka
                                                      Gus A. Paloian (06188186)
                                                      James B. Sowka (6291998)
                                                      Christopher J. Harney (6296683)
                                                      Seyfarth Shaw LLP
                                                      131 S. Dearborn Street, Suite 2400
                                                      Chicago, Illinois  60603-5577
                                                      Telephone:  (312) 460-5000
                                                      Facsimile:   (312) 460-7000

2

25836679v.1

## CERTIFICATE OF SERVICE

The undersigned non-attorney certifies that on this 5th day of April, 2016, pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), she caused a copy of the attached:

1.    **Notice of Fifth and Final Application of Alvarez & Marsal, LLC, for Compensation as Forensic Accountants to Chapter 7 Trustee Gus A. Paloian For the Period From June 1, 2012 through January 31, 2016** to be served (1) electronically on those entities who receive notice through the ECF system and who are listed on the attached Service List, and (2) and upon each of the parties identified on the attached **Special Service List** by causing the same to be deposited into the United States Mail chute located at 131 South Dearborn Street, Chicago, Illinois 60603, in properly-addressed envelopes with sufficient first-class postage prepaid; and

2.    **Notice of Fifth and Final Application of Alvarez & Marsal, LLC for Compensation** to be served (1) electronically on those entities who receive notice through the ECF system and who are listed on the attached Service List, and (2) upon each of the parties identified on the attached **General Service List** by causing the same to be deposited into the United States Mail chute located at 131 South Dearborn Street, Chicago, Illinois 60603, in properly-addressed envelopes with sufficient first-class postage prepaid.

_Jennifer M. McManus_
Jennifer M. McManus

Subscribed and sworn to before
me this 5th day of April, 2016

_Jennifer B. Woods_
Notary Public

JENNIFER B WOODS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 17, 2019

25836679v.1

## CANOPY FINANCIAL, INC.
### Case No. 09-44943

## CM/ECF ELECTRONIC MAIL DISTRIBUTION

| | |
|---|---|
| David A. Agay | dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; burrell@mcdonaldhopkins.com |
| George P. Apostolides | gpapostolides@arnstein.com |
| Kimberly A. Backer | kbacher@shawgussis.com; bharrington@shawgussis.com |
| Babak Bakhtiari | babakb@atbankruptcy.com; gus@atbankruptcy.com |
| Terence G. Banich | tbanich@shawgussis.com; kdevries@shawgussis.com |
| Ronald Barliant | ronald.barliant@goldbergkohn.com; <br><br> kristina.bunker@goldbergkohn.com |
| Kori M. Bazanos | kori@bazanoslaw.com |
| Elizabeth C. Berg | ecberg@ameritech.net |
| Brad Berish | bberish@ag-ltd.com |
| Corey S. Berman | cwcsbl@sbcglobal.net |
| Timothy W. Brink | timothy.brink@dlapiper.com, docketingchicago@dlapiper.com, william.guthrie@dlapiper.com |
| Joel A. Brodsky | joelbrodsky@sbcglobal.net |
| William H. Brownstein | brownsteinlaw.bill@gmail.com |
| Kurt M. Carlson | kcarlson@muchshelist.com, dmyer@muchshelist.com |
| Frederick L. Carpenter | fcarpenter@dfreeland.com |
| Paul Catanese | pcatanese@mcguirewoods.com; docket@mcquirewoods.com |
| Scott R. Clar | sclar@craneheyman.com; mjoberhausen@craneheyman.com; asimon@craneheyman.com |
| Jerome F. Crotty | jcrotty@rieckcrotty.com; bhenry@rieckcrotty.com |
| David L. DePew | depewlaw@megsinet.net |
| Jeffrey W. Deer | jwdeer@aol.com; tonarlopez31@gmail.com |
| Teresa M. Dickinson | tdickinson@statmanharris.com |
| William J. Factor | wfactor@wfactorlaw.com, wfactor@gmail.com, nb@wfactorlaw.com |
| William B. Fecher | wbfecher@statmanharris.com |
| Faye B. Feinstein | faye.feinstein@quarles.com; stella.love@quarles.com; anthony.steinike@quarles.com |

| | |
|---|---|
| Marc Ira Fenton | mfenton@statmanharris.com |
| Robert M. Fishman | rfishman@shawgussis.com |
| Mason N. Floyd | floyd@mbsrhlaw.com; bauer@mbsrhlaw.com |
| Matthew T. Gensburg | gensburgm@gtlaw.com; chidocket@gtlaw.com; chibkydocket@gtlaw.com; greenbergc@gtlaw.com; sullivanka@gtlaw.com |
| Michael L. Gesas | mlgesas@arnstein.com; blsutton@arnstein.com; lcsolomon@arnstein.com; jbmedziak@arnstein.com |
| Douglas C. Giese | dcg@h2law.com; dcgiese@hotmail.com |
| Gordon E. Gouveia | ggouveia@shawgussis.com; mwestbrook@shawgussis.com |
| David M. Greenwald | dgreenwald@jenner.com; mmatlock@jenner.com |
| John T. Gregg | john.gregg@btlaw.com |
| John W. Guzzardo | jguzzardo@shawgussis.com |
| Dean C. Harvalis | USTPRegion11.es.ecf@usdoj.gov, |
| constantine.harvalis@usdoj.gov | |
| B. Lane Hasler | lanehasler@blhpc.com |
| Melissa M. Hinds | mhinds@jenner.com; mmatlock@jenner.com |
| Kaija K. Hupila | khupila@jenner.com; dgreenwald@jenner.com |
| Paula K. Jacobi | pjacobi@btlaw.com; jsantana@btlaw.com; ckwilosz@btlaw.com |
| Blaine C. Kimrey | bkimrey@lathropgage.com; jstein@lathropgage.com |
| Colby Kingsbury | colby.kingsbury@faegrebd.com; kimberly.charbonneau@faegrebd.com |
| Peter Krebs | pkrebs@skadden.com, mmirkovi@skadden.com |
| Patrick S. Layng | USTPRegion11.es.ecf@usdoj.gov |
| Vincent E. Lazar | vlazar@jenner.com, lyap@jenner.com, mmatlock@jenner.com; docketing@jenner.com |
| Mark E. Leipold | mleipold@gouldratner.com; stamssot@gouldratner.com; hmartinez@gouldratner.com |
| Matthew M. Litvak | litvakmatt@gmail.com; litvakmatt.court.docket@gmail.com |
| Sara E. Lorber | slorber@wfactorlaw.com; nb@wfactorlaw.com |
| Colette Luchetta-Stendel | colette@ameritech.net |
| Jeff J. Marwil | jmarwil@proskauer.com |
| Timothy S. McFadden | tmcfadden@btlaw.com |
| Colleen E. McManus | cmcmanus@carlsondash.com |

