UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 09-44943 |
| CANOPY FINANCIAL, INC. | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AWARDING ALVAREZ & MARSAL, LLC FIFTH AND FINAL COMPENSATION FOR PERIOD OF JUNE 1, 2012, THROUGH JANUARY 31, 2016

Upon the consideration of the Fifth and Final Application for Compensation (the "Application") of Alvarez & Marsal, LLC ("A&M") as Forensic Accountants to Chapter 7 Trustee, Gus A. Paloian ("Trustee"), for the Period of June 1, 2012, through January 31, 2016, and for Other Related Relief; and it appearing that the Court has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C §§ 157 and 1334; and it appearing to the Court that consideration of the Application and the relief requested therein is a core proceeding pursuant to 28 U.S.C. §§ 157(b); and it appearing to the Court that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing to the Court that due and sufficient notice of the Application has been provided and that no further notice being required; and the Court having reviewed the Application and having heard the statement in support of the relief requested therein at a hearing before the Court (the "Hearing"); and it is hereby

ORDERED that A&M is allowed interim compensation in the amount of $41,560.00 as reasonable interim compensation for actual and necessary accounting services rendered to the Trustee; and it is further

ORDERED that A&M is allowed final compensation in the amount of $522,150.25 as reasonable final compensation for actual and necessary accounting services rendered to the Trustee (as previously awarded); and it is further

ORDERED that A&M is allowed interim expense reimbursement in the amount of $13.05; and it is further

ORDERED that A&M is allowed final expense reimbursement in the amount of $9,570.63 (as previously awarded); and it is further

ORDERED that the award herein is allowed as an administrative expense of the Estate pursuant to 11 U.S.C. §§503(a) and (b), and 507 (a)(2).

Enter:

Honorable Deborah L. Thorne

Dated: April 26, 2016                                     United States Bankruptcy Judge

**Prepared by:**

James B. Sowka (6291998)
Christopher J. Harney (6296683)
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603
Phone: (312) 460-5000
Facsimile: (312) 460-7000
jsowka@seyfarth.com
charney@seyfarth.com