UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   09-44943 |
| CANOPY FINANCIAL, INC., | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING TENTH AND FINAL APPLICATION OF JENNER & BLOCK LLP, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE TRUSTEE

This matter coming before the Court on the Tenth and Final Application of Jenner & Block LLP for Compensation and Reimbursement of Expenses (the "Application"), for entry of an order pursuant to sections 328, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), and the United States Trustee Fee Guidelines — Guidelines for Reviewing Applications for Compensation and Reimbursement of Disbursements Filed under 11 U.S.C. § 330 (Appendix A to 28 C.F.R. § 58) (the "UST Guidelines"), granting the tenth and final fee application of Jenner & Block, LLP.  The Court finds that (a) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the relief requested in the Application is in the best interests of the Debtor's estate, its creditors and other parties-in-interest; (d) due and sufficient notice of the Application was given; and (e) upon the record herein and after due deliberation and cause appearing therefore;

IT IS HEREBY ORDERED:

1. The Application is granted.

2. Jenner is hereby allowed interim fees in the amount of $16,400.50 for services rendered, and reimbursement of $1,256.67 in interim expenses incurred, for the period from May1, 2014 through April 30, 2016 in connection with the above-captioned case.

3. Jenner is hereby allowed final fees in the amount of $2,661,279.73 for services rendered, and reimbursement of $49,407.11 in final expenses incurred during the pendency of the chapter 7 proceeding.

4. The Trustee is hereby authorized to pay Jenner for the professional services rendered during the pendency of the chapter 7 proceedings and to reimburse Jenner for actual and necessary expenses Jenner incurred during the pendency of the  Debtor's chapter 7 proceeding.

5. All objections to the Application or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled on the merits.

6. The Court shall retain jurisdiction to hear and determine all matters arising from the

implementation of this Order.

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: July 13, 2016

**Prepared by:**

Vincent E. Lazar  (6204916)
Melissa M. Root (6288246)
Precious S. Jacobs (6300096)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:  312-222-9350
Facsimile:  312-527-0484