UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   09-44943 |
| Canopy Financial Inc. | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER TO WITHDRAW UNCLAIMED FUNDS**

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $ 3,144.67 to Dilks & Knopik, LLC as assignee to John Bassett, claimant, in the above captioned case.

Claimant's last four digits of Social Security number or EIN #: 9851

Dilks & Knopik, LLC's last four digits of EIN #: 9851

Pursuant to the Change of Address previously filed with the Court, the funds should be sent to: John Bassett, 35308 SE Center Street, Snoqualmie, WA 98065

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  November 16, 2017

**Prepared by:**

David R. Herzog
HERZOG & SCHWARTZ, P.C.
77 W. Washington Street, Suite 1400
Chicago, IL 60602
312-977-1600