# THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-44943 |
| | ) Chapter 7 |
| CANOPY FINANCIAL, INC., | ) |
| | ) Hon. Deborah L. Thorne |
| Debtor. | ) |
| | ) Hearing Date:  November 1, 2018 |
| | ) Hearing Time:  9:30 a.m. |
| | ) |

## COVER SHEET FOR FIRST AND FINAL APPLICATION OF
## KUTCHINS, ROBBINS & DIAMOND, LTD., FOR COMPENSATION
## AS ACCOUNTANTS FOR THE ESTATE

| | |
|---|---|
| Name of Applicant: | Kutchins, Robbins & Diamond, Ltd., Accountants |
| Authorized to Provide Professional Services to: | The Estate |
| Date of Order Authorizing Employment: | January 28, 2017, retroactive to January 18, 2017 |
| Period for which Compensation and Reimbursement is Sought: | January 18, 2017 through March 3, 2017 |
| Amount of Final Fees Sought: | $2,765.00 |
| Amount of Final Expense Reimbursement Sought: | $     0.00 |

This is an:    X    Final         Interim Application.

| Prior Applications | Date Filed | Amount Requested | Amount Awarded |
|---|---|---|---|
| None | | | |

Dated:  October 5, 2018                    Respectfully submitted,

                              Kutchins, Robbins & Diamond, Ltd.,
                              Accountants


                              By:  /s/ Lois West
                                   Lois West, CPA

41931317v.1

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-44943 |
| | ) Chapter 7 |
| CANOPY FINANCIAL, INC., | ) |
| | ) Hon. Deborah L. Thorne |
| Debtor. | ) |
| | ) Hearing Date: November 1, 2018 |
| | ) Hearing Time: 9:30 a.m. |
| | ) |

### FIRST AND FINAL APPLICATION OF KUTCHINS, ROBBINS & DIAMOND, LTD.. FOR ALLOWANCE OF COMPENSATION AS ACCOUNTANTS FOR THE ESTATE

Kutchins, Robbins & Diamond, Ltd.. ("KRD"), tax accountants for the Bankruptcy Estate of Canopy Financial, Inc.(the "Estate") respectfully presents its First and Final Application for the Allowance of Compensation (the "Application") for services rendered and to be rendered as accountants on behalf of Gus A. Paloian, not individually but solely as the Chapter 7 Trustee ("Trustee") for the period of January 18, 2017 through March 3, 2017 (the "Application Period").  In support of this Application, KRD states as follows:

### FACTUAL AND PROCEDURAL BACKGROUND

1. On November 25, 2009, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. On December 30, 2009, the Bankruptcy Court entered an Order converting the Debtor's Chapter 11 Case to one under Chapter 7 and authorizing the Trustee to operate the Debtor's business.  The U.S. Trustee appointed Gus A. Paloian as the Chapter 7 trustee in the Case.  See Docket Nos. 92, 93.

3. On February 10, 2010, the Trustee filed an Initial Report of Assets.

41931317v.1

4. By its Order of January 28, 2017, this Court authorized the Trustee to employ KRD as accountants for the Estate. A copy of the January 28, 2017 order is attached hereto as **Exhibit 1**.

## EXTENT AND NATURE OF SERVICES RENDERED

5. KRD has advised the Trustee as to the Estate tax matters and performed accounting services including the review of Trustee's Forms 1 and 2 and trustee's cash activity, preparation of transaction summaries, and preparation of federal and state income tax returns for 2016.

6. In this Application, KRD seeks the allowance of $2,765.00 in final compensation for necessary services rendered. A copy of KRD's invoice identifying the services provided is attached hereto as **Exhibit 2**.

## PRIOR COMPENSATION

7. This is the first and final application that KRD will file in the case.

8. KRD has not previously received payment of any compensation for services rendered in connection with this case. KRD has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of KRD.

## STATUS OF CASE

9. The Trustee has completed his administration of this case. The Trustee's final report has been filed simultaneously herewith.

## RELIEF REQUESTED

WHEREFORE, KRD requests the entry of an Order:

A. Allowing KRD final compensation in the amount of $2,765.00;

  B. Authorizing the Trustee to pay KRD the amount of $2,765.00 in compensation, as part of Trustee's final distribution in this case from the funds on hand in the Estate; and

  C. Granting such other and further relief as this Court deems proper.


Dated: October 5, 2018        Respectfully submitted,

                Kutchins, Robbins & Diamond, Ltd.,
                Accountants


                By: /s/ Lois West
                  Lois West, CPA

3

41931317v.1