2

| | |
|---|---|
| George R. Mesires | grmesires@uhlaw.com |
| Joy L. Monahan | jmonahan@edwardswildman.com; ksoto@edwardswildman.com |
| Kevin H. Morse | khmorse@arnstein.com |
| Christopher L. Muniz | clm@sacounsel.com |
| Lauren N. Nachinson | lauren.nachinson@quarles.com; sara.sullivan@quarles.com mburr@quarles.com |
| Robert D. Nachman | robert.nachman@bfkn.com; jean.montgomery@bfkn.com; mackowiak@bfkn.com |
| Monica R. Pinciak-Madden | mpinciak@jenner.com; docketing@jenner.com; pjacobs@jenner.com |
| John F. Pollick | jpollick@mcguirewoods.com |
| Mark L. Radtke | mradtke@shawgussis.com, bharrington@shawgussis.com |
| Sheila A. Ramacci | dlf9601b@aol.com |
| Matthew Rice | mrice@sperling-law.com |
| R. Scott Alsterda | rsalsterda@uhlaw.com |
| Todd A. Rowden | trowden@thompsoncoburn.com; mburt@thompsoncoburn.com |
| Daniel Rubin | drubin@statmanharris.com |
| Marisa L. Saber | msaber@cozen.com |
| Bruce C. Scalambrino | bcs@sacounsel.com |
| Marylynne K. Schwartz | mschwartz@shawgussis.com |
| Sean T. Scott | stscott@mayerbrown.com |
| Scott A. Semenek | scott.semenek@faegrebd.com; melanie.senesac@faegrebd.com |
| Jean Soh | jsoh@polsinelli.com |
| Konstantine T. Sparagis | gsparagi@yahoo.com |
| Jay L Statland | jstatland@burkelaw.com; plane@burkelaw.com |
| Jerry L. Switzer | jswitzer@polsinelli.com |
| L. Judson Todhunter | jtodhunter@howardandhoward.com |
| Grayson T. Walter | gwalter@proskauer.com |
| Erica Wax | ewax@ulmer.com; rfabre@ulmer.com |
| Collin B. Williams | williamsco@gtlaw.com; scavom@gtlaw.com; chibkydocket@gtlaw.com |
| Si Yong Yi | syi@tresslerllp.com; tresslerdocket@tresslerllp.com |

3

| Jonathan W. Young | jyoung@edwardswildman.com;<br>srodriguez@edwardswildman.com;<br>ecffilings@edwardswildman.com |
| Bruce E. de'Medici | bdemedici@gmail.com |
| R. Scott Alsterda | rsalsterda@uhlaw.com |
| Victor A. Walton | vawalton@vorys.com |
| Kent A. Britt | kabritt@vorys.com |
| Daniel Morgenstern | dmorgensern@vorys.com |

4

## SPECIAL SERVICE LIST

### VIA UNITED STATES MAIL

United States Trustee
c/o Roman Sukley, Esq.
219 S. Dearborn St., Room 819
Chicago, IL  60604

Spectrum Equity Investors V LP
Spectrum V Investment Managers Fund LP
Michael Kennealy
c/o Michael A. Firestein
Proskauer Rose LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067

5

# <u>GENERAL SERVICE LIST</u>

## <u>VIA UNITED STATES MAIL</u>

Aaron Allen
5545 Kingdon Rd.
Lodi, CA  95242-9532

Accountemps
12400 Collections Center Dr.
Chicago, IL  60693-0001

Adedayo Olowokande
4334 N. Hazel, #610
Chicago, IL  60613-1436

Alex Bryant  (not deliverable as addressed)
2227 Gleneagles Dr.
Naperville, IL  60565-3133

Alexander Williams
77 W. 24th Street, PH-A
New York, NY  10010

Amber Johnson   (not deliverable as addressed)
2611 Barker Road
Axton, VA  24054-1880

Amit Kale
296 Wildflower Lane
Hillsborough, NJ  08844-4873

Amy Neiman
2366 Buena Vista Avenue
Walnut Creek, CA  94597-3018

Andrea Rutter  (not deliverable as addressed)
53 Oak Street
New Canaan, CT  06840-5839

Andrew Rim  (not deliverable as addressed)
780 Marlin Avenue
Foster City, CA  94404-1823

Angela Mentz
18 Lorings Trailer Park
Wallingford, CT  06492-2264

A-1 Technology
undeliverable as addressed
115 Broadway, Ste. 1304
New York, NY  10006-1626

ADAM, Inc. (undeliverable as addressed)
P.O. Box 534531
Atlanta, GA  30353-4531

Advantage Health Solutions, Inc.
9045 River Road, Suite 200
Indianapolis, IN  46240

Alana Holroyd
7 Society Ct.
Burlington, NJ  08016-3600

Alexandra Horowitz
314 W. 100th Street, Apt. 62
New York, NY  10025-5340

Alfred Ducharme Jr.
12028 Valleyheart Drive
Studio City, CA  91604-2043

Allied National, Inc.
Attn: President
4551 W. 107th Street, #100
Overland Park, KS  66207-4037

Amanda Gepson
5126 Prather Avenue
Richmond, CA  94805-2445

Amanda Simington  (not deliverable as addressed)
4005 Towne Crossing Blvd., Apt 1003
Mesquite, TX  75150-6184

Amit Kalia
14 Timberhill Dr.
Franklin Park, NJ  08823-1754

Andrew Blazek
66 Steiner Drive
Mahopac, NY  10541-1049

6

Antonia Mihaljevic
6264 N. Knox
Chicago, IL  60646-5040

Ariba, Inc.
P.O. Box 642962
Pittsburgh, PA  15264-2962

Arthur Gonzales
P.O. Box 13803, 8704 Shone S.W.
Albuquerque, NM  87121-7860

Ashok Thota  (not deliverable as addressed)
1247 Lake Side Drive Apt 1033
Sunnyvalle, CA  94085-1007

AT&T Business Servs.
160 Market Street
Newark, NJ  07102

Barbara Coleman
213 Hessian Hills Road
Croton On Hudson, NY  10520-2111

Belongia Shapiro & Hines LLP
*undeliverable as addressed*
Two First Financial Plaza
20 S. Clark Street
Chicago, IL  60603-1802

Blue Cross Blue Shield Association
Attention: General Counsel
225 North Michigan Ave., Fl 5
Chicago, IL  60601

C.B. Printing   (not deliverable as addressed)
5100 Wilfong Road
Memphis, TN  38134-5612

Christina Benson
1638 N. Lorel
Chicago, IL  60639-4314

Christine Harbin  (not deliverable as addressed)
1517 Theresa Court, Apt. 111
Saint Louis, MO  63104-1394

Assurant Health
501 W. Michigan Street
Milwaukee, WI  53203-2706

Barbara McEachron  (not deliverable as addressed)
24048 Cherokee Avenue
Apple Valley, CA  92307-4439

Beth Rubinstein  (not deliverable as addressed)
1645 Dwight Way
Berkeley, CA  94703-1839

Broadview Networks
P.O. Box 1191
Port Chester, NY  10573-8191

Bryna Strathmann (not deliverable as addressed)
1490 Redbird Dr
Florissant, MO  63031-2636

California Franchise Tax Board
3321 Power Inn Rd.
Sacramento, CA  95826-3890

Card Management Corporation  (not deliverable as addressed)
Attn:  Legal Counsel
One Riverfront Place, 8th Floor
Evansville, IN  47708

Carol Coye Benson  (not deliverable as addressed)
351 Morton Street
Ashland, OR  97520-3064

Catherine Weitzenkorn (not deliverable as addressed)
4012 Sinclair Avenue
Austin, TX  78756-3523

Charles Stubbs  (not deliverable as addressed)
100 8th St
Shalimar, FL  32579-1409

Cheryl Graham  (not deliverable as addressed)
676A Ninth Avenue,  #214
New York, NY  10036-3602

7

Christopher D. Thompson
1015 Cameo Street
Clovis, NM  88101-5776

Cheryl Ridge  (not deliverable as addressed)
55 South Gore, Apt. 1-G
Webster Groves, MO  63119-2937

Cintas Document Management
P.O. Box 633842
Cincinnati, OH  45263-3842

Claude-Andree Louissaint
420 West 47th Street, #4D
New York, NY  10036-2315

ComEd
P.O. Box 6111
Carol Stream, IL  60197-6111

CMC   (not deliverable as addressed)
One Riverfront Pl.
20 NW First
Evansville, IN  47708-1201

Commonwealth Edison
Customer Care Center
1919 Swift Dr., Room 254
Oak Brook, IL  60523-1502

Compensia
1731 Technology Dr., Ste. 810
San Jose, CA  95110-1325

Connie Trebing
1806 Patton Drive
Garland, TX  75042-8205

Corner Bakery Cafe
12700 Park Central Dr.
Dallas, TX  75251-1500

CREA Spear Street Terrace LLC
c/o Cornerstone Real Estate Advisors
100 Wilshire Boulevard, Ste. 700
Santa Monica, CA  90401-3602

Coventry Health Care, Inc.
c/o Eric D. Freed
Cozen O'Connor
1650 Market Street
Philadelphia, PA  19103

Daniel Winckler  (not deliverable as addressed)
43 Jane St 1Fw
New York, NY  10014-5120

Curtis Charles  (not deliverable as addressed)
P.O. Box 144
Woodacre, CA  94973-0144

David Clarke
1823 Escambia Ave
Pensacola, FL 32503-5784

Da Yang Yu
Elmwood Park Drive, #614
Staten Island, NY  10314-7530

David Simpson  (not deliverable as addressed)
2504 Peninsula Dr
Grapevine, TX  76051-4522

Darell Roberson
4720 Shannonhouse Drive, Apt. 204
Raleigh, NC 27612-3416

David Warren
P.O. Box 1997
Crestview, FL  32536-7997

Debra Hurst
25960 Georgia Avenue
Hemet, CA  92544-5628

Dewitt Stern Group
Attn:  Jolyon F. Stern
420 Lexington Ave., Suite 2700
New York, NY  10070

Den Dex  (not deliverable as addressed)
123 Elm
Elm, CA  91145

8

Donna Snyder  (not deliverable as addressed)
PO Box 259
Evensville, TN  37332-0259

Deccan I Servs. Pvt. Ltd. iEnergizer
Attn:  Ashish Madan
Plot No. 12C/1, South Phase Thiru-Vi-Ka
Industrial Estate Grundy, Chennai - 600 032
INDIA

Douglas Cannon  (not deliverable as addressed)
2037 Ptomontory Place
Paso Robles, CA  93446-1860

Denise Salmon  (not deliverable as addressed)
2245 Kingcrest Cir
Apopka, FL  32712-1941

Douglas Watson
15714 Downford Dr.
Tomball, TX 77377-8620

Diane Forbes
713 North Sunset Drive
Olathe, KS  66061-6429

Egon Zehnder International, Inc.
1 N. Wacker Dr., Ste. 2300
Chicago, IL  60606-2824

Donna Decesare  (not deliverable as addressed)
12623 Tucker Crossing Lane
Charlotte, NC  28273-4746

Eric Augustine
15907 W 154th Terr
Olathe, KS  66062-3114

Dow Jones & Co.
P.O. Box 4137
New York, NY  10261-4137

EscrowTech International, Inc.
3290 Mayflower Way
Lehi, UT  84043-3130

Edgar Santiago  (not deliverable as addressed)
902 Pheasant Hollow Dr
Plainsboro, NJ  08536-2117

First Plaza Group Trust
c/o Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022

EGOEast, Inc.  (not deliverable as addressed)
30 E. Dilido Drive
Miami Beach, FL  33139-1226

Fiserv
2307 Directors Row
Indianapolis, IN  46241-4905

eHealthlnsurance Services, Inc.
Attn: Bruce Telkamp
440 East Middlefield Road
Mountain View, CA  94043-4006

Flora Fan
127 Sleepy Hollow Lane
Belle Mead, NJ  08502-4551

Enterprise Wizard
460 Seaport Court, Suite 200
Redwood City, CA 94063-5548

FTPS Holding LLC
5050 Kingsley Dr., MD 1MOC2U
Cincinnati, OH  45263-0001

Evalani Tuatoo  (not deliverable as addressed)
33 E Audrey Drive NW
Fort Walton Beach, FL  32548-4548

Gabriel Zichermann  (not deliverable as addressed)
30 West 60th Street, Apt lA
New York, NY  10023-7906

First Data Resources
6855 Pacific Street
Omaha, NE  68106-1052

9

Gary Kerr
232 Fendale Street
Franklin Square, NY  11010-3508

Gary Testa  (not deliverable as addressed)
524 Honey Locust Lane
Ponte Vedta Beach, FL  32082-4177

General Electric Capital Corp
1010 Thomas Edison Blvd. SW
Cedar Rapids, IA  52404-8247

George Scott
PO Box 281
Girdwood, AK 99587-0281

GRE Morgan Lane LLC  (not deliverable as addressed)
c/o Woodmont Properties
119 Cherry Hill Road, Ste. 110
Parisppany, NJ  07054-1123

Gregory Gorlich
7N864 Northern Dancer
Saint Charles, IL  60175-5452

HSW International, Inc.
Arnall Golden Gregory LLP
c/o Frank N. White
171 17th St., NW, Ste. 2100
Atlanta, GA  30363-1031

Illinois Department of Revenue
Bankruptcy Unit
100 W. Randolph Street, #7-400
Chicago, IL  60601

Interactive Data Real-Time Servs.
ATTN: Lori Williams
P.O. Box 98616
Chicago, IL  60693-8616

Iron Mountain Intellectual Property Mgmt
Attn: Client Services
2100 Norcross Parkway, Ste. 150
Norcross, GA  30071-4903

Foundation Capital VI, LP
c/o Pillsbury, Winthrop, Shaw, Pittman LLP
2550 Hanover Street
Palo Alto, CA  94304-1115

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA  95812-2952

FYI Solutions
3799 US Highway 46 East
Parsippany, NJ  07054

Gautam Budidha  (not deliverable as addressed)
3042 W. Wellington Ave., #2
Chicago, IL  60618-6924

GE Capital
P.O. Box 740441
Atlanta, GA  30374-0441

General Electric Capital Corp.
1961 Hirst Dr.
Moberly, MO  65270-3046

Global Crossing
P.O. Box 741276
Cincinnati, OH 45274-1276

Greggory McFarlyn (not deliverable as addressed)
305 W. 16th Street, Apt. 7B
New York, NY 10011-5986

Gretchen Anderson  (not deliverable as addressed)
290 Warren Street
Brooklyn, NY  11201-6413

Hipskind Tech. Solutions Group
2 Westbrook Corporate Ctr, Suite 250
Westchester, IL 60154-5784

10

Dell Financial Services  (not deliverable as
addressed)
4307 Collection Center Dr.
Payment Processing Center
Chicago, IL  60693-0001

Jamie Dentino
1053 Tawny Eagle Dr
Groveland, FL  34736-9611

Jay Rice    (not deliverable as addressed)
P.O. 3854
Parker, CO  80134-1441

Jeffrey S. Geier
Jay M. Goffman
Skadden Arps Slate Meagher LLP
Four Time Square
New York, NY  10036-6522

Jeffrey Rush (not deliverable as addressed)
8150 Hwy. 34 North
Galatia, IL  62935-2334

Jim Garber
690 Dunhill Dr.
Buffalo Grove, IL 60089-1513

Joann Hall  (not deliverable as addressed)
220 S. Elk Street, #8
Hemet, CA  92543-3994

John Westerman  (not deliverable as addressed)
12243 Meadowhollow Drive
Stafford, TX  77477-1426

Kelvin Chin
1265 Fifth Ave.
San Francisco, CA  94122-2650

Kevin Peckham  (not deliverable as addressed)
71 W 107 Street, APT 5W
New York, NY  10025-3271

Illinois Department of Revenue
Bankruptcy Section
P O Box 64338
Chicago IL  60664-0338

Integrated Data Storage
Attn:  Matt Mazic
70 W. Madison Street, Suite 1625
Chicago, IL  60602

Ipswitch, Inc.   (not deliverable as addressed)
10 Maguire Rd., Ste. 220
Lexington, MA  02421-3120

ISU Financial Services
Attn:  Kaye Chavalas
201 California Street, Suite 200
San Francisco, CA  94111

Jack P. DiCanio
Skadden Arps Slate Measher LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

James Cummings
72-15 37th  Avenue
Apt. 2H
Jackson Heights, NY  11372

Stone Turner Group LLP
Amy Crittenden  (not deliverable as addressed)
60 State Street 35th Floor
Boston, MA  02109-1800

James Nelson
527 9th Avenue, 2A
New York, NY  10018-1543

James Smith  (not deliverable as addressed)
2875 Vista Mar Dr.
Grand Junction, CO  81503-2975

Jason King  (not deliverable as addressed)
808 E. Encinas Avenue
Gilbert, AZ  85234-3540

11

Kimberly McGalliard
undeliberable as addressed
372 Dekalb Ave., 6B
Brooklyn, NY 11205-3811

KPMG
Attn: Steven Carlin
919 Third Avenue
New York, NY 10022

Launa Rea
P.O. Box 490
Waterville, OR 97489

LEAF
P.O. Box 644006
Cincinnati, OH 45264-0309

Leslie Liam
2611 Barker Road, A102
Axton, VA 24054-1880

Lincoln Financial
8801 Indian Hills Drive
Omaha, NE 68114-4066

Lisa Mathias (not deliverable as addressed)
1428 N. Crossing Drive NE
Atlanta, GA 30329-3560

Maesa Nelson
31 Chilmark Ct
Bear, DE 19701-3816

Marc Gonsalves (not deliverable as addressed)
525 Whittier
Tracy, CA 95376-2535

Margaret Chabowski
181 Congress Street
Brooklyn, NY 11201-6103

Margot Gibbs (undeliverable as addressed)
124 Fieldstone Drive
Londonderry, NH 03053-2709

Marilyn Baldwin (returned moved)
P.O. Box 1638
Bodega Bay, CA 94923-1638

Jay Johnston
51 Roundtree Court
Beacon, NY 12508-2101

Jennifer Duncan (not deliverable as addressed)
17625 North 7th Street, Apt. 1107
Phoenix, AZ 85022-1928

Jenny Talavera (not deliverable as addressed)
1133 Corella
Newport Beach, CA 92660-3289

Joel Tse (not deliverable as addressed)
237 11th Street, 2nd Floor
Brooklyn, NY 11215-3915

John Bellemer (not deliverable as addressed)
831 President Street, #2
Brooklyn, NY 11215-1405

John Marroquin
4410 Friar Tuck
Corpus Christi, TX 78411-3024

Jonee Austin (not deliverable as addressed)
801 6th Ave #4
New York, NY 10001-6311

Joseph Manso (not deliverable as addressed)
1409 N Mohawk Street, Apt #2
Chicago IL 60610-5501

Joshua Fowler (not deliverable as addressed)
4400 Ambassador Caffery Pkwy #370
Lafayette, LA 70508-6760

Kathryn Levine
600 Lafayette East, MC 1845
Detroit, MI 48226

Kelly Verona (undeliverable as addressed)
17432 S. 157th Place
Gilbert, AZ 85296

Kevin Szal (not deliverable as addressed)
3042 Telegraph Avenue
Stockton, CA 95204-1325

12

Mario Galindo  (not deliverable as addressed)
2136 Elmwood Avenue
Stockton, CA  95204-4106

Mark Hall
823 Cherry Hill Rd.
Princeton, NJ 08540-7712

Marlin Reed  (not deliverable as addressed)
8734 E Keats. Avenue
Mesa, AZ  85209-5350

Marty Hodge   (not deliverable as addressed)
5212 S. 156th Court, #135
Omaha, NE  68135-6442

Melissa Stewart  (not deliverable as addressed)
2570 Rte 44, Apt. 2
Salt Point, NY  12578-8000

Michael Nguyen  (not deliverable as addressed)
11601 Century Oaks #4106
Austin, TX 78758-7736

Michelle Adams (undeliverable as addressed)
4791 E. Malta Street, #6
Long Beach, CA  90815-3819

Mieko Arai (not deliverable as addressed)
449 15th Ave. #302
San Francisco, CA  94118-2841

Nancy Hillis
undeliverable as addressed
111 Manor Place
Santa Cruz, CA  95060-6139

NASDAQ
One Liberty Plaza
165 Broadway
New York, NY  10006-1404

National Account Servs. Co., LLC
1200 Abernathy Road NE, Ste. 1000
Atlanta, GA  30328-5669

Laura Klieves  (not deliverable as addressed)
807 Biller Street
Belmont, CA  94002-2756

Lawrence Allen  (not deliverable as addressed)
3002 Eddy Street
Marina, CA  93933-4005

Leslie H. W. August  (not deliverable as addressed)
448 Falk Court
Menlo Park, CA  94025-2627

LexisNexis
1600 John F. Kennedy Blvd., #1655
Philadelphia, PA 19103-2826

Lisa Lefebire
83 Spring Street, N 4
New York, NY  10012

Magenic Technologies
1600 Utica Avenue South, Suite 800
St. Louis Park, MN  55416

Marco Harmaty   (not deliverable as addressed)
225 East 68th Street
New York, NY  10065

Melissa M. Wright  (not deliverable as addressed)
2400 Old South Drive, Apt. 3723
Richmond, TX  77406

Merchant & Gould
Attn:  Tracey Skjeveland
IDS 3200
80 South Eighth Street
Minneapolis, MN  55402-2100

Michael Bishop
undeliverable as addressed
515 W. 52nd Street, Apt. PH3L
New York, NY  10019-5266

Michaela Gregory  (not deliverable as addressed)
624 Foxbury Court, Apt A
Columbus, OH  43228-2656

13

Norman Houck III   (not deliverable as addressed)
406 Rhonda Kay Court
Ft. Walton Beach, FL  32547-1546

Pamela Leaf  (not deliverable as addressed)
42740 McKenzie Hwy.
Leaburg, OR  97489-9608

Pamela Volkov  (not deliverable as addressed)
719 Skinhouse Road
Greensburg, KY  42743-8795

Phoenix Life Ins. Co.
not deliverable as addressed
PNC Bank Lockbox 643056
500 First Avenue
Pittsburgh, PA  15219-3128

Pitney Bowes Inc  (not deliverable as addressed)
4901 Belfort Road, Suite 120
Jacksonville, FL  32256-6016

Qwest Communications
Attn:  Richard Baer
1801 California Street, Room 900
Denver, CO  80202

Ralph Oliver
1408 Montclair Ct
Orlando, FL  32812-2717

Ramamohan Musunuri
4011 Harvestwood Ct.
Grapevine, TX 76051-6867

Randall Weinstein  (not deliverable as addressed)
160 West 22nd Street, Suite 204
New York, NY  10011-9409

Raymond Barrett  (not deliverable as addressed)
114 Elkhorn Lane
Columbia, SC  29229-8150

Richard Bragna  (not deliverable as addressed)
2636 South Shelby
Mesa, AZ  85209-6758

Milton Allen  (not deliverable as addressed)
722 W. Acacia Street
Stockton, CA  95203-2309

MMSI, Inc.
4001 41st Street, N.W.
Rochester, MN  55901-8901

Morningstar, Inc.
22 W. Washington Street
Chicago, IL  60602-1605

Newsura Insurance Services, Inc.
Attn.: Terry Borchers
1013 Galleria Blvd, Ste. 250
Roseville, CA  95678-1365

Olenick & Associates, Inc.
205 W. Wacker Dr., Ste. 2000
Chicago, IL 60606-1420

Pat Sullivan
16 Holly Lane
Butte, MT  59701-4373

Paul Ftaker  (not deliverable as addressed)
822 North Salem Road
Ridgefield, CT  06877-1723

Peter Apgar
1050 Capp Street
San Francisco, CA  94110-3919

Performance Direct Investments H, L.P.
c/o Kirkland & Ellis LLP
Attn :  Frank Holozubiec
601 Lexington Avenue
New York, NY  10022

Peter Kim  (not deliverable as addressed)
3230 Overland Ave., Apt.# 335
Los Angeles, CA  90034-3596

Gaddy Law Firm PC  (not deliverable as addressed)
260 W. Coleman Blvd.
Mt. Pleasant, SC 29464

14

Richard S. Bunce
2946 Magnolia Street
Berkeley, CA  94705-2330

Richard Marcoux  (not deliverable as addressed)
1997 Linden Rd
West Sacramento, CA 95691-6107

Richard Rahn (not deliverable as addressed)
14822 Cindywood Drive
Houston, TX  77079-6317

Robert Hall
2611 Barker Road, Unit 124-A
Axton, VA  24054-1880

Robert Kelly
271 Locust Street
West Hempstead, NY  11552

Russ Gundlach
6 Burns Street,  #54
Forest Hills, NY  11375-5247

Sally Shapiro Namalu
undeliverable as addressed
189 East 18th Street, Apt. 4E
Brooklyn, NY  11226

Samuel Jacobs  (not deliverable as addressed)
205 N Washington Blvd
West Frankfort, IL  62896-1917

Sandra Bigelow  (not deliverable as addressed)
44 West 74th Street, 2D
New York, NY  10023-2462

Santhana Thirumalaisamy (not deliverable as addressed)
1501 South Wolf Road
Prospect Heights, IL  60070

Scott Hazdra  (not deliverable as addressed)
931 West 75th Street, Suite 137-111
Naperville, IL  60565-1294

Philip Klein  (not deliverable as addressed)
582 5th Street, #1B
Brooklyn, NY  11215-3534

Ping Identity
1001 17th Street, Suite 100
Denver, CO  80202-2069

Pui Ling Tam
1516 Dolores Street
San Francisco, CA  94110-4913

Raymond Gauldin  (not deliverable as addressed)
618 Mesquite Drive
Cedar Creek, TX  78612-3383

Red Ant Army  (not deliverable as addressed)
Fatima Hameed
7 Lispenard Street, Apt. 3E
New York, NY  10013-2291

Rex Electric & Technologies LLC  (not deliverable as addressed)
230 W. Monroe Street, Ste. 1150
Chicago, IL 60606-4805

Rice Mechanical
809 W. Estes Ave.
Schaumburg, IL 60193-4406

Robert Emerson III  (not deliverable as addressed)
638 Main St
Hingham, MA  02043-3120

Roland Phillips IV  (not deliverable as addressed)
1455 N. Sandburg Terrace, #1905B
Chicago, IL 60610-5591

RSA Security, Inc.
undeliverable as addressed
P.O. Box 49951
Atlanta, GA  31192-9951

Sandra Anfang  (not deliverable as addressed)
1508 Spinnaker Lane
Half Moon Bay, CA  94019-1546

15

Shanti Chaluvadi
34312 Mulberry Terrace
Fremont, CA  94555-1986

Sharon Sowell
4402 W 21st Ave.
Kennewick, WA  99338-1827

Snack King Vending Co.(not deliverable as
addressed)
720 Remsen Street
Trenton, NJ  08610-6137

State of New Jersey
New Jersey Div. of Taxation
P.O. Box 281
Trenton, NJ  08695

Stephani Bradford  (not deliverable as addressed)
3309 Arthur St
Wichita Falls, TX  76308-1705

Steward Stephens  (not deliverable as addressed)
185 Richards Chapel Road
Covington, GA  30016-4492

Sungard Corbel, Inc.
P.O. Box 98698
Chicago, IL  60693-8698

Suzanne Roberts
undeliverable as addressed
105 S. Spiral Vine Circle
The Woodlands, TX 77381-3704

Terry L. Wickstrom  (not deliverable as addressed)
811 Woodtream Street
Stockton, CA  95206-6214

Thomson Reuters
P.O. Box 71687
Chicago, IL  60694-1687

Sean Massa
5453 W. Giddings #2
Chicago, IL  60630-3401

Shawnee Administrative Services, LLC
Attn:  Jamie Simmons
307 E. Washington Street
Benton, IL  62812

Simon Kono  (not deliverable as addressed)
31-49 36th Street, Apt. 4A
Astoria, NY  11106

SPR Companies
Attn: Todd Kummer
233 S. Wacker Dr., Ste. 3500
Chicago, IL  60606-6383

Statim LLC
undeliverable as addressed
Attn:  Charles Deberry
820 W. Greenwood Avenue, #100
Waukegan, IL  60087

State of New Jersey
Division of Taxation Bankruptcy Unit
PO Box 245
Trenton, NJ  08646-0245

Stephen Bracco  (not deliverable as addressed)
160 Berkeley Place, Apt. 1F
Brooklyn, NY  11217-3642

Steven Balt, MD
318 Spear Street, Unit 3G
San Francisco, CA  94105

Steven Faber
200 Hawthorn Loop
Crossville, TN  38555-5786

Steven Pilgrim  (not deliverable as addressed)
111 8th Avenue, #1
Brooklyn, NY  11215-1517

16

Thoughtworks
Attn: Trevor Mather
200 East Randolph Street, 25th Floor
Chicago, IL  60601-6501

Tom Barberino  (not deliverable as addressed)
Po Box 811
Wallingford, CT  06492-0811

Tommy Hui  (not deliverable as addressed)
57 Williams Lane
Foster City, CA 94404-3967

Top Layer Security
Attn: Peter Rendall
1 Cabot Road
Hudson, MA  01749

UMB Bank
Attn: Dennis W. Triplett
1010 Grand Boulevard Mail Stop 1020213
Kansas City, MO  64106-2202

Veritas Health Systems Administrators
Attn: Jim Phillips
P.O. Box 493557
Redding, CA  96049-3557

Victoria Coit   (not deliverable as addressed)
1579 Monroe Drive, Suite F 608
Atlanta, GA  30324-5039

Wachovia Bank NA
1 Home Campus #2303-01A
Des Moines, IA  50328-0002

Wachovia Corporation
301 South College
Charlotte, NC  28288

William Simmons
714 Dupont Drive
Stockton, CA  95210-2016

Steven Sacchi  (not deliverable as addressed)
170 West 74th Street, Apt. 504
New York, NY  10023-2352

Strategic Business Communications  (not
deliverable as addressed)
1979 Marcus Ave.
New Hyde Park, NY  11042-1002

SunGard Corbel LLC
1660 Prudential Drive
Jacksonville, FL  32207-8197

Symmetricom  (not deliverable as addressed)
File No. 31625
P.O. Box 60000
San Francisco, CA  94160-0001

Tamara Wiley
2639 North Richmond St
Chicago, IL  60647-1709

Tammy Renfro  (not deliverable as addressed)
8723 E. Bonnie Rose Ave.
Scottsdale, AZ  85250

The American Bankers Ass'n
Attn: Kevin McKechnie
1120 Connecticut Ave., NW
Washington, DC  20036-3959

Thomas Simpson  (not deliverable as addressed)
4970 North Bonita Ridge Avenue
Tucson, AZ  85750

Timothy Douglas  (not deliverable as addressed)
7435 Arlington Blvd., Apt. 303
Falls Church, VA  22042-7435

Tishia Que
32-20 23 rd St: #2
Queens, NY  11106

17

Wolters Kluwer Financial Services, Inc.
Attn: President/CEO
100 South 5th Street, 700
Minneapolis, MN  55402-1219

Zixcorp  (not deliverable as addressed)
P.O. Box 676029
Dallas, TX  75267-6029

UMB Bank N.A.
c/o Lisa A. Epps
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO  64106

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA  19101-7346

Michael G. Menkowitz
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA  19103-3222

Venture Lending & Leasing IV, Inc.
Venture Lending & Leasing V, Inc.
c/o Edward J. Tredinnick, Esq.
Greene Radovsky
Four Embarcadero Center, 40th Floor
San Francisco, CA  94111

Vernon Stewart  (not deliverable as addressed)
3004 Cameron Blvd
Isle Of Palms, SC  29451-2013

Vikram Kashyap
30347 Rhone Drive
Rancho Palo Verdes, CA  90275

Vivian Smith  (not deliverable as addressed)
P.O. 2591
Kamuela, HI  96743-2591

Webex  (not deliverable as addressed)
P.O. Box 49216
San Jose, CA 95161-9216

Tracy Hamann (not deliverable as addressed)
5324 Marconi Ave. #406
Carmichael, CA 95608-4399

Travers McLoughlin  (not deliverable as addressed)
611 Atherton Drive
Lodi, CA  95242-3402

TRC Environmental Corp.
21 Griffin Rd.
Windsor, CT  06095-1590

Trustwave
Dept. CH 19213
Palatine, IL  60055-9213

U.S. Bankruptcy Court Eastern Division
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604-1704

Unicare
P.O. Box 0797
Carol Stream, IL  60132-0001

Venita Rayen
4255 S. Ferdon Blvd
Crestview, FL  32536-5224

Victor Kay  (not deliverable as addressed)
853 Tallgrass Dr.
Bartlett, IL  60103-5085

Wachovia Bank
Attn: Risk Management
1525 West W.T. Harris Blvd, NC1176
Charlotte, NC  28288

Wachovia Corporation
Attn: Partner/Vendor Relationship Mgmt.
1525 West W.T. Harris Blvd., NC1225
Charlotte, NC  28262-1225

18

Yevgeniy Aberbuch
1236 W. Ohio
Unit 1
Chicago, IL 60642

Whitney Benson  (not deliverable as addressed)
1804 Fairway Lane
Paragould, AR  72450-9698


Zachary J. Bockman
229 Oakland Avenue
Oakland, CA  94611-5528

Amy Stahl Cotter
Securities and Exchange Commission
175 W. Jackson, Suite 900
Chicago, IL  60604


Assistant United States Attorney
U.S. Department of Justice
219 S. Dearborn Street, 5th Floor
Chicago, IL  60604

Henry P. Baer
Finn Dixon & Herling LLP
177 Broad Street, 15th Floor
Stanford, CT  06901

Meghan Campbell Favel
4203 Park Avenue
Brookfield, IL 60513

19

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 09-44943 |
|  | ) | Chapter 7 |
| CANOPY FINANCIAL, INC., | ) |  |
|  | ) | Hon. Deborah L. Thorne |
| Debtor. | ) |  |
|  | ) | Hearing Date: April 26, 2016 |
|  | ) | Hearing Time: 9:30 a.m. Prevailing CT |

### FIFTH AND FINAL APPLICATION OF ALVAREZ & MARSAL DISPUTE ANALYSIS & FORENSIC SERVICES, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FORENSIC ACCOUNTANTS TO CHAPTER 7 TRUSTEE GUS A. PALOIAN

Alvarez & Marsal Dispute Analysis & Forensic Services, LLC ("A&M"), as forensic accountants to the above-captioned debtor ("Canopy" or the "Debtor"), pursuant to sections 327, 328, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), and the United States Trustee Fee Guidelines — Guidelines for Reviewing Applications for Compensation and Reimbursement of Disbursements Filed under 11 U.S.C. § 330 (Appendix A to 28 C.F.R. § 58) (the "UST Guidelines"), hereby submits this Fifth and Final application (the "Application") for compensation of services rendered on behalf of the chapter 7 Trustee Gus A. Paloian ("Trustee") for the interim period from June 1, 2012, through January 31, 2016, the ("Interim Fee Period"), seeking interim allowance of $41,573.05 for the actual, reasonable, and necessary forensic accounting services rendered by A&M, and for the final period from December 31, 2009 through January 31, 2016, seeking final allowance of $522,150.25 in fees and $9,570.63 in expense reimbursement. In support of the Application, A&M respectfully states as follows:

1

## BACKGROUND AND JURISDICTION

1.      On November 25, 2009, ("Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of the United States Bankruptcy Code.

2.      On December 30, 2009, ("Conversion Date"), on the Debtor's motion, this Court entered an Order converting the Debtor's chapter 11 case to one under chapter 7, and the U.S. Trustee appointed Gus A. Paloian as the chapter 7 trustee in the case.  (Docket Nos. 92, 93).

3.      This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief requested herein are sections 327, 328 and 330 of the Bankruptcy Code, as supplemented by Bankruptcy Rule 2016, Local Rule 5082-1, and the UST Guidelines.

## RETENTION OF ALVAREZ & MARSAL DISPUTE
## ANALYSIS & FORENSIC SERVICES LLP

4.      On, December 11, 2009, the Debtor filed a motion to retain A&M as its forensic accountants and operational consultants *nunc pro tunc* to the Petition Date (Docket No. 47).

5.      On December 30, 2009, prior to the conversion of this case to a chapter 7 case, the Court authorized the Debtor to employ A&M as its forensic accountants and operational consultants *nunc pro tunc* to the Petition Date.  (Docket No. 90).

6.      On March 10, 2010, the Trustee filed a motion to retain A&M *retroactive* to the Conversion Date (Docket No. 211).

7.      On April 6, 2010, the Court authorized the Trustee to employ A&M as his forensic accountants *retroactive* to the Conversion Date (Docket No. 219).

2

8.      The Court's April 6, 2010, Order provided that A&M's compensation for forensic accounting services rendered and reimbursement of expenses incurred "in connection with [A&M's] representation of the Trustee shall be pursuant to applications to be submitted to and approved by this Court …."  (Docket No. 219).

9.      Pursuant to Rule 2016(b), A&M has not shared, nor agreed to share, any compensation it has received or may receive in this case with another person or party other than with A&M's managing directors, directors, managers, associates, and other employees, or any compensation another person or party has received or may receive in this case.

## **RELIEF REQUESTED**

10.      A&M submits this Application for allowance of compensation for actual, reasonable, and necessary professional services performed as forensic accountants to the Trustee.

11.      A&M seeks interim allowance in this Application of $41,560.00 in fees and $13.05 in expenses incurred during the I

12.      A&M seeks final allowance in this Application of $522,150.25 in fees and $9,570.65 in expenses incurred during the pendency of the chapter 7 proceeding.

13.      On August 31, 2010, A&M filed its First Interim Application for Compensation. Pursuant to the Order entered by the Court on September 22, 2010, Alvarez and Marsal received $162,692.50 for services rendered and $6,894.18 for reimbursement of expenses.

14.      On July 20, 2011, A&M filed its Second Interim Application for Compensation. Pursuant to the Order entered by the Court on August 10, 2011 Alvarez and Marsal received $254,290.00 for services rendered and $2,630.37 for reimbursement of expenses.

3

15.     On November 1, 2011, A&M filed its Third Interim Application for

Compensation. Pursuant to the Order entered by the Court on November 22, 2011 Alvarez and

Marsal received $52,093.75 for services rendered and $33.03 for reimbursement of expenses.

16.     On August 16, 2012, A&M filed its Fourth Interim Application for

Compensation. Pursuant to the Order entered by the Court on September 5, 2012, Alvarez and

Marsal received $11,514.00 for services rendered and $0.00 for reimbursement of expenses.

17.     The interim fees sought by this Application reflect an aggregate of 103.90 hours

of forensic accounting time spent and recorded in performing services for the Trustee for the

Interim Fee Period of the chapter 7 proceeding.  This fee request does not include time that might

be construed as duplicative or otherwise not beneficial to the Debtor's estate, which has already

been eliminated by A&M.

18.     A&M's fees and costs were incurred as forensic accountant to the Trustee.

A&M's fees were derived using the applicable hourly billing rates for the firm's personnel who

rendered such services.  Attached hereto as **Exhibit A** is a schedule setting forth all A&M

professionals who have performed services in the Debtor's bankruptcy case for the Interim Fee

Period of the chapter 7 proceeding, the capacity in which each such individual is employed by

A&M, the hourly billing rate charged for services performed by such individual, the aggregate

number of hours expended in this case and fees billed therefore.

19.     Attached hereto as **Exhibit B** is a summary by project categories of the fees

generated by the services performed during the Interim Fee Period and, for each separate project

category, a list of each person providing services on the project, the hourly billing rate charged

4

for services performed by such individual, a statement of the number of hours spent and the amount of compensation requested for each person on the project.

20.     A&M maintains computerized records of the time spent by all forensic accountants and the expenses incurred in connection with A&M's representation of the Trustee in this case.  Copies of these computerized records are attached hereto as **Exhibit C**.

21.     All of the services for which compensation is sought were rendered to the Trustee solely in connection with the Debtor's bankruptcy case and not on behalf of any individual creditor or other person.

## BASIS FOR PAYMENT

22.     Professional services and expenses for which compensation and reimbursement are sought were rendered and expended on behalf of the Trustee. All of the fees and expenses sought to be paid or reimbursed in this Application were actual, necessary, and reasonable, and benefited the Debtor's estate and creditors.

23.     During the pendency of the chapter 7 proceeding, A&M performed a variety of tasks on the Trustee's behalf.  While detailed descriptions of the day-to-day services provided and the time expended performing such services are attached as Exhibit C, a summary of the services A&M provided to the Trustee during the Interim Fee Period are described in paragraphs 23 through 25 below.

### Fifth Third Bank Accounts and Credit Cards (Fees: $41,560.00; Hours 103.90)

24.     During the pendency of the chapter 7 proceeding, A&M assisted the Trustee and his counsel, with various requests in relation to bank accounts and credit cards held at Fifth Third

5

Bank.  A number of these requests were to review and analyze credit card transactions incurred

by Jeremy Blackburn and Anthony Banas.  In addition, A&M reviewed and analyzed all

transactions through Canopy Financial's Fifth Third Bank operating accounts.  A&M compiled

this information and summarized all credit card and bank account transactions for potential

litigation.  A more detailed description of the time spent related to this matter is attached hereto

as Exhibit C.

25.     The foregoing professional services were necessary and appropriate to the

administration of the bankruptcy estate.  Compensation for the foregoing services as requested is

commensurate with the complexity, importance, and nature of the problems, issues, or tasks

involved.  A&M has taken significant efforts to ensure that the professional services were

performed with expedience and in an efficient manner and without duplication of effort.

26.     The rates charged by A&M in this case are its standard rates for a bankruptcy

matter.  The rates charged by A&M also are consistent with reasonable and customary hourly

rates charged by other forensic accountants throughout the country in matters of similar

complexity, scope and national significance.

27.     Section 330 provides that a court may award a professional employed under

section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services

rendered . . . and reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).  Section

330 also sets forth the criteria for the award of such compensation and reimbursement:

i.    In determining the amount of reasonable compensation to be awarded, the court

should consider the nature, the extent, and the value of such services, taking into

account all relevant factors, including

6

    (A)     the time spent on such services;

    (B)     the rates charged for such services;

    (C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

    (D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

    (E)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

28.     Because of the benefits realized by the estate, the nature of this case, the professional accreditations of those who rendered services, the amount of work done, the time consumed, and the skill required, A&M requests that it be allowed interim compensation for professional services rendered during the pendency of the Debtor's chapter 7 proceeding in the sum of $41,573.05.

**NOTICE**

29.     Notice of this Application has been given to: (a) the Office of the United States Trustee; (b) the Securities and Exchange Commission; (c) the Internal Revenue Service; (d) the United States Attorney Office for the Northern District of Illinois; (e) the Prepetition Lenders; (f) the Debtor's 20 largest unsecured creditors as set forth in the amended list filed on December 27, 2009, and (g) all parties that have requested notice in the Debtor's case.  In light of the relief requested, A&M submits that no further notice is required.

7

25836679v.1

30.     No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, A&M respectfully requests that the Court enter an Order:

A.     Finding Notice of the Application sufficient as given and that no other or further notice is necessary;

B.     Allowing and awarding A&M interim fees in the amount of $41,560.00 and final fees in the amount of $522,150.25;

C.     Allowing and awarding A&M interim expenses in the amount of $13.05 and final expenses in the amount of $9,570.63;

D.     Authorizing the Trustee to make payment of such fees and expenses to A&M from the Estate, and

E.     Granting such other and further relief as this Court deems just and appropriate.

Dated:  April 5, 2016                          Respectfully submitted,

                                               GUS A. PALOIAN, not individually, or
                                               personally, but solely in his capacity as
                                               Chapter 7 Trustee of the Debtor's Estate


                                               By:  /s/ James B. Sowka
                                                  Gus A. Paloian (06188186)
                                                  James B. Sowka (6291998)
                                                  Christopher J. Harney (6296683)
                                                  Seyfarth Shaw LLP
                                                  131 S. Dearborn Street, Suite 2400
                                                  Chicago, Illinois  60603-5577

8

25836679v.1

Telephone:  (312) 460-5000
Facsimile:   (312) 460-7000

